UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO: 22-10450-F

BRUCE MUNRO, *et al.*,

    Plaintiffs-Appellants,

v.

FAIRCHILD TROPICAL BOTANIC GARDEN, INC., *et al.*,

    Defendants-Appellees.
_____/

**<u>APPELLEES' RESPONSE TO
APPELLANTS' CIVIL APPEAL STATEMENT</u>**

SHULLMAN FUGATE PLLC
Deanna K. Shullman
Florida Bar No. 514462
Allison S. Lovelady
Florida Bar No. 70662
Giselle M. Girones
Florida Bar No. 124373
2101 Vista Parkway, Suite 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
Email: dshullman@shullmanfugate.com
Email: alovelady@shullmanfugate.com
Email: ggirones@shullmanfugate.com

*Attorneys for Appellees*

*Munro v. Fairchild Tropical Botanic Garden, Inc.*, Case No. 22-10450-F

# APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1(a), Appellees Fairchild Tropical Botanic Garden, Inc., Night Garden, LLC, Kilburn Live, LLC, Nannette Zapata, Kilburn Media LLC, Mark Manuel, Imaginer Ltd., Imaginer, Inc., and Max Painter ("Appellees") certify that the following is a full and complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this action and to this appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to any party:

    Bruce Munro, Ltd d/b/a Bruce Munro Studio (Appellant)

    Fairchild Tropical Botanic Garden, Inc., a privately held non-profit corporation with no parent company (Appellee)

    Girones, Giselle M., Esq. (Attorney for Appellees)

    Imaginer Inc., a privately held corporation with no parent company (Appellee)

    Imaginer Ltd., a privately held limited U.K. company with no parent company (Appellee)

4832-9930-5098, v. 1

Kilburn Live, LLC, a privately held limited liability company with no parent company (Appellee)

Kilburn Media LLC, a privately held limited liability company with no parent company (Appellee)

Law Offices of Carl F. Schwenker (Attorneys for Appellants)

Louis, The Honorable Lauren F. (United States Magistrate Judge, Southern District of Florida)

Lovelady, Allison S., Esq. (Attorney for Appellees)

Manuel, Mark (Appellee)

Munro, Bruce (Appellant)

Night Garden, LLC, a privately held limited liability company wholly owned by Kilburn Live, LLC (Appellee)

Painter, Max (Appellee)

Rothman, Joel B. (Attorney for Appellants)

Zapata, Nannette (Appellee)

Schwenker, Carl F. (Attorney for Appellants)

Shullman, Deanna K., Esq. (Attorney for Appellees)

Shullman Fugate PLLC (Attorneys for Appellees)

Singhal, The Honorable Raag (United States District Judge, Southern District of Florida)

SRIPLAW, P.A. (Attorneys for Appellants)

In accordance with Eleventh Circuit Rule 26.1-3(b), Appellees further certify that no publicly traded company or corporation has an interest in the outcome of this appeal or owns any stock in Appellees.

*/s/ Deanna K. Shullman*
Deanna K. Shullman
Florida Bar No. 514462
Allison S. Lovelady
Florida Bar No. 70662
Giselle M. Girones
Florida Bar No. 124373
2101 Vista Parkway, Suite 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
Email: dshullman@shullmanfugate.com
Email: alovelady@shullmanfugate.com
Email: ggirones@shullmanfugate.com

## APPELLEES' RESPONSE TO
## APPELLANTS' CIVIL APPEAL STATEMENT

Pursuant to Eleventh Circuit Rule 33-1(a)(1), Appellees file this response to correct certain incorrect statements asserted by Appellants Bruce Munro and Bruce Munro Ltd. ("Appellants") in their February 25, 2022 Civil Appeal Statement.

In Section (4), Appellants correctly assert that this appeal does not involve a conflict of law. However, under the "If Yes, explain briefly" sub-section of Section (4), Appellants appear to contend there are unspecified conflicts of law concerning various errors. Although Appellees believe the inclusion of these issues under Section (4) was an error, Appellees respond to dispute that the appeal involves any conflict of law with respect to errors in entry of final judgment, ordering summary judgment or discovery rulings.

Moreover, to the extent Appellants assert that the issues to be raised on appeal include "errors in rulings on discovery matters," Appellees disagree that this appeal concerns discovery rulings or that such issues are properly before this Court. Appellees' Notice of Appeal does not identify any of the district court's orders denying Appellees' motions or other discovery disputes that were denied outright and/or belatedly raised, including after the discovery deadline.

As to all other issues proposed to be raised on appeal, Appellees submit that the district court properly applied the law, and that Appellants have waived any

1

right to appeal several issues they propose to raise, including procedural and discovery issues, by acquiescing to the district court's decisions on those issues.

/s/ Deanna K. Shullman
Deanna K. Shullman
Florida Bar No. 514462
Allison S. Lovelady
Florida Bar No. 70662
Giselle M. Girones
Florida Bar No. 124373
2101 Vista Parkway, Suite 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
Email: dshullman@shullmanfugate.com
Email: alovelady@shullmanfugate.com
Email: ggirones@shullmanfugate.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March, 2022 the foregoing has been filed and served by CM/ECF on all counsel or parties of record on the service list.

## SERVICE LIST

Joel B. Rothman
Joel.rothman@sriplaw.com
Craig A. Wirth
Craig.wirth@sriplaw.com
SRIPLAW
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
Tel: (561) 404-4350

2

Carl F. Schwenker
cfslaw@swbell.net
Law Offices of Carl F. Schwenker
The Parsons House
3807 Duval Street, Suite E
Austin, TX 78751
Tel: (512) 480-8427
*Counsel for Appellants*

                                            */s/ Deanna K. Shullman*
                                            Deanna K. Shullman