**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

CASE NO: 22-10450-F

BRUCE MUNRO, *et al.*,

Plaintiffs-Appellants,

v.

FAIRCHILD TROPICAL BOTANIC GARDEN, INC.,
*et al.*,

Defendants-Appellees.
_______________________________________/

# APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

SHULLMAN FUGATE PLLC
Deanna K. Shullman
Florida Bar No. 514462
Allison S. Lovelady
Florida Bar No. 70662
Giselle M. Girones
Florida Bar No. 124373
2101 Vista Parkway, Suite 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
Email: dshullman@shullmanfugate.com
Email: alovelady@shullmanfugate.com
Email: ggirones@shullmanfugate.com

*Attorneys for Appellees*

**APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1(a), Appellees Fairchild Tropical Botanic Garden, Inc., Night Garden, LLC, Kilburn Live, LLC, Nannette Zapata, Kilburn Media LLC, Mark Manuel, Imaginer Ltd., Imaginer, Inc., and Max Painter ("Appellees") certify that the following is a full and complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this action and to this appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to any party:

Bruce Munro, Ltd d/b/a Bruce Munro Studio (Appellant)

Fairchild Tropical Botanic Garden, Inc., a privately held non-profit corporation with no parent company (Appellee)

Girones, Giselle M., Esq. (Attorney for Appellees)

Imaginer Inc., a privately held corporation with no parent company (Appellee)

Imaginer Ltd., a privately held limited U.K. company with no parent company (Appellee)

Kilburn Live, LLC, a privately held limited liability company with no parent company (Appellee)

Kilburn Media LLC, a privately held limited liability company with no parent company (Appellee)

Law Offices of Carl F. Schwenker (Attorneys for Appellants)

Louis, The Honorable Lauren F. (United States Magistrate Judge, Southern District of Florida)

Lovelady, Allison S., Esq. (Attorney for Appellees)

Manuel, Mark (Appellee)

Munro, Bruce (Appellant)

Night Garden, LLC, a privately held limited liability company wholly owned by Kilburn Live, LLC (Appellee)

Painter, Max (Appellee)

Rothman, Joel B. (Attorney for Appellants)

Zapata, Nannette (Appellee)

Schwenker, Carl F. (Attorney for Appellants)

Shullman, Deanna K., Esq. (Attorney for Appellees)

Shullman Fugate PLLC (Attorneys for Appellees)

Singhal, The Honorable Raag (United States District Judge, Southern District of Florida)

SRIPLAW, P.A. (Attorneys for Appellants)

In accordance with Eleventh Circuit Rule 26.1-3(b), Appellees further certify that no publicly traded company or corporation has an interest in the outcome of this appeal or owns any stock in Appellees.

*/s/ Deanna K. Shullman*
Deanna K. Shullman
Florida Bar No. 514462
Allison S. Lovelady
Florida Bar No. 70662
Giselle M. Girones
Florida Bar No. 124373
2101 Vista Parkway, Suite 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
Email: dshullman@shullmanfugate.com
Email: alovelady@shullmanfugate.com
Email: ggirones@shullmanfugate.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2022 the original and three copies of the foregoing has been filed and served by CM/ECF on all counsel or parties of record on the service list.

## SERVICE LIST

Joel B. Rothman
Joel.rothman@sriplaw.com
Craig A. Wirth
Craig.wirth@sriplaw.com
SRIPLAW
21301 Powerline Road, Suite 100
Boca Raton, FL 33433

Tel: (561) 404-4350

Carl F. Schwenker
cfslaw@swbell.net
Law Offices of Carl F. Schwenker
The Parsons House
3807 Duval Street, Suite E
Austin, TX 78751
Tel: (512) 480-8427
*Counsel for Appellants*

*/s/ Deanna K. Shullman*
Deanna K. Shullman