# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

CASE NO: 22-10450-F

BRUCE MUNRO, *et al.*,

    Plaintiffs-Appellants,

v.

FAIRCHILD TROPICAL BOTANIC GARDEN, INC., *et al.*,

    Defendants-Appellees.

_____/

## **APPELLEES' MOTION TO DISMISS APPEAL**

SHULLMAN FUGATE PLLC
Deanna K. Shullman
Florida Bar No. 514462
Allison S. Lovelady
Florida Bar No. 70662
Giselle M. Girones
Florida Bar No. 124373
2101 Vista Parkway, Suite 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
Email: dshullman@shullmanfugate.com
Email: alovelady@shullmanfugate.com
Email: ggirones@shullmanfugate.com

*Attorneys for Appellees*

*Munro v. Fairchild Tropical Botanic Garden, Inc.*, Case No. 22-10450-F

# APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1(a), Appellees Fairchild Tropical Botanic Garden, Inc., Night Garden, LLC, Kilburn Live, LLC, Nannette Zapata, Kilburn Media LLC, Mark Manuel, Imaginer Ltd., Imaginer, Inc., and Max Painter ("Appellees") certify that the following is a full and complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this action and to this appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to any party:

> Bruce Munro, Ltd d/b/a Bruce Munro Studio (Appellant)
>
> Fairchild Tropical Botanic Garden, Inc., a privately held non-profit corporation with no parent company (Appellee)
>
> Girones, Giselle M., Esq. (Attorney for Appellees)
>
> Imaginer Inc., a privately held corporation with no parent company (Appellee)
>
> Imaginer Ltd., a privately held limited U.K. company with no parent company (Appellee)

Kilburn Live, LLC, a privately held limited liability company with no parent company (Appellee)

Kilburn Media LLC, a privately held limited liability company with no parent company (Appellee)

Law Offices of Carl F. Schwenker (Attorneys for Appellants)

Louis, The Honorable Lauren F. (United States Magistrate Judge, Southern District of Florida)

Lovelady, Allison S., Esq. (Attorney for Appellees)

Manuel, Mark (Appellee)

Munro, Bruce (Appellant)

Night Garden, LLC, a privately held limited liability company wholly owned by Kilburn Live, LLC (Appellee)

Painter, Max (Appellee)

Rothman, Joel B. (Attorney for Appellants)

Zapata, Nannette (Appellee)

Schwenker, Carl F. (Attorney for Appellants)

Shullman, Deanna K., Esq. (Attorney for Appellees)

Shullman Fugate PLLC (Attorneys for Appellees)

Singhal, The Honorable Raag (United States District Judge, Southern District of Florida)

SRIPLAW, P.A. (Attorneys for Appellants)

In accordance with Eleventh Circuit Rule 26.1-3(b), Appellees further certify that no publicly traded company or corporation has an interest in the outcome of this appeal or owns any stock in Appellees.

*/s/ Allison S. Lovelady*
Deanna K. Shullman
Florida Bar No. 514462
Allison S. Lovelady
Florida Bar No. 70662
Giselle M. Girones
Florida Bar No. 124373
2101 Vista Parkway, Suite 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
Email: dshullman@shullmanfugate.com
Email: alovelady@shullmanfugate.com
Email: ggirones@shullmanfugate.com

*Munro v. Fairchild Tropical Botanic Garden, Inc.*, Case No. 22-10450-F

## APPELLEES' MOTION TO DISMISS

Pursuant to Fed. R. App. P. 31 and Eleventh Circuit Rules 31-1(c) and 42-2, Appellees file this Motion to Dismiss the appeal of Appellants' Bruce Munro and Bruce Munro Ltd. ("Munro") for failure to file their initial brief by the due date.

Munro's deadline to file the initial brief was March 22, 2022. Since that time, Munro has filed multiple extensions over Appellee's objections, and ultimately filed the initial brief more than a week after the court-ordered extended deadline. Specifically, Munro first secured a 14-day extension to file the initial brief up to and including April 5, 2022. Munro then obtained 60-day second extension to May 23, 2022 via motion and this Court's Order dated April 29, 2022, which Appellees did not oppose. This Court's rules make clear that second requests are *extremely disfavored* and rarely granted. See 11th Circuit Rule 31-2(d). Despite this, Munro sought a 45-day third extension until July 7, 2022 and obtained that extension via Order dated May 24, 2022. Thereafter, on July 5 Munro filed a Third Motion for Extension of Time to File Initial Brief until July 15, 2022. The motion – technically Munro's fourth request – was filed the same day that Munro notified the undersigned of the request without waiting for a response. The reasons Munro provides for the most recent extension request appear to be matters foreseeable well prior to the request – such as deadlines in other unrelated cases – and entirely dilatory and illusory based on Munro's conduct in the lower court and

*Munro v. Fairchild Tropical Botanic Garden, Inc.*, Case No. 22-10450-F

this appeal to date. Appellees have objected to the earlier, repeated lengthy extensions sought by Munro and object again to Munro's recent request and untimely brief. The repeated extensions have also caused Appellees to expend resources repeatedly responding to Munro's dilatory requests.

Importantly, this Court did not grant Munro's third request for extension. The Rules are clear that a pending motion does not postpone the time for serving and filing any brief. Fed. R. App. P. 31(c); 11th Cir. R. 31-1(c).

Despite the brief being due on before July 7, 2022 per this Court's Order, Munro submitted the brief on Saturday, July 16, 2022, and the brief was deemed filed on Monday, July 18, 2022. Munro has both filed the brief out of time and even after the July 15 date Munro requested (but was not granted) in violation of Fed R. App. P. 31(c), and 11th Cir. R. 31-1 and 42-2(c). Munro has not shown good cause for the requested extensions and has not filed a motion to file the brief out of time. This Court has routinely dismissed appeals in similar circumstances. *See e.g.,* Nationwide Ins. Co. of Am. v. Southland Lawn Care, Inc., No. 22-10067-AA, 2022 WL 2658956, at *1 (11th Cir. June 29, 2022)(dismissal for failure to file appendix by deadline); Pak v. Warden, No. 22-11080-AA, 2022 WL 2347663, at *1 (11th Cir. May 19, 2022)(dismissal for failure to file appellant's brief by deadline); Michael Kors, L.L.C. v. Individuals, Bus. Entities, & Unincorporated Associations Identified on Schedule A, No. 22-10309-JJ, 2022 WL 1321801, at *1

*Munro v. Fairchild Tropical Botanic Garden, Inc.*, Case No. 22-10450-F

(11th Cir. May 2, 2022)(same); Ramirez v. Scottsdale Ins. Co., No. 21-14207-BB, 2022 WL 1741355, at *1 (11th Cir. Apr. 28, 2022)(same).

Accordingly, Appellees object to Munro's belated filing and move this court to dismiss the appeal for failure to file the brief by the due date in violation of this Court's order and applicable rules.

> */s/ Allison S. Lovelady*
> Deanna K. Shullman
> Florida Bar No. 514462
> Allison S. Lovelady
> Florida Bar No. 70662
> Giselle M. Girones
> Florida Bar No. 124373
> 2101 Vista Parkway, Suite 4006
> West Palm Beach, Florida 33411
> Telephone: (561) 429-3619
> Email: dshullman@shullmanfugate.com
> Email: alovelady@shullmanfugate.com
> Email: ggirones@shullmanfugate.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of July, 2022 the foregoing has been filed and served by ECF on all counsel or parties registered.

> */s/Allison S. Lovelady*
> Allison S. Lovelady

3

**Certificate of Compliance With Type-Volume Limit,
Typeface Requirements, and Type-Style Requirements**

1. This document complies with the type-volume limit of Fed. R. App. P. 32. because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) this document contains 565 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because: this document has been prepared in a proportionally spaced typeface using Microsoft Office Word in Times New Roman 14-point.

(s)*Allison S. Lovelady*

Attorney for Appellees

Dated: July 18, 2022