In The

# United States Court of Appeals

### For The Eleventh Circuit

**BRUCE MUNRO, BRUCE MUNRO, LTD.,**

*Plaintiffs – Appellants*,

**versus**

**FAIRCHILD TROPICAL BOTANIC GARDEN, INC.,
NIGHT GARDEN, LLC, KILBURN LIVE, LLC,
ZHONGSHAN G-LIGHTS LIGHTING CO., LTD.,
NANNETTE M. ZAPATA, *et al*.,**

*Defendants– Appellees*,

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
IN NO. 1:20-cv-20079-AHS**

**APPELLANTS' APPENDIX
VOLUME I OF IV
(Tabs A – 1-17)**

| | |
|---|---|
| Joel B. Rothman | Carl F. Schwenker |
| SRIPLAW | LAW OFFICES OF CARL F. SCHWENKER |
| 21301 Powerline Road, Suite 100 | 3807 Duval, Suite E |
| Boca Raton, Florida 33433 | Austin, Texas 78751 |
| (561) 404-4350 | (512) 480-8427 |
| | |
| *Counsel for Appellants* | *Counsel for Appellants* |

| Tab # | Date | APPENDIX<br>Volume I of IV |
|---|---|---|
| | | **Proceeding Text** |
| A | | **District Court Docket Sheet (July 2022)** |
| | | **The Parties' Pleadings** |
| 1 | 01/08/2020 | Munro's COMPLAINT for Copyright Infringement (Injunctive Relief Demanded) against Fairchild Tropical Botanic Garden, Inc., Kilburn Live, LLC, Night Garden, LLC, Nannette M. Zapata, Zhongshan G-Lights Lighting Co., Ltd. |
| 1-1 | 01/08/2020 | Attachment # 1 Exhibit A - Munro Registration Certificate (Forest of Light, U.S. Reg. Cert. No. VA 2-176-825) |
| 1-2 | 01/08/2020 | Attachment # 2 Exhibit B1 - Munro Website: Beacon Images |
| 1-3 | 01/08/2020 | Attachment # 3 Exhibit B2 - Munro Website: Bell Chandelier Images |
| 1-4 | 01/08/2020 | Attachment # 4 Exhibit B3 - Munro Website: Blue Moon Images |
| 1-5 | 01/08/2020 | Attachment # 5 Exhibit B4 - Munro Website: Brass Monkey Images |
| 1-6 | 01/08/2020 | Attachment # 6 Exhibit B5 - Munro Website: Fagin's Urchins Images |
| 1-7 | 01/08/2020 | Attachment # 7 Exhibit B6 - Munro Website: Field of Light Images |
| 1-8 | 01/08/2020 | Attachment # 8 Exhibit B7 - Munro Website: Fireflies Images |
| 1-9 | 01/08/2020 | Attachment # 9 Exhibit B8 - Munro Website: Icos Images |
| 1-10 | 01/08/2020 | Attachment # 10 Exhibit B9 - Munro Website: TePees Images |
| 1-11 | 01/08/2020 | Attachment # 11 Exhibit B10 - Munro Website: Water-Towers Images |

| 1-12 | 01/08/2020 | Attachment # 12 Exhibit B11 - Munro Website: Whizz Pops Images |
| 1-13 | 01/08/2020 | Attachment # 13 Exhibit C - G-Lights' Alibaba Site 1 |
| 1-14 | 01/08/2020 | Attachment # 14 Exhibit D - G-Lights' Alibaba Site 2 |
| 1-15 | 01/08/2020 | Attachment # 15 Exhibit E - G-Lights' Alibaba Site 3 |
| 1-16 | 01/08/2020 | Attachment # 16 Exhibit F - G-Lights' Alibaba Site 4 |
| 1-17 | 01/08/2020 | Attachment # 17 Exhibit G - G-Lights' Homepage |

| Tab # | Date | Proceeding Text |
|---|---|---|
| 69-1 | 07/22/2020 | Attachment # 1 Exhibit A - Munro Registration Certificate (Forest of Light, U.S. Reg. Cert. No. VA 2-176-825) |
| 69-2 | 07/22/2020 | Attachment # 2 Exhibit B-1 - Munro Website: Beacon Images |
| 69-3 | 07/22/2020 | Attachment # 3 Exhibit B-2 - Munro Website: Bell Chandelier Images |
| 69-4 | 07/22/2020 | Attachment # 4 Exhibit B-3 - Munro Website: Blue Moon Images |
| 69-5 | 07/22/2020 | Attachment # 5 Exhibit B-4 - Munro Website: Brass Monkey Images |
| 69-6 | 07/22/2020 | Attachment # 6 Exhibit B-5 - Munro Website: Fagin's Urchins Images |
| 69-7 | 07/22/2020 | Attachment # 7 Exhibit B-6 - Munro Website: Field of Light Images |
| 69-8 | 07/22/2020 | Attachment # 8 Exhibit B-7 - Munro Website: Fireflies Images |
| 69-9 | 07/22/2020 | Attachment # 9 Exhibit B-8 - Munro Website: Icos Images |
| 69-10 | 07/22/2020 | Attachment # 10 Exhibit B-9 - Munro Website: TePees Images |
| 69-11 | 07/22/2020 | Attachment # 11 Exhibit B-10 - Munro Website: Water Towers Images |
| 69-12 | 07/22/2020 | Attachment # 12 Exhibit B- 11 - Munro Website: Whizz Pops Images |
| 69-13 | 07/22/2020 | Attachment # 13 Exhibit C - G-Lights' Alibaba Site 1 |
| 69-14 | 07/22/2020 | Attachment # 14 Exhibit D - G-Lights' Alibaba Site 2 |

| | | |
|---|---|---|
| 69-15 | 07/22/2020 | Attachment # 15 Exhibit E - G-Lights' Alibaba Site 3 |
| 69-16 | 07/22/2020 | Attachment # 16 Exhibit F - G-Lights' Alibaba Site 4 |
| 69-17 | 07/22/2020 | Attachment # 17 Exhibit G - G-Lights' Homepage |
| 71 | 08/05/2020 | ANSWER and Affirmative Defenses to Amended Complaint by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. |

| Tab # | Date | Proceeding Text |
|---|---|---|
| 92 | 11/11/2020 | Amended ANSWER and Affirmative Defenses to Amended Complaint by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata |
| | | **Pretrial Orders (excerpts as amended)** |
| 27 | 02/18/2020 | ORDER Setting Trial and Pre-Trial Schedule |
| 75 | 08/24/2020 | ORDER Granting 74 Joint Motion to Amend Scheduling Order. Discovery due by 1/22/2021. Expert Discovery due by 1/22/2021. Mediation Deadline 2/9/2021. Dispositive Motions due by 4/4/2021. In Limine Motions due by 4/4/2021. Motions due by 4/4/2021. Pretrial Stipulation due by 8/18/2021. Calendar Call set for 8/27/2021 before Judge Raag Singhal. Jury Trial set for 8/30/2021 before Judge Raag Singhal. |
| 94 | 12/18/2020 | PAPERLESS ORDER granting 93 Joint Motion to Amend Scheduling Order. 27 and 75 Orders Setting Trial are amended as follows: Parties disclose experts and exchange expert witness summaries or reports: 2/22/2021; Parties disclose rebuttal experts and exchange rebuttal expert witness summaries or reports: 3/12/2021; All expert discovery is completed: 4/19/2021; All pre-trial motions, motions in limine and Daubert Motions (which include motions to strike experts) are filed. This deadline includes all dispositive motions: 5/3/2021; No other deadlines are affected by this order. |
| 112 | 02/22/2021 | PAPERLESS ORDER granting 110 Plaintiffs' Unopposed Motion to Amend Scheduling Orders 75 and 94. Parties shall disclose experts and exchange expert summaries/reports by March 8, 2021. Parties shall disclose rebuttal experts and exchange rebuttal expert summaries/reports by April 9, 2021. All other deadlines remain unchanged. |

| 113 | 02/23/2021 | PAPERLESS ORDER on discovery disputes. . . . The Court's practice for resolving discovery disputes without filing a motion is not available beyond the discovery period. Accordingly, any application for relief from the Court may only be pursued via motion, in compliance with Local Rules 7.1 and 26.1. |
| 213 | 07/21/2021 | PAPERLESS ORDER granting 211 the parties' Joint Motion to Continue Trial Setting. . . . Trial is therefore RESET to the two-week trial calendar beginning on February 14, 2022, at 9:00 a.m. Calendar call is also RESET to February 11, 2022, at 10:00 a.m. The parties shall file their joint pre-trial stipulation under Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, by February 1, 2022. |
| | | **Judgment & Orders Appealed From** |
| 216 | 01/13/2022 | ORDER Granting 145 Joint Motion for Summary Judgment; Denying as moot 144 Motion in Limine; Denying as Moot 152 Motion in Limine; Denying as Moot 154 Motion for Summary Judgment. |
| 217 | 01/13/2022 | FINAL JUDGMENT in favor of Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Night Garden, LLC, Mark C. Manuel, Max Painter, Nannette M. Zapata against Bruce Munro, Ltd., Bruce Munro [and] Closing Case. |
| | | **Additional Orders for Review** |
| 44 | 04/08/2020 | Clerks ENTRY OF DEFAULT as to Zhongshan G-Lights Lighting Co., Ltd. |
| 186 | 06/02/2021 | ORDER Denying 167 EXPEDITED MOTION to Strike. |
| 203 | 06/09/2021 | ORDER denying 125 Plaintiffs' Motion to Confirm Matters Automatically Deemed Admitted Against NightGarden Defendants for Failing to Answer Requests for Admissions. |

| | | |
|---|---|---|
| 204 | 06/30/2021 | ORDER denying 153 Motion for Sanctions. |
| | | **Documents Whose Interpretation is Relevant to Issues on Appeal** |
| 148-2 | 05/03/2021 | Munro's *Forest of Light* Registration Certificate (U.S. Reg. Cert. No. VA 2-176-825, eff. Aug. 24, 2019)[1] |
| 148-3 | 5/03/2021 | Deposit Photos for Munro's *Forest of Light* Registration Certificate (U.S. Reg. Cert. No. VA 2-176-825, eff. Aug. 24, 2019) |
| | | **Other Materials Helpful to the Court in Deciding the Appeal** |
| 182-1 | 05/28/2021 | Attachment # 1 Declaration of Bruce Munro |
| 182-2 | 05/28/2021 | Attachment # 2 Exhibit 1 - Table of Comparative Photos |
| 182-3 | 05/28/2021 | Attachment # 3 Exhibit 2 - Bruce Munro Sketch Books |
| 182-4 | 05/28/2021 | Attachment # 4 Exhibit 3 - Bruce Munro Sketch Books |
| 193 | 06/18/2021 | RESPONSE in Opposition re 145 Joint MOTION for Summary Judgment and Incorporated Memorandum of Law Plaintiffs' Opposing 146 Statement of Material Facts (Corrected) filed by Bruce Munro, Ltd., Bruce Munro. |

---

[1] Also contained in the record at DE 1-1, 69-1, 136-3 at Ex. 22.

| | | APPENDIX<br>Volume IV of IV |
|---|---|---|
| **Tab #** | **Date** | **Proceeding Text** |
| 219 | 01/14/2022 | ORDER re Declaration Signed by Judge Raag Singhal on 1/14/22. |
| 220 | 01/14/2022 | CLERK'S Notice of Maintaining Audio-Visual Exhibit(s) received from Chambers Re DE 219 Order. Exhibit Numbers: Zip Drive, Calendars, Books and DVDs |
| 221 | 01/19/2022 | Declaration of Joel B. Rothman signed by: Joel B Rothman re 219 Order by Bruce Munro, Ltd., Bruce Munro |
| 221A | 1/14/2022 | Excerpts: Bruce Munro, CATCHING THE LIGHT (marked Bates No. MUNRO-009483)[2] |
| 221B | 1/14/2022 | Cover and Reverse: Bruce Munro, LIGHT INSTALLATIONS CALENDAR (marked Bates No. MUNRO-009484)[3] |
| 221C | 1/14/2022 | Excerpts: Bruce Munro, FIELD OF LIGHT Note Card Set (marked Bates No. MUNRO-014221)[4] |
| 221D | 1/14/2022 | Photograph of Covers of Illustrative Bruce Munro DVDs and Publications |
| 148-19 | 05/03/2021 | Attachment # 19 Exhibit S - Email chain: 2014 emails between Zapata/Fairchild and Munro Studio |
| 122-10 | 03/31/2021 | Attachment # 10 Exhibit 10 - Email chain: Emails between RBB and Kilburn Defendants re Munro's Field of Light at Sensorio[5] |

[2] Also contained in the record at DE 174-7 and DE 182-1 at ¶ 7, 27, 30, 33, 35, 38, 42, 59.

[3] Also contained in the record at DE 174-10.

[4] Also contained in the record at DE 174-12 to DE 174-14.

[5] Also contained in the record at DE 139-2 at Ex. 61.

| | | |
|---|---|---|
| 122-11 | 03/31/2021 | Attachment # 11 Exhibit 11 - Article re Munro's Field of Light at Sensorio referenced in emails between RBB and Kilburn Defendants[6] |
| 148-18 | 05/03/2021 | Attachment # 18 Exhibit R - Cease & Desist Letter dated November 11, 2019 |
| 148-12 | 05/03/2021 | Attachment # 12 Exhibit L - NightGarden Pitchdecks Powerpoints (excerpted) |
| 148-14 | 05/03/2021 | Attachment # 14 Exhibit N - Photograph of NightGarden Map Handout |
| 122-6 | 03/31/2021 | Attachment #6 - 2018 Recap Report: The NightGarden |
| 154 | 05/03/2021 | Plaintiff's MOTION for Summary Judgment on NightGarden Defendants' "Affirmative and Other Defenses" by Bruce Munro, Ltd., Bruce Munro. |
| 105-12 | 01/29/2021 | Attachment #12 - Defendants Kilburn Live, LLC and Night Garden, LLC's Response to Plaintiff Bruce Munro Ltd.'s Second Requests for Admissions |
| 181-1 | 05/28/2021 | Attachment #1 - Defendant Kilburn Live, LLC and Night Garden, LLC's Response to Plaintiffs' Request For Entry And Inspection |
| 181-9 | 05/28/2021 | Attachment #9 – Excerpted Deposition Transcript: Jonathan Sanford, Corporate Representative Kilburn Media, LLC, and Kilburn Live, LLC (Feb. 12, 2021) |
| 199 | 06/21/2021 | REPLY in SUPPORT re 153 Plaintiffs' MOTION for Sanctions Against Defendants, Fairchild Tropical Botanical Garden, Inc., Nanette Zapata, Night Garden, LLC, Kilburn, Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Imaginer, Inc., Imaginer, Ltd. and Max Painter for Spoliation filed by Bruce Munro, Ltd., Bruce Munro. |

---

[6] Also contained in the record at DE 139-2 at Ex. 62.

| B | | Certificate of Service |
|---|---|---|

# TAB A

**Query**    **Reports**    **Utilities**    **Help**    **Log Out**

APPEAL,CLOSED,LFL,MEDIATION,REF_DISCOV

# U.S. District Court
## Southern District of Florida (Miami)
## CIVIL DOCKET FOR CASE #: 1:20-cv-20079-AHS

| | |
|---|---|
| Munro v. Fairchild Tropical Botanic Garden, Inc. et al | Date Filed: 01/08/2020 |
| Assigned to: Judge Raag Singhal | Date Terminated: 01/13/2022 |
| Referred to: Magistrate Judge Lauren Fleischer Louis | Jury Demand: Plaintiff |
| Case in other court: 22-10450-F | Nature of Suit: 820 Copyright |
| Cause: 17:0501 Copyright Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Bruce Munro**                     represented by   **Craig Anthony Wirth**
SRipLaw
21301 Powerline Rd
Ste. 100
Boca Raton, FL 33433
561-990-2474
Email: craig.wirth@sriplaw.com *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl F. Schwenker**
Law Offices of Carl F. Schwenker
3807 Duval, Suite E
Austin, TX 78751
(512) 480-8427
Email: cfslaw@swbell.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meir Teitelbaum**
SRIPLAW
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
5614044350
Fax: 5614044353
Email: meir.teitelbaum@sriplaw.com
*(Inactive)*
*ATTORNEY TO BE NOTICED*

**Joel Benjamin Rothman**
SRIPLAW, PLLC
21301 Powerline Road

Suite 100
Boca Raton, FL 33433
561.404.4350
Fax: 561.404.4353
Email: joel.rothman@sriplaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce Munro, Ltd.**        represented by   **Meir Teitelbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel Benjamin Rothman**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Fairchild Tropical Botanic Garden, Inc.**    represented by   **Allison Sinclair Lovelady**
Shullman Fugate PLLC
2101 Vista Parkway, Suite 4006
West Palm Beach
West Palm Beach, FL 33411
United Sta
5616142592
Email: alovelady@shullmanfugate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deanna Kendall Shullman**
Shullman Fugate PLLC
2101 Vista Parkway, Suite 4006
West Palm Beach
West Palm Beach, FL 33411
United Sta
561-429-3619
Email: dshullman@shullmanfugate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Giselle M. Girones**
Shullman Fugate PLLC
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
(904) 551-1496
Email: ggirones@shullmanfugate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Murray Slater**
Slater Legal PLLC
P.O. Box 522
Tallahassee, FL 32302
305-523-9023
Email: james@slater.legal
*TERMINATED: 08/04/2021*
*ATTORNEY TO BE NOTICED*

**John Kressfield Shubin**
Shubin & Bass
46 SW 1st Street
3rd Floor
Miami, FL 33130
305-381-6060
Fax: 381-9457
Email: jshubin@shubinbass.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Night Garden, LLC**                    represented by **Allison Sinclair Lovelady**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Deanna Kendall Shullman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Giselle M. Girones**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **James Murray Slater**
                                                         (See above for address)
                                                         *TERMINATED: 08/04/2021*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Kilburn Live, LLC**                    represented by **Allison Sinclair Lovelady**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Deanna Kendall Shullman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Giselle M. Girones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Murray Slater**
(See above for address)
*TERMINATED: 08/04/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Zhongshan G-Lights Lighting Co., Ltd.**    represented by    **Zhongshan G-Lights Lighting Co., Ltd.**
C/O Secretaty of State
P.O.Box 6327
Tallahassee, FL 32314
PRO SE

**Defendant**

**Nannette M. Zapata**    represented by    **Allison Sinclair Lovelady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deanna Kendall Shullman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Giselle M. Girones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Murray Slater**
(See above for address)
*TERMINATED: 08/04/2021*
*ATTORNEY TO BE NOTICED*

**John Kressfield Shubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kilburn Media, LLC**    represented by    **Allison Sinclair Lovelady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deanna Kendall Shullman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Murray Slater**
(See above for address)
*TERMINATED: 08/04/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark C. Manuel**                    represented by    **Allison Sinclair Lovelady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deanna Kendall Shullman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Murray Slater**
(See above for address)
*TERMINATED: 08/04/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Imaginer Ltd**                    represented by    **Allison Sinclair Lovelady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deanna Kendall Shullman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Murray Slater**
(See above for address)
*TERMINATED: 08/04/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Imaginer, Inc.**                    represented by    **Allison Sinclair Lovelady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deanna Kendall Shullman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**James Murray Slater**
(See above for address)
*TERMINATED: 08/04/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Max Painter**           represented by    **Allison Sinclair Lovelady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deanna Kendall Shullman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Murray Slater**
(See above for address)
*TERMINATED: 08/04/2021*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2020 | 1 | COMPLAINT *for Copyright Infringement (Injunctive Relief Demanded)* against Fairchild Tropical Botanic Garden, Inc., Kilburn Live, LLC, Night Garden, LLC, Nannette M. Zapata, Zhongshan G-Lights Lighting Co., Ltd.. Filing fees $ 400.00 receipt number 113C-12288062, filed by Bruce Munro. (Attachments: # 1 Exhibit A - Registration Certificate, # 2 Exhibit B1 - Beacon Images, # 3 Exhibit B2 - Bell Chandelier Images, # 4 Exhibit B3 - Blue Moon Images, # 5 Exhibit B4 - Brass Monkey Images, # 6 Exhibit B5 - Fagin's Urchins Images, # 7 Exhibit B6 - Field of Light Images, # 8 Exhibit B7 - Fireflies Images, # 9 Exhibit B8 - Icos Images, # 10 Exhibit B9 - TePees Images, # 11 Exhibit B10 - Water-Towers Images, # 12 Exhibit B11 - Whizz Pops Images, # 13 Exhibit C - G-Light Alibaba Site 1, # 14 Exhibit D - G-Light Alibaba Site 2, # 15 Exhibit E - G-Light Alibaba Site 3, # 16 Exhibit F - G-Light Alibaba Site 4, # 17 Exhibit G - G-Light Homepage, # 18 Civil Cover Sheet, # 19 Summon(s) Fairchild, # 20 Summon(s) Kilburn, # 21 Summon(s) NightGarden, # 22 Summon(s) Zapata, # 23 Summon(s) Zhongshan G-Lights)(Rothman, Joel) (Entered: 01/08/2020) |
| 01/08/2020 | 2 | Clerks Notice of Judge Assignment to Judge Ursula Ungaro. <br><br> Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge John J. O'Sullivan is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. <br><br> Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of |

|            |     |                                                                                                                                                                                                                                                          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | our website. (cds) (Entered: 01/09/2020)                                                                                                                                                                                                                  |
| 01/08/2020 | 3   | FORM AO 121 AND COMPLAINT MAILED TO DIRECTOR OF U.S. COPYRIGHT OFFICE (cds) (Entered: 01/09/2020)                                                                                                                                                         |
| 01/09/2020 | 4   | Summons Issued as to Fairchild Tropical Botanic Garden, Inc., Kilburn Live, LLC, Night Garden, LLC, Nannette M. Zapata, Zhongshan G-Lights Lighting Co., Ltd.. (cds) (Entered: 01/09/2020)                                                                 |
| 01/09/2020 | 5   | NOTICE of Filing Proposed Summons(es) *for Zhongshan G-Lights c/o Secretary of State* by Bruce Munro re 1 Complaint,,,, filed by Bruce Munro (Rothman, Joel) (Entered: 01/09/2020)                                                                         |
| 01/09/2020 | 6   | Summons Issued as to Zhongshan G-Lights Lighting Co., Ltd.. (cqs) (Entered: 01/09/2020)                                                                                                                                                                   |
| 01/13/2020 | 7   | ORDER SETTING INITIAL PLANNING AND SCHEDULING CONFERENCE, ( Joint Planning and Scheduling Report due by 2/14/2020, Initial Planning and Scheduling Conference set for 2/28/2020 10:30 AM in Miami Division before Judge Ursula Ungaro.) Signed by Judge Ursula Ungaro on 1/10/2020. *See attached document for full details.* (cds) (Entered: 01/13/2020) |
| 01/14/2020 | 8   | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Carl F. Schwenker. Filing Fee $ 75.00 Receipt # 113C-12305932 by Bruce Munro. Responses due by 1/28/2020 (Attachments: # 1 Certification of Carl F. Schwenker, # 2 Text of Proposed Order) (Rothman, Joel) (Entered: 01/14/2020) |
| 01/15/2020 | 9   | ORDER Granting 8 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Carl F. Schwenker. Signed by Judge Ursula Ungaro on 1/15/2020. *See attached document for full details.* (cds) (Entered: 01/15/2020) |
| 01/17/2020 | 10  | WAIVER OF SERVICE Returned Executed by Bruce Munro. Nannette M. Zapata waiver sent on 1/10/2020, answer due 3/10/2020. (Rothman, Joel) (Entered: 01/17/2020) |
| 01/17/2020 | 11  | WAIVER OF SERVICE Returned Executed by Bruce Munro. Fairchild Tropical Botanic Garden, Inc. waiver sent on 1/10/2020, answer due 3/10/2020. (Rothman, Joel) (Entered: 01/17/2020) |
| 01/22/2020 | 12  | NOTICE of Attorney Appearance by John Kressfield Shubin on behalf of Fairchild Tropical Botanic Garden, Inc.. Attorney John Kressfield Shubin added to party Fairchild Tropical Botanic Garden, Inc.(pty:dft). (Shubin, John) (Entered: 01/22/2020) |
| 01/24/2020 | 13  | Certificate of Other Affiliates/Corporate Disclosure Statement by Bruce Munro identifying Corporate Parent Bruce Munro Ltd. dba Bruce Munro Studio for Bruce Munro (Rothman, Joel) (Entered: 01/24/2020) |
| 01/30/2020 | 14  | ORDER TO SHOW CAUSE. Show Cause Response due by 2/13/2020. Signed by Judge Ursula Ungaro on 1/30/2020. *See attached document for full details.* (cds) (Entered: 01/30/2020) |

| | | |
|---|---|---|
| 02/03/2020 | 15 | SUMMONS (Affidavit) Returned Executed on 1 Complaint,,,, with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Bruce Munro. Zhongshan G-Lights Lighting Co., Ltd. served on 1/29/2020, answer due 2/19/2020. (Rothman, Joel) (Entered: 02/03/2020) |
| 02/03/2020 | 16 | NOTICE of Attorney Appearance by Deanna Kendall Shullman on behalf of Kilburn Live, LLC, Night Garden, LLC. Attorney Deanna Kendall Shullman added to party Kilburn Live, LLC(pty:dft), Attorney Deanna Kendall Shullman added to party Night Garden, LLC(pty:dft). (Shullman, Deanna) (Entered: 02/03/2020) |
| 02/03/2020 | 17 | NOTICE of Attorney Appearance by Allison Sinclair Lovelady on behalf of Kilburn Live, LLC, Night Garden, LLC. Attorney Allison Sinclair Lovelady added to party Kilburn Live, LLC(pty:dft), Attorney Allison Sinclair Lovelady added to party Night Garden, LLC(pty:dft). (Lovelady, Allison) (Entered: 02/03/2020) |
| 02/03/2020 | 18 | NOTICE of Attorney Appearance by Giselle M. Girones on behalf of Kilburn Live, LLC, Night Garden, LLC. Attorney Giselle M. Girones added to party Kilburn Live, LLC(pty:dft), Attorney Giselle M. Girones added to party Night Garden, LLC(pty:dft). (Girones, Giselle) (Entered: 02/03/2020) |
| 02/04/2020 | 19 | WAIVER OF SERVICE Returned Executed by Kilburn Live, LLC. Kilburn Live, LLC waiver sent on 1/13/2020, answer due 3/13/2020. (Shullman, Deanna) (Entered: 02/04/2020) |
| 02/04/2020 | 20 | WAIVER OF SERVICE Returned Executed by Night Garden, LLC. Night Garden, LLC waiver sent on 1/13/2020, answer due 3/13/2020. (Shullman, Deanna) (Entered: 02/04/2020) |
| 02/06/2020 | 21 | STATUS REPORT *on Service of Defendants* by Bruce Munro (Attachments: # 1 Exhibit 1 - Email to G-Lights, # 2 Exhibit 2 - G-Lights Contact Info, # 3 Exhibit 3 - Letter to G-Lights)(Rothman, Joel) (Entered: 02/06/2020) |
| 02/10/2020 | 22 | Corporate Disclosure Statement by Kilburn Live, LLC (Shullman, Deanna) (Entered: 02/10/2020) |
| 02/10/2020 | 23 | Corporate Disclosure Statement by Night Garden, LLC identifying Other Affiliate Kilburn Live, LLC for Night Garden, LLC (Shullman, Deanna) (Entered: 02/10/2020) |
| 02/12/2020 | 24 | NOTICE of Attorney Appearance by John Kressfield Shubin on behalf of Fairchild Tropical Botanic Garden, Inc. (Shubin, John) (Entered: 02/12/2020) |
| 02/13/2020 | 25 | ORDER OF REASSIGNMENT to Judge Raag Singhal for all further proceedings, Judge Ursula Ungaro no longer assigned to case. Signed by Judge Ursula Ungaro on 2/13/2020. *See attached document for full details.* (yar) (Entered: 02/13/2020) |
| 02/14/2020 | 26 | Joint SCHEDULING REPORT - **Rule 16.1** by Bruce Munro (Attachments: # 1 Text of Proposed Order)(Rothman, Joel) (Entered: 02/14/2020) |
| 02/18/2020 | 27 | ORDER SETTING TRIAL AND PRE-TRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE: ( Jury Trial set for 3/15/2021 09:00 AM in Fort Lauderdale Division before Judge Raag Singhal., Calendar Call set for 3/12/2021 10:00 AM in Fort Lauderdale Division before Judge Raag Singhal., Amended Pleadings due by 6/1/2020., Discovery due by 11/9/2020., Expert Discovery due by 11/9/2020., Joinder of Parties due by 6/1/2020., Mediation Deadline 1/22/2021., In Limine Motions due by 2/19/2021., Dispositive Motions due by 2/19/2021., Motions due by 2/19/2021., Pretrial |

| | | |
|---|---|---|
| | | Stipulation due by 3/2/2021.), ORDER REFERRING CASE to Mediation. ( Mediation Deadline 1/22/2021.), ORDER REFERRING CASE to Magistrate Judge Chris M. McAliley for Discovery Matters. Signed by Judge Raag Singhal on 2/18/2020. *See attached document for full details.* (cds)<br><br>**Pattern Jury Instruction Builder -** To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 02/18/2020) |
| 02/24/2020 | 28 | NOTICE of Attorney Appearance by Deanna Kendall Shullman on behalf of Fairchild Tropical Botanic Garden, Inc., Nannette M. Zapata. Attorney Deanna Kendall Shullman added to party Fairchild Tropical Botanic Garden, Inc.(pty:dft), Attorney Deanna Kendall Shullman added to party Nannette M. Zapata(pty:dft). (Shullman, Deanna) (Entered: 02/24/2020) |
| 02/24/2020 | 29 | NOTICE of Attorney Appearance by Allison Sinclair Lovelady on behalf of Fairchild Tropical Botanic Garden, Inc., Nannette M. Zapata. Attorney Allison Sinclair Lovelady added to party Fairchild Tropical Botanic Garden, Inc.(pty:dft), Attorney Allison Sinclair Lovelady added to party Nannette M. Zapata(pty:dft). (Lovelady, Allison) (Entered: 02/24/2020) |
| 02/24/2020 | 30 | NOTICE of Attorney Appearance by Giselle M. Girones on behalf of Fairchild Tropical Botanic Garden, Inc., Nannette M. Zapata. Attorney Giselle M. Girones added to party Fairchild Tropical Botanic Garden, Inc.(pty:dft), Attorney Giselle M. Girones added to party Nannette M. Zapata(pty:dft). (Girones, Giselle) (Entered: 02/24/2020) |
| 02/24/2020 | 31 | Joint MOTION to Amend/Correct 27 Scheduling Order,,,,, Order Referring Case to Mediation,,,,, Order Referring Case to Magistrate Judge,,,, *and Defendants' Notice of Unavailability* by Fairchild Tropical Botanic Garden, Inc., Kilburn Live, LLC, Night Garden, LLC, Nannette M. Zapata. Responses due by 3/9/2020 (Attachments: # 1 Text of Proposed Order Proposed Order)(Shullman, Deanna) (Entered: 02/24/2020) |
| 02/24/2020 | 32 | NOTICE of Attorney Appearance by John Kressfield Shubin on behalf of Nannette M. Zapata. Attorney John Kressfield Shubin added to party Nannette M. Zapata(pty:dft). (Shubin, John) (Entered: 02/24/2020) |
| 02/24/2020 | 33 | NOTICE of Attorney Appearance by John Kressfield Shubin on behalf of Nannette M. Zapata (Shubin, John) (Entered: 02/24/2020) |
| 02/25/2020 | 34 | Granting: 31 Joint MOTION to Amend/Correct 27 Scheduling Order,,,,, Order Referring Case to Mediation,,,,, Order Referring Case to Magistrate Judge,,,, *and Defendants' Notice of Unavailability* filed by Night Garden, LLC, Kilburn Live, LLC, Nannette M. Zapata, Fairchild Tropical Botanic Garden, Inc. ( Jury Trial set for 5/10/2021 09:00 AM before Judge Raag Singhal., Calendar Call set for 5/7/2021 10:00 AM before Judge Raag Singhal., Pretrial Stipulation due by 4/27/2021), Signed by Judge Raag Singhal on 2/25/2020. *See attached document for full details.* (cds)<br><br>**Pattern Jury Instruction Builder -** To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 02/25/2020) |
| 02/27/2020 | | 2/28/20 Scheduling Conference terminated per 25 Order Transferring Case. (asl) (Entered: 02/27/2020) |

| 03/10/2020 | 35 | MOTION TO DISMISS 1 Complaint,,,, FOR FAILURE TO STATE A CLAIM by Fairchild Tropical Botanic Garden, Inc., Kilburn Live, LLC, Night Garden, LLC, Nannette M. Zapata. Responses due by 3/24/2020 (Lovelady, Allison) (Entered: 03/10/2020) |
|---|---|---|
| 03/24/2020 | 36 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 35 MOTION TO DISMISS 1 Complaint,,,, FOR FAILURE TO STATE A CLAIM by Bruce Munro. (Attachments: # 1 Text of Proposed Order)(Rothman, Joel) (Entered: 03/24/2020) |
| 03/25/2020 | 37 | PAPERLESS ORDER granting 36 Motion for Extension of Time. The Court fully understands the ongoing national emergency and appreciates the inconveniences created by the COVID-19 pandemic. While this should not be interpreted as an admonishment nor any displeasure from the Court, the Court does note this motion seeking extra time was filed on the date response was due. The Court asks the parties to be mindful of such last-minute filings and request such relief in a more timely manner in the future. Signed by Judge Raag Singhal on 3/25/2020. (eyr) (Entered: 03/25/2020) |
| 03/27/2020 | 38 | Second MOTION for Extension of Time to File Response/Reply/Answer as to 35 MOTION TO DISMISS 1 Complaint,,,, FOR FAILURE TO STATE A CLAIM by Bruce Munro. (Attachments: # 1 Text of Proposed Order)(Rothman, Joel) (Entered: 03/27/2020) |
| 03/28/2020 | 39 | PAPERLESS ORDER granting 38 Second Motion for Extension of Time. Signed by Judge Raag Singhal on 3/28/2020. (eyr) (Entered: 03/28/2020) |
| 03/30/2020 | 40 | RESPONSE in Opposition re 35 MOTION TO DISMISS 1 Complaint,,,, FOR FAILURE TO STATE A CLAIM filed by Bruce Munro. Replies due by 4/6/2020. (Rothman, Joel) (Entered: 03/30/2020) |
| 04/01/2020 | 41 | PAPERLESS ORDER Setting Telephonic Hearing on 35 Motion to Dismiss. Telephonic Motion Hearing set for 4/9/2020 10:45 AM before Judge Raag Singhal. Telephone Number: 877-402-9753, Access Code: 4709496. Signed by Judge Raag Singhal on 4/1/2020. (eyr) (Entered: 04/01/2020) |
| 04/06/2020 | 42 | Defendant's REPLY to 35 MOTION TO DISMISS 1 Complaint,,,, FOR FAILURE TO STATE A CLAIM *(In Support)* by Fairchild Tropical Botanic Garden, Inc., Kilburn Live, LLC, Night Garden, LLC, Nannette M. Zapata. (Lovelady, Allison) (Entered: 04/06/2020) |
| 04/07/2020 | 43 | MOTION for Clerks Entry of Default as to Zhongshan G-Lights Lighting Co., Ltd. by Bruce Munro. (Attachments: # 1 Declaration of Joel B. Rothman, # 2 Exhibit A - Return of Service, # 3 Exhibit B - Email to G-Lights, # 4 Exhibit C - Letter & Fedex to G-Lights)(Rothman, Joel) (Entered: 04/07/2020) |
| 04/08/2020 | 44 | Clerks Entry of Default as to Zhongshan G-Lights Lighting Co., Ltd. - Motions Terminated: 43 Motion for Clerks Entry of Default, Signed by DEPUTY CLERK on 4/9/2020. (cqs) (Entered: 04/08/2020) |
| 04/09/2020 | 45 | PAPERLESS Minute Entry for proceedings held before Judge Raag Singhal: Motion Hearing held on 4/9/2020 for 35 Motion to Dismiss Complaint. Total time in court: 1 hour(s) : 2 minutes. Attorney Appearance(s): John Kressfield Shubin, Allison Sinclair Lovelady, Carl F. Schwenker, Joel Benjamin Rothman, Court Reporter: Karl Shires, 954-769-5496 / Karl_Shires@flsd.uscourts.gov. (eyr) (Entered: 04/09/2020) |

| | | |
|---|---|---|
| 04/17/2020 | 46 | Corporate Disclosure Statement by Fairchild Tropical Botanic Garden, Inc. (Lovelady, Allison) (Entered: 04/17/2020) |
| 05/01/2020 | 47 | Defendant's NOTICE of Mediator Selection and Hearing. Selected/Added Mark Stein as Mediator. Mediation Hearing set for 8/6/2020 at 9:00 a.m.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Lovelady, Allison) (Entered: 05/01/2020) |
| 05/04/2020 | 48 | Plaintiff's NOTICE of Mediator Selection and Hearing. Selected/Added Mark Stein as Mediator. Mediation Hearing set for 8/6/2020. (Attachments: # 1 Text of Proposed Order)(Rothman, Joel) (Entered: 05/04/2020) |
| 05/08/2020 | 49 | **NOTICE of Hearing** by ATTORNEY: Discovery Hearing set for 5/13/2020 09:30 AM in Miami Division before Magistrate Judge Chris M. McAliley. (Lovelady, Allison) (Entered: 05/08/2020) |
| 05/08/2020 | 50 | PAPERLESS NOTICE OF COURT PRACTICE. Defendants have noticed a discovery dispute for the Court's discovery calendar on May 13, 2020 at 9:30 a.m. which shall occur telephonically. Attendees should use the following dial-in information: Telephone number: 1-888-684-8852; Access code: 9675400; and Security code: 5890. Signed by Magistrate Judge Chris M. McAliley on 5/8/2020. (nsy) (Entered: 05/08/2020) |
| 05/09/2020 | 51 | JUDICIAL DISCLOSURE Signed by Magistrate Judge Chris M. McAliley on 5/9/2020. *See attached document for full details.* (nsy) (Entered: 05/09/2020) |
| 05/12/2020 | 52 | PAPERLESS ORDER. In accordance with the Judicial Disclosure, (ECF No. 51), given the absence of a joint written notice waiving my presumptive disqualification, I have recused myself from this action and, therefore, the discovery hearing scheduled for May 13, 2020 is hereby CANCELLED. Signed by Magistrate Judge Chris M. McAliley on 5/12/2020. (nsy) (Entered: 05/12/2020) |
| 05/13/2020 | 53 | ORDER OF RECUSAL. Magistrate Judge Chris M. McAliley recused. Case reassigned to Magistrate Judge Lauren Fleischer Louis for all further proceedings. Motions referred to Judge Lauren Fleischer Louis. Signed by Magistrate Judge Chris M. McAliley on 5/12/2020. *See attached document for full details.* (vjk) (Entered: 05/13/2020) |
| 05/20/2020 | 54 | (STRICKEN PER DE#55)**NOTICE of Hearing** by ATTORNEY: Discovery Hearing set for 5/28/2020 01:30 PM in Miami Division before Judge Raag Singhal. (Rothman, Joel) Text Modified on 5/21/2020 (cqs). (Entered: 05/20/2020) |
| 05/21/2020 | 55 | NOTICE of Striking 54 Notice re Hearing by Attorney filed by Bruce Munro by Bruce Munro (Rothman, Joel) (Entered: 05/21/2020) |
| 05/21/2020 | 56 | **NOTICE of Hearing** by ATTORNEY: Telephonic Motion Hearing set for 5/28/2020 01:30 PM in Fort Lauderdale Division before Magistrate Judge Lauren Fleischer Louis. (Rothman, Joel) (Entered: 05/21/2020) |
| 05/21/2020 | 57 | Unopposed MOTION to Amend/Correct 27 Scheduling Order,,,,, Order Referring Case to Mediation,,,,, Order Referring Case to Magistrate Judge,,,, by Bruce Munro. Responses due by 6/4/2020 (Attachments: # 1 Text of Proposed Order)(Rothman, Joel) (Entered: 05/21/2020) |

| 05/28/2020 | 58 | PAPERLESS Order Cancelling Hearing on Plaintiff's Noticed Discovery Dispute 56 set for May 28, 2020 at 1:30 PM before Magistrate Judge Louis. Signed by Magistrate Judge Lauren Fleischer Louis on 5/28/2020. (dhy) (Entered: 05/28/2020) |
|---|---|---|
| 05/29/2020 | 59 | Joint MOTION for Protective Order by Bruce Munro. (Attachments: # 1 Text of Proposed Order)(Rothman, Joel) (Entered: 05/29/2020) |
| 06/01/2020 | 60 | STIPULATED PROTECTIVE ORDER. Granting 59 Joint Motion for Protective Order. Signed by Magistrate Judge Lauren Fleischer Louis on 6/1/2020. *See attached document for full details.* (cds) (Entered: 06/01/2020) |
| 06/10/2020 | 61 | PAPERLESS ORDER granting 57 Motion to Amend/Correct Deadlines Set Forth in 27 . *Clerks Notice: Filer must separately re-file any amended pleadings pursuant to Local Rule 15.1, unless otherwise ordered by the Judge.* Amended Pleadings due by 7/15/2020. Joinder of Parties due by 7/15/2020. Signed by Judge Raag Singhal on 6/10/2020. (AHS) (Entered: 06/10/2020) |
| 06/29/2020 | 62 | **NOTICE of Hearing** by ATTORNEY: Discovery Hearing set for 7/9/2020 01:30 PM in Miami Division before Magistrate Judge Lauren Fleischer Louis. Telephone Conference set for 7/9/2020 01:30 PM in Miami Division before Magistrate Judge Lauren Fleischer Louis. (Rothman, Joel) (Entered: 06/29/2020) |
| 06/30/2020 | 63 | **NOTICE of Hearing** by ATTORNEY: Discovery Hearing set for 7/9/2020 01:30 PM in Miami Division before Magistrate Judge Lauren Fleischer Louis. Telephone Conference set for 7/9/2020 01:30 PM in Miami Division before Magistrate Judge Lauren Fleischer Louis. (Lovelady, Allison) (Entered: 06/30/2020) |
| 07/09/2020 | 64 | ORDER re Notice of Discovery Hearing. Signed by Magistrate Judge Lauren Fleischer Louis on 7/9/2020. *See attached document for full details.* (cds) (Entered: 07/09/2020) |
| 07/09/2020 | 66 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Lauren Fleischer Louis: Telephonic Discovery Hearing held on 7/9/2020. Total time in court: 25 minutes. Attorney Appearance(s): Allison Sinclair Lovelady, Carl F. Schwenker, Joel Benjamin Rothman (aw) (Entered: 07/13/2020) |
| 07/13/2020 | 65 | ORDER denying 35 Motion to Dismiss for Failure to State a Claim. Signed by Judge Raag Singhal on 7/13/2020. *See attached document for full details.* (eyr) (Entered: 07/13/2020) |
| 07/15/2020 | 67 | Unopposed MOTION to Amend/Correct *for leave to filed amended complaint* by Bruce Munro. Responses due by 7/29/2020 (Attachments: # 1 Exhibit Exhibit 1 Proposed Amended Complaint, # 2 Exhibit Exhibit 2 Proposed Order)(Rothman, Joel) (Entered: 07/15/2020) |
| 07/21/2020 | 68 | PAPERLESS ORDER granting 67 Motion to File Amended Complaint. *Clerks Notice: Filer must separately re-file the amended pleading pursuant to Local Rule 15.1, unless otherwise ordered by the Judge.* Signed by Judge Raag Singhal on 7/21/2020. (eyr) (Entered: 07/21/2020) |
| 07/22/2020 | 69 | First AMENDED COMPLAINT *for Copyright Infringement - Injunctive Relief Demanded* against Fairchild Tropical Botanic Garden, Inc., Kilburn Live, LLC, Night Garden, LLC, Nannette M. Zapata, Zhongshan G-Lights Lighting Co., Ltd., Kilburn Media, LLC, Mark C. Manuel, Imaginer Ltd, Imaginer, Inc., Max Painter filed in response to Order Granting Motion for Leave, filed by Bruce Munro, Bruce Munro, Ltd.. (Attachments: # 1 Exhibit A - Certificate, # 2 Exhibit B-1 - Beacon Images, # 3 |

| | | |
|---|---|---|
| | | Exhibit B-2 - Bell Chandelier Images, # 4 Exhibit B-3 - Blue Moon Images, # 5 Exhibit B-4 - Brass Monkey Images, # 6 Exhibit B-5 - Fagin's Urchins Images, # 7 Exhibit B-6 - Field of Light Images, # 8 Exhibit B-7 - Fireflies Images, # 9 Exhibit B-8 - Icos Images, # 10 Exhibit B-9 - TePees Images, # 11 Exhibit B-10 - Water Towers Images, # 12 Exhibit B-11 - Whizz Pops Images, # 13 Exhibit C - G-Light Alibaba Site 1, # 14 Exhibit D - G-Light Alibaba Site 2, # 15 Exhibit E - G-Light Alibaba Site 3, # 16 Exhibit F - G-Light Alibaba Site 4, # 17 Exhibit G - G-Light Homepage) (Rothman, Joel) (Entered: 07/22/2020) |
| 07/30/2020 | 70 | NOTICE of Attorney Appearance by Meir Teitelbaum on behalf of Bruce Munro, Ltd., Bruce Munro. Attorney Meir Teitelbaum added to party Bruce Munro, Ltd.(pty:pla), Attorney Meir Teitelbaum added to party Bruce Munro(pty:pla). (Teitelbaum, Meir) (Entered: 07/30/2020) |
| 08/05/2020 | 71 | ANSWER and Affirmative Defenses to Amended Complaint by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. Attorney Allison Sinclair Lovelady added to party Imaginer Ltd(pty:dft), Attorney Allison Sinclair Lovelady added to party Imaginer, Inc.(pty:dft), Attorney Allison Sinclair Lovelady added to party Kilburn Media, LLC(pty:dft), Attorney Allison Sinclair Lovelady added to party Mark C. Manuel(pty:dft), Attorney Allison Sinclair Lovelady added to party Max Painter(pty:dft). (Lovelady, Allison) (Entered: 08/05/2020) |
| 08/12/2020 | 72 | MEDIATION REPORT by Mark E. Stein. Disposition: Case did not settle.(Stein, Mark) (Entered: 08/12/2020) |
| 08/17/2020 | 73 | NOTICE of Attorney Appearance by James Murray Slater on behalf of Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. Attorney James Murray Slater added to party Fairchild Tropical Botanic Garden, Inc.(pty:dft), Attorney James Murray Slater added to party Imaginer Ltd(pty:dft), Attorney James Murray Slater added to party Imaginer, Inc.(pty:dft), Attorney James Murray Slater added to party Kilburn Live, LLC(pty:dft), Attorney James Murray Slater added to party Kilburn Media, LLC(pty:dft), Attorney James Murray Slater added to party Mark C. Manuel(pty:dft), Attorney James Murray Slater added to party Night Garden, LLC(pty:dft), Attorney James Murray Slater added to party Max Painter(pty:dft), Attorney James Murray Slater added to party Nannette M. Zapata(pty:dft). (Slater, James) (Entered: 08/17/2020) |
| 08/21/2020 | 74 | Joint MOTION to Amend/Correct 27 Scheduling Order,,,,, Order Referring Case to Mediation,,,,, Order Referring Case to Magistrate Judge,,,, *and Incorporated Memorandum of Law* by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. Responses due by 9/4/2020 (Attachments: # 1 Text of Proposed Order Proposed Order)(Lovelady, Allison) (Entered: 08/21/2020) |
| 08/24/2020 | 75 | ORDER Granting 74 GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER. Discovery due by 1/22/2021. Expert Discovery due by 1/22/2021. Mediation Deadline 2/9/2021. Dispositive Motions due by 4/4/2021. In Limine Motions due by 4/4/2021. Motions due by 4/4/2021. Pretrial Stipulation due by 8/18/2021. Calendar Call set for 8/27/2021 before Judge Raag Singhal. Jury Trial set for 8/30/2021 before Judge Raag Singhal. Signed by Judge Raag Singhal on 8/24/2020. *See attached* |

| | | |
|---|---|---|
| | | *document for full details.* (cds) (Entered: 08/24/2020) |
| 08/26/2020 | 76 | MOTION to Strike 71 Answer to Amended Complaint,, *(Affirmative and Other Defenses)* by Bruce Munro, Ltd., Bruce Munro. Responses due by 9/9/2020 (Rothman, Joel) (Entered: 08/26/2020) |
| 09/09/2020 | 77 | Defendant's RESPONSE to 76 MOTION to Strike 71 Answer to Amended Complaint,, *(Affirmative and Other Defenses)* by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. (Attachments: # 1 Exhibit Exhibit)(Lovelady, Allison) (Entered: 09/09/2020) |
| 09/16/2020 | 78 | REPLY to Response to Motion re 76 MOTION to Strike 71 Answer to Amended Complaint,, *(Affirmative and Other Defenses)* filed by Bruce Munro, Ltd., Bruce Munro. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Rothman, Joel) (Entered: 09/16/2020) |
| 09/22/2020 | 79 | Plaintiff's Certificate of Other Affiliates/Corporate Disclosure Statement - NONE disclosed by Bruce Munro, Ltd. (Rothman, Joel) (Entered: 09/22/2020) |
| 10/06/2020 | 80 | **NOTICE of Hearing** by ATTORNEY: Discovery Hearing set for 10/15/2020 10:00 AM in Miami Division before Magistrate Judge Lauren Fleischer Louis. (Lovelady, Allison) (Entered: 10/06/2020) |
| 10/09/2020 | 81 | Defendant's MOTION for Judgment on the Pleadings *as to Statutory Damages and Attorneys' Fees* by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. (Lovelady, Allison) (Entered: 10/09/2020) |
| 10/15/2020 | 83 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Lauren Fleischer Louis: Discovery Hearing held on 10/15/2020. Written order to follow. Total time in court: 1 hour(s). Attorney Appearance(s): Joel Benjamin Rothman, Meir Teitelbaum, Deanna Kendall Shullman, Allison Sinclair Lovelady, Carl F. Schwenker. (Digital LFL_01_10.15.2020 zoom) (aw) (Entered: 10/21/2020) |
| 10/20/2020 | 82 | ORDER ON DISCOVERY DISPUTE re 80 Defendants' Notice of Discovery Hearing. Signed by Magistrate Judge Lauren Fleischer Louis on 10/20/2020. *See attached document for full details.* (age) (Entered: 10/20/2020) |
| 10/22/2020 | 84 | **NOTICE of Hearing** by ATTORNEY: Discovery Hearing set for 10/28/2020 02:00 PM in Miami Division before Magistrate Judge Lauren Fleischer Louis. (Lovelady, Allison) (Entered: 10/22/2020) |
| 10/23/2020 | 85 | RESPONSE in Opposition re 81 Defendant's MOTION for Judgment on the Pleadings *as to Statutory Damages and Attorneys' Fees* filed by Bruce Munro, Ltd.. Replies due by 10/30/2020. (Rothman, Joel) (Entered: 10/23/2020) |
| 10/27/2020 | 86 | Joint MOTION to Amend/Correct 27 Scheduling Order,,,,, Order Referring Case to Mediation,,,,, Order Referring Case to Magistrate Judge,,,, *and Incorporated Memorandum of Law* by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. Attorney Deanna Kendall Shullman added to party Imaginer Ltd(pty:dft), Attorney Deanna Kendall Shullman added to party Imaginer, Inc.(pty:dft), Attorney Deanna Kendall Shullman added to party Kilburn Media, LLC(pty:dft), Attorney Deanna Kendall Shullman added to party Mark C. Manuel(pty:dft), Attorney Deanna Kendall Shullman added to party Max |

| | | |
|---|---|---|
| | | Painter(pty:dft). Responses due by 11/10/2020 (Attachments: # 1 Text of Proposed Order Proposed Order)(Shullman, Deanna) (Entered: 10/27/2020) |
| 10/28/2020 | 88 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Lauren Fleischer Louis: Discovery Hearing held on 10/28/2020. Written order to follow. Total time in court: 50 minutes. Attorney Appearance(s): Meir Teitelbaum, Deanna Kendall Shullman, Allison Sinclair Lovelady, Carl F. Schwenker. (Digital 14:00:28) (aw) (Entered: 10/29/2020) |
| 10/29/2020 | 87 | ORDER ON DISCOVERY DISPUTE re 84 Defendants' Notice of Discovery Hearing. Signed by Magistrate Judge Lauren Fleischer Louis on 10/29/2020. *See attached document for full details.* (age) (Entered: 10/29/2020) |
| 10/30/2020 | 89 | REPLY to Response to Motion re 81 Defendant's MOTION for Judgment on the Pleadings *as to Statutory Damages and Attorneys' Fees* filed by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. (Lovelady, Allison) (Entered: 10/30/2020) |
| 11/04/2020 | 90 | ORDER granting in part and denying in part 76 Motion to Strike Defendants' Affirmative Defenses. Signed by Judge Raag Singhal on 11/4/2020. *See attached document for full details.* (eyr) (Entered: 11/04/2020) |
| 11/10/2020 | 91 | PAPERLESS ORDER granting 86 Joint Motion to Amend Scheduling Order. Deadline to disclose experts and exchange expert witness summaries or reports due 1/22/2021. Deadline to disclose rebuttal experts and exchange rebuttal expert witness summaries or reports due 2/12/2021. Deadline to complete all expert discovery due 3/19/2021. Signed by Judge Raag Singhal on 11/10/2020. (eyr) (Entered: 11/10/2020) |
| 11/10/2020 | | Reset Deadlines Per DE#91. Expert Discovery due by 3/19/2021. Expert Witness List due by 1/22/2021. (cqs) (Entered: 11/10/2020) |
| 11/11/2020 | 92 | *Defendants' Amended* ANSWER and Affirmative Defenses to Complaint *(Amended Complaint)* by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. (Lovelady, Allison) (Entered: 11/11/2020) |
| 12/16/2020 | 93 | Joint MOTION to Amend/Correct 27 Scheduling Order,,,,, Order Referring Case to Mediation,,,,, Order Referring Case to Magistrate Judge,,,, by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. Responses due by 12/30/2020 (Attachments: # 1 Text of Proposed Order Proposed Order)(Lovelady, Allison) (Entered: 12/16/2020) |
| 12/18/2020 | 94 | PAPERLESS ORDER granting 93 Joint Motion to Amend Scheduling Order. 27 and 75 Orders Setting Trial are amended as follows: Parties disclose experts and exchange expert witness summaries or reports: 2/22/2021; Parties disclose rebuttal experts and exchange rebuttal expert witness summaries or reports: 3/12/2021; All expert discovery is completed: 4/19/2021; All pre-trial motions, motions in limine and Daubert Motions (which include motions |

| | | |
|---|---|---|
| | | to strike experts) are filed. This deadline includes all dispositive motions: 5/3/2021; No other deadlines are affected by this order. Signed by Judge Raag Singhal on 12/18/2020. (eyr) (Entered: 12/18/2020) |
| 12/18/2020 | | Reset Deadlines Per DE#94. Expert Discovery due by 4/19/2021. Dispositive Motions due by 5/3/2021. In Limine Motions due by 5/3/2021. Motions due by 5/3/2021. (cqs) (Entered: 12/18/2020) |
| 01/05/2021 | 95 | **NOTICE of Hearing** by ATTORNEY: Discovery Hearing set for 1/13/2021 09:30 AM before Magistrate Judge Lauren Fleischer Louis. (Lovelady, Allison) (Entered: 01/05/2021) |
| 01/13/2021 | 96 | PAPERLESS Order Cancelling Discovery Hearing Set for 1/13/2021 at 9:30am before Magistrate Judge Lauren Fleischer Louis. Pursuant to the Court's General Order on Discovery Objections and Procedures, the Parties have notified chambers that the dispute noticed for the hearing has been resolved through conferral. Signed by Magistrate Judge Lauren Fleischer Louis on 1/13/2021. (age) (Entered: 01/13/2021) |
| 01/15/2021 | 97 | Corporate Disclosure Statement by Kilburn Media, LLC (Lovelady, Allison) (Entered: 01/15/2021) |
| 01/15/2021 | 98 | Corporate Disclosure Statement by Imaginer, Inc. (Lovelady, Allison) (Entered: 01/15/2021) |
| 01/15/2021 | 99 | Corporate Disclosure Statement by Imaginer Ltd (Lovelady, Allison) (Entered: 01/15/2021) |
| 01/16/2021 | 100 | TRANSCRIPT of Hearing held on 10/15/20 before Magistrate Judge Lauren Fleischer Louis, 1-41 pages, Court Reporter: Joanne Mancari, 305-523-5635. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/8/2021. Redacted Transcript Deadline set for 2/16/2021. Release of Transcript Restriction set for 4/16/2021. (hh) (Entered: 01/19/2021) |
| 01/22/2021 | 101 | Fifth MOTION to Continue *(Amend Scheduling Order and Incorporated Memorandum of Law)* re 27 Scheduling Order,,,,, Order Referring Case to Mediation,,,,, Order Referring Case to Magistrate Judge,,,, by Bruce Munro, Ltd., Bruce Munro. Responses due by 2/5/2021 (Rothman, Joel) (Entered: 01/22/2021) |
| 01/25/2021 | 102 | PAPERLESS ORDER EXPEDITNG RESPONSE TO 101 Fifth MOTION to Continue filed by Bruce Munro, Ltd. and Bruce Munro. Responses due by 1/29/2021. No Reply shall be filed absent order of the Court. Signed by Judge Raag Singhal on 1/25/2021. (jhy) (Entered: 01/25/2021) |
| 01/25/2021 | 103 | **NOTICE of Hearing** by ATTORNEY: Discovery Hearing set for 2/2/2021 02:00 PM in Miami Division before Magistrate Judge Lauren Fleischer Louis. (Rothman, Joel) (Entered: 01/25/2021) |
| 01/26/2021 | 104 | Zoom instructions for Discovery Hearing are as follows: Meeting ID: 161 589 7497; Passcode: 518347. (aw) (Entered: 01/26/2021) |
| 01/29/2021 | 105 | RESPONSE in Opposition re 101 Fifth MOTION to Continue *(Amend Scheduling Order and Incorporated Memorandum of Law)* re 27 Scheduling Order,,,,, Order |

| | | |
|---|---|---|
| | | Referring Case to Mediation,,,,, Order Referring Case to Magistrate Judge,,,, filed by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. Replies due by 2/5/2021. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit Composite 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21)(Lovelady, Allison) (Entered: 01/29/2021) |
| 02/01/2021 | 106 | PAPERLESS ORDER denying 101 Plaintiffs' Fifth Motion to Extend Discovery Deadline to April 29, 2021. As this Court has previously stated: "A motion for extension of time is not self-executing; no motion is, unless expressly provided for by the applicable rule. Yet, by filing these motions on or near the last day, and then sitting idle 'pending the Court's disposition of the motion,' parties essentially grant their own motion. The Court will not condone this." *Compere v. Nusret Miami, LLC*, 2020 WL 2844888, *2 (S.D. Fla. May 7, 2020) (internal citations omitted). Similarly, Plaintiffs' dilatory tactics will not be condoned in this case. Signed by Judge Raag Singhal on 2/1/2021. (jhy) (Entered: 02/01/2021) |
| 02/01/2021 | 107 | REVISED PAPERLESS ORDER re 106 Order Denying Motion to Extend Discovery Deadline. The Court clarifies that Plaintiffs' Fifth Motion to Extend the Discovery Deadline to April 19, 2021 (not April 29) is DENIED for the reason stated in the Court's February 1, 2021 Order. Signed by Judge Raag Singhal on 2/1/2021. (jhy) (Entered: 02/01/2021) |
| 02/02/2021 | 108 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Lauren Fleischer Louis: Discovery Hearing held on 2/2/2021. Parties to adhere to the Court's rulings as stated on the record. Written order to follow. Total time in court: 1 hour(s) : 43 minutes. Attorney Appearance(s): Joel Benjamin Rothman, Carl F. Schwenker, Deanna Kendall Shullman, Allison Sinclair Lovelady. (Digital 13:55:55/LFL_02_2.2.2021 zoom) (aw) (Entered: 02/02/2021) |
| 02/11/2021 | 109 | TRANSCRIPT of discovery hearing held on 2-2-2021 before Magistrate Judge Lauren Fleischer Louis, 1-57 pages, Court Reporter: Dawn Savino, 305-523-5598 / Dawn_Savino@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/4/2021. Redacted Transcript Deadline set for 3/15/2021. Release of Transcript Restriction set for 5/12/2021. (Savino, Dawn) (Entered: 02/11/2021) |
| 02/22/2021 | 110 | Unopposed MOTION to Amend/Correct 75 Order on Motion to Amend/Correct,, 27 Scheduling Order,,,,, Order Referring Case to Mediation,,,,, Order Referring Case to Magistrate Judge,,,, by Bruce Munro, Ltd., Bruce Munro. Responses due by 3/8/2021 (Attachments: # 1 Text of Proposed Order)(Rothman, Joel) (Entered: 02/22/2021) |
| 02/22/2021 | 111 | NOTICE by Bruce Munro, Ltd., Bruce Munro re 110 Unopposed MOTION to Amend/Correct 75 Order on Motion to Amend/Correct,, 27 Scheduling Order,,,,, Order Referring Case to Mediation,,,,, Order Referring Case to Magistrate Judge,,,, *of Filing Corrected Proposed Order* (Attachments: # 1 Text of Proposed Order) (Rothman, Joel) (Entered: 02/22/2021) |

| | | |
|---|---|---|
| 02/22/2021 | 112 | PAPERLESS ORDER granting 110 Plaintiffs' Unopposed Motion to Amend Scheduling Orders 75 and 94 . |
| | | Parties shall disclose experts and exchange expert summaries/reports by March 8, 2021. |
| | | Parties shall disclose rebuttal experts and exchange rebuttal expert summaries/reports by April 9, 2021. |
| | | All other deadlines remain unchanged. |
| | | Signed by Judge Raag Singhal on 2/22/2021. (jhy) (Entered: 02/22/2021) |
| 02/23/2021 | 113 | PAPERLESS ORDER on discovery disputes. This cause is before the Court upon receipt of a request from counsel for a hearing on a discovery dispute between the Parties. However, the discovery period in this case closed on January 22, 2021 75 , and the Parties request to extend this discovery deadline was previously denied 106 . The Court's practice for resolving discovery disputes without filing a motion is not available beyond the discovery period. Accordingly, any application for relief from the Court may only be pursued via motion, in compliance with Local Rules 7.1 and 26.1. Signed by Magistrate Judge Lauren Fleischer Louis on 2/23/2021. (age) (Entered: 02/23/2021) |
| 03/03/2021 | 114 | ORDER Denying 81 Motion for Partial Judgment on the Pleadings as to Statutory Damages and Attorneys Fees. Signed by Judge Raag Singhal on 3/3/2021. *See attached document for full details.* (cds) (Entered: 03/03/2021) |
| 03/04/2021 | 115 | Plaintiff's MOTION to Compel *non-party RBB Communications to Respond to Subpoena* by Bruce Munro, Ltd., Bruce Munro. Responses due by 3/18/2021 (Attachments: # 1 Exhibit 1 - Subpoena to RBB, # 2 Exhibit 1 - RBB's Answer, # 3 Exhibit 3 - Emails)(Rothman, Joel) (Entered: 03/04/2021) |
| 03/05/2021 | 116 | Amended MOTION to Compel *Non-Party RBB Communications to Respond to Subpoena and Produce* by Bruce Munro, Ltd.. Responses due by 3/19/2021 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Rothman, Joel) (Entered: 03/05/2021) |
| 03/19/2021 | 117 | RESPONSE in Opposition re 116 Amended MOTION to Compel *Non-Party RBB Communications to Respond to Subpoena and Produce* filed by RBB Communications, LLC. Attorney Darren Joel Spielman added to party RBB Communications, LLC(pty:obj). Replies due by 3/26/2021. (Spielman, Darren) (Entered: 03/19/2021) |
| 03/26/2021 | 118 | MOTION for Extension of Time to File Response/Reply/Answer as to 117 Response in Opposition to Motion, by Bruce Munro, Ltd., Bruce Munro. (Rothman, Joel) (Entered: 03/26/2021) |
| 03/26/2021 | 119 | PAPERLESS ORDER granting 118 Plaintiffs' Motion for Extension of Time. Plaintiff's Reply to 117 RBB Communications LLC's Opposition to Plaintiffs' Motion to Compel is due by March 31, 2021. Signed by Magistrate Judge Lauren Fleischer Louis on 3/26/2021. (age) (Entered: 03/26/2021) |
| 03/29/2021 | | Reset Deadlines Per DE#119. Replies due by 3/31/2021. (cqs) (Entered: 03/29/2021) |

| | | |
|---|---|---|
| 03/30/2021 | 120 | Unopposed MOTION for Leave to File Excess Pages by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. (Attachments: # 1 Text of Proposed Order Proposed Order)(Lovelady, Allison) (Entered: 03/30/2021) |
| 03/31/2021 | 121 | PAPERLESS ORDER granting 120 Defendants' (minus Defendant Zhongshan G-Lights Lighting Co., Ltd.) Unopposed Motion for Leave to File Excess Pages. Defendants are permitted to file a 35-page joint motion for summary judgment and incorporated memorandum of law by the May 3, 2021 deadline. Signed by Judge Raag Singhal on 3/31/2021. (jhy) (Entered: 03/31/2021) |
| 03/31/2021 | 122 | REPLY in Support re 116 Amended MOTION to Compel *Non-Party RBB Communications to Respond to Subpoena and Produce* filed by Bruce Munro, Ltd., Bruce Munro. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5 - SEALED, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Rothman, Joel) Modified Text on 4/1/2021 (cds). (Entered: 03/31/2021) |
| 04/05/2021 | 123 | Plaintiff's MOTION to Seal *Exhibit 5 to Docket 122* per Local Rule 5.4 by Bruce Munro, Ltd., Bruce Munro. (Rothman, Joel) (Entered: 04/05/2021) |
| 04/07/2021 | 124 | ORDER ON DISCOVERY DISPUTES. Signed by Magistrate Judge Lauren Fleischer Louis on 2/2/2021. *See attached document for full details.* (cds) (Entered: 04/08/2021) |
| 04/14/2021 | 125 | MOTION to Confirm Matters Automatically Deemed Admitted Against NightGarden Defendants for Failing to Answer Requests for Admissions by Bruce Munro, Ltd., Bruce Munro. (Attachments: # 1 Exhibit 1 - Declaration of Carl Schwenker, # 2 Exhibit 2 - RFAs to NightGarden Defendants, # 3 Exhibit 3 - Yahoo Service Email, # 4 Exhibit 4 - Outlook Service Email, # 5 Exhibit 5 - Service Email, # 6 Exhibit 6 - NightGarden Draft Motion for Protective Order)(Rothman, Joel) (Entered: 04/14/2021) |
| 04/19/2021 | 126 | RESPONSE to Motion re 123 Plaintiff's MOTION to Seal *Exhibit 5 to Docket 122* per Local Rule 5.4 filed by Kilburn Live, LLC, Kilburn Media, LLC. Replies due by 4/26/2021. (Shullman, Deanna) (Entered: 04/19/2021) |
| 04/20/2021 | 127 | PAPERLESS ORDER granting 123 Plaintiffs' Motion to Seal. Upon review of the Motion and 126 Defendants' Response in support, the Court finds that good cause has been shown to file [122-5] Exhibit Five to 122 Plaintiffs' Reply in Support of their Motion to Compel under seal. The document shall remain under seal until further order of the Court. Signed by Magistrate Judge Lauren Fleischer Louis on 4/20/2021. (age) (Entered: 04/20/2021) |
| 04/23/2021 | 128 | Unopposed MOTION to Seal *Information Designated as Confidential or Highly Confidential - Attorneys' Eyes Only in Support of Defendants' Daubert Motion* per Local Rule 5.4 by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. (Attachments: # 1 Text of Proposed Order) (Shullman, Deanna) (Entered: 04/23/2021) |
| 04/26/2021 | | SYSTEM ENTRY - Docket Entry 129 [misc] restricted/sealed until further notice. (745753) (Entered: 04/26/2021) |

| 04/26/2021 | 130 | PAPERLESS ORDER granting 128 Defendants' (excluding Defendant Zhongshan G-Lights Lighting Co., Ltd.) Unopposed Motion to File Under Seal. In accordance with Local Rule 5.4 and the Court's 60 Stipulated Protective Order, Defendants shall be permitted to file an unredacted copy of their Motion in Limine to Exclude Plaintiffs' Damages Expert Xiliary Twill and its accompanying exhibits under seal. Any responses or replies thereto that incorporate the Designated Material identified in the Motion to File Under Seal shall also be filed under seal. The documents shall remain under seal until further Court Order. Signed by Judge Raag Singhal on 4/26/2021. (jhy) (Entered: 04/26/2021) |
|---|---|---|
| 04/26/2021 | 131 | RESPONSE in Opposition re 125 MOTION to Confirm Matters Automatically Deemed Admitted Against NightGarden Defendants for Failing to Answer Requests for Admissions filed by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. Replies due by 5/3/2021. (Attachments: # 1 Exhibit 1)(Shullman, Deanna) (Entered: 04/26/2021) |
| 04/29/2021 | 132 | REPLY to Response to Motion re 125 MOTION to Confirm Matters Automatically Deemed Admitted Against NightGarden Defendants for Failing to Answer Requests for Admissions filed by Bruce Munro, Ltd., Bruce Munro. (Rothman, Joel) (Entered: 04/29/2021) |
| 04/29/2021 | 133 | Unopposed MOTION to Seal *Information Designated as Confidential or Highly Confidential - Attorneys' Eyes Only in Support of Defendants' Motion for Summary Judgment* per Local Rule 5.4 by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. (Attachments: # 1 Text of Proposed Order Proposed Order) (Lovelady, Allison) (Entered: 04/29/2021) |
| 04/29/2021 | 134 | PAPERLESS ORDER granting 133 Defendants' (excluding Defendant Zhongshan G-Lights Lighting Co., Ltd.) Unopposed Motion to File Under Seal. In accordance with Local Rule 5.4 and this Court's 60 Stipulated Protective Order, in support of Defendants' forthcoming Joint Motion for Summary Judgment, they shall be permitted to file under seal unredacted excerpts of the Munro and Bicker deposition testimony and the documents identified in the Motion that comprise Plaintiffs' Designated Material. Defendants shall also be permitted to file under seal copies of the full deposition transcripts, including exhibits, of Bruce Munro, Jane O'Connor, Jennifer Lewis, Ronald Bicker, Nannette Zapata, Max Painter, Mark C. Manuel, and Jonathan Sanford. These documents shall remain under seal until further Court order. Signed by Judge Raag Singhal on 4/29/2021. (jhy) (Entered: 04/29/2021) |
| 05/03/2021 | | SYSTEM ENTRY - Docket Entry 135 [misc] restricted/sealed until further notice. (1140249) (Entered: 05/03/2021) |
| 05/03/2021 | | SYSTEM ENTRY - Docket Entry 136 [misc] restricted/sealed until further notice. (1140249) (Entered: 05/03/2021) |
| 05/03/2021 | | SYSTEM ENTRY - Docket Entry 137 [misc] restricted/sealed until further notice. (1140249) (Entered: 05/03/2021) |
| 05/03/2021 | | SYSTEM ENTRY - Docket Entry 138 [misc] restricted/sealed until further notice. (1140249) (Entered: 05/03/2021) |

| 05/03/2021 | | SYSTEM ENTRY - Docket Entry 139 [misc] restricted/sealed until further notice. (1140249) (Entered: 05/03/2021) |
|---|---|---|
| 05/03/2021 | | SYSTEM ENTRY - Docket Entry 140 [misc] restricted/sealed until further notice. (1140249) (Entered: 05/03/2021) |
| 05/03/2021 | | SYSTEM ENTRY - Docket Entry 141 [misc] restricted/sealed until further notice. (1140249) (Entered: 05/03/2021) |
| 05/03/2021 | | SYSTEM ENTRY - Docket Entry 142 [misc] restricted/sealed until further notice. (1140249) (Entered: 05/03/2021) |
| 05/03/2021 | | SYSTEM ENTRY - Docket Entry 143 [misc] restricted/sealed until further notice. (1140249) (Entered: 05/03/2021) |
| 05/03/2021 | 144 | Defendant's MOTION in Limine *to Exclude Evidence* by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. (Lovelady, Allison) (Entered: 05/03/2021) |
| 05/03/2021 | 145 | Joint MOTION for Summary Judgment *and Incorporated Memorandum of Law* by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. Responses due by 5/17/2021 (Lovelady, Allison) (Entered: 05/03/2021) |
| 05/03/2021 | 146 | Statement of: Undisputed Material Facts by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata re 145 Joint MOTION for Summary Judgment *and Incorporated Memorandum of Law* (Lovelady, Allison) (Entered: 05/03/2021) |
| 05/03/2021 | 147 | AFFIDAVIT signed by: Max Painter re 146 Statement, by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata (Lovelady, Allison) (Entered: 05/03/2021) |
| 05/03/2021 | 148 | AFFIDAVIT signed by: James M. Slater re 146 Statement, by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U)(Lovelady, Allison) (Entered: 05/03/2021) |
| 05/03/2021 | 149 | NOTICE by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata re 146 Statement, *of Filing Deposition Excerpts in Support of Summary Judgment* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H) (Lovelady, Allison) (Entered: 05/03/2021) |
| 05/03/2021 | | SYSTEM ENTRY - Docket Entry 150 [misc] restricted/sealed until further notice. (1140249) (Entered: 05/03/2021) |

| 05/03/2021 | | SYSTEM ENTRY - Docket Entry 151 [misc] restricted/sealed until further notice. (1140249) (Entered: 05/03/2021) |
|---|---|---|
| 05/03/2021 | 152 | Plaintiff's MOTION in Limine *Motion to Strike and Exclude Defense Expert Brian Buss* by Bruce Munro, Ltd., Bruce Munro. (Attachments: # 1 Exhibit 1 - Declaration of Carl F. Schwenker, # 2 Exhibit 2 - Excerpts of Twil Deposition Transcript, # 3 Exhibit 3 - Sealed - Twil Deposition Transcript, # 4 Exhibit 4 -Service email of Buss Expert Report, # 5 Exhibit 5 - Sealed - Buss Deposition Transcript, # 6 Exhibit 6 -K-Live and NGL Responses to First RFP)(Rothman, Joel) (Entered: 05/03/2021) |
| 05/03/2021 | 153 | Plaintiff's MOTION for Sanctions *Against Defendants, Fairchild Tropical Botanical Garden, Inc., Nanette Zapata, Night Garden, LLC, Kilburn, Live, LLC, Kilburn Media,LLC, Mark C. Manuel, Imaginer, Inc., Imaginer, Ltd. and Max Painter for Spoliatopm* by Bruce Munro, Ltd., Bruce Munro. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Rothman, Joel) (Entered: 05/03/2021) |
| 05/03/2021 | 154 | Plaintiff's MOTION for Summary Judgment *on NightGarden Defendants' "Affirmative and Other Defenses"* by Bruce Munro, Ltd., Bruce Munro. Responses due by 5/17/2021 (Rothman, Joel) (Entered: 05/03/2021) |
| 05/04/2021 | 155 | NOTICE by Bruce Munro, Ltd., Bruce Munro re 153 Plaintiff's MOTION for Sanctions *Against Defendants, Fairchild Tropical Botanical Garden, Inc., Nanette Zapata, Night Garden, LLC, Kilburn, Live, LLC, Kilburn Media,LLC, Mark C. Manuel, Imaginer, Inc., Imaginer, Ltd. and Max Painter for Spoliat of Filing Substitute Exhibit 3 to Plaintiffs' Motion for Sanctions Filed at Docket Entry 153 (Attachments: # 1 Exhibit 3 to Docket Entry 153 (DE 153-3)) (Rothman, Joel) (Entered: 05/04/2021)* |
| 05/04/2021 | 156 | NOTICE by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata re 145 Joint MOTION for Summary Judgment *and Incorporated Memorandum of Law (Index of Cited Exhibits in Defendants' Joint Motion for Summary Judgment)* (Lovelady, Allison) (Entered: 05/04/2021) |
| 05/04/2021 | 157 | AFFIDAVIT in Support re 154 Plaintiff's MOTION for Summary Judgment *on NightGarden Defendants' "Affirmative and Other Defenses" Sworn Index of Exhibits in Support of Plaintiffs' Motion for Summary Judgment* filed by Bruce Munro, Ltd., Bruce Munro. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Rothman, Joel) (Entered: 05/04/2021) |
| 05/04/2021 | 158 | Plaintiff's MOTION to Seal *, Withdraw, or Remove Exhibit 3 to Docket Number 153 Inadvertently Filed at Docket Entry 153-3 per Local Rule 5.4* by Bruce Munro, Ltd., Bruce Munro. (Rothman, Joel) (Entered: 05/04/2021) |
| 05/05/2021 | 159 | PAPERLESS ORDER granting 158 Plaintiffs' Motion to Seal. The Clerk is directed to seal [153-3] the unredacted version of Jonathan Sanford's deposition transcript. The exhibit shall remain under seal until further Court order. Signed by Judge Raag Singhal on 5/5/2021. (jhy) (Entered: 05/05/2021) |
| 05/06/2021 | 160 | ORDER denying 116 Plaintiffs' Amended Motion to Compel, and denying as moot 115 Plaintiffs' Motion to Compel. Signed by Magistrate Judge Lauren Fleischer Louis on 5/6/2021. *See attached document for full details.* (age) (Entered: 05/06/2021) |
| 05/06/2021 | 161 | Joint MOTION for Extension of Time to File Response/Reply/Answer as to 144 Defendant's MOTION in Limine *to Exclude Evidence,* 153 Plaintiff's MOTION for Sanctions *Against Defendants, Fairchild Tropical Botanical Garden, Inc., Nanette* |

| | | |
|---|---|---|
| | | *Zapata, Night Garden, LLC, Kilburn, Live, LLC, Kilburn Media,LLC, Mark C. Manuel, Imaginer, Inc., Imaginer, Ltd. and Max Painter for Spoliat, 145 Joint MOTION for Summary Judgment and Incorporated Memorandum of Law, 154 Plaintiff's MOTION for Summary Judgment on NightGarden Defendants' "Affirmative and Other Defenses", 152 Plaintiff's MOTION in Limine Motion to Strike and Exclude Defense Expert Brian Buss by Bruce Munro, Ltd., Bruce Munro. (Attachments: # 1 Text of Proposed Order)(Rothman, Joel)(Entered: 05/06/2021)* |
| 05/07/2021 | 162 | PAPERLESS ORDER granting 161 the parties' Joint Motion for Extension of Time. This Order applies to recently filed pretrial motions 144 , 145 , 152 , 153 , and 154 . The extensions and excess pages are granted as follows:<br><br>(1) the filing deadline for responses to each of the Motions is extended to May 28, 2021; (2) the filing deadline for replies to each of the Motions is extended to June 18, 2021; (3) the page limit for Plaintiffs' response to 144 Defendants' summary judgment motion shall be 35 pages; and (4) the page limit for Defendants' reply in support of their summary judgment motion shall be 20 pages.<br><br>Signed by Judge Raag Singhal on 5/7/2021. (jhy) (Entered: 05/07/2021) |
| 05/07/2021 | 163 | Corrected MOTION for Extension of Time to File Response/Reply/Answer as to 144 Defendant's MOTION in Limine *to Exclude Evidence*, 153 Plaintiff's MOTION for Sanctions *Against Defendants, Fairchild Tropical Botanical Garden, Inc., Nanette Zapata, Night Garden, LLC, Kilburn, Live, LLC, Kilburn Media,LLC, Mark C. Manuel, Imaginer, Inc., Imaginer, Ltd. and Max Painter for Spoliat, 145 Joint MOTION for Summary Judgment and Incorporated Memorandum of Law, 154 Plaintiff's MOTION for Summary Judgment on NightGarden Defendants' "Affirmative and Other Defenses", 152 Plaintiff's MOTION in Limine Motion to Strike and Exclude Defense Expert Brian Buss AND DE 135 (SEALED) by Bruce Munro, Ltd., Bruce Munro. (Attachments: # 1 Text of Proposed Order)(Rothman, Joel) (Entered: 05/07/2021)* |
| 05/10/2021 | 164 | PAPERLESS ORDER granting 163 the parties' Corrected Joint Motion for Extension of Time. Regarding 135 Defendants' Sealed Motion in Limine to exclude Xiliary Twil as an expert, the Response deadline is extended to May 28, 2021, and the Reply deadline is extended to June 18, 2021. Signed by Judge Raag Singhal on 5/10/2021. (jhy) (Entered: 05/10/2021) |
| 05/10/2021 | | Reset Deadlines Per DE#164. Responses due by 5/28/2021 Replies due by 6/18/2021. (cqs) (Entered: 05/10/2021) |
| 05/11/2021 | 165 | Plaintiff's MOTION to Seal *Information Designated Confidential or Highly Confidential - Attorneys' Eyes Only* per Local Rule 5.4 by Bruce Munro, Ltd., Bruce Munro. (Rothman, Joel) (Entered: 05/11/2021) |
| 05/12/2021 | 166 | PAPERLESS ORDER granting 165 Plaintiffs' Unopposed Motion to File Under Seal. Plaintiffs shall file under seal the "Confidential" or "Highly Confidential - Attorneys' Eyes Only" information in support of 135 , 144 , 145 , 152 , 153 , and 154 . Signed by Judge Raag Singhal on 5/12/2021. (jhy) (Entered: 05/12/2021) |
| 05/19/2021 | 167 | Plaintiff's EXPEDITED MOTION to Strike Defendants' NonCompliant Summary Judgment Motion Rule 56.1 Statement re 146 Statement, 145 Joint MOTION for Summary Judgment *and Incorporated Memorandum of Law* by Bruce Munro, Ltd., Bruce Munro. (Attachments: # 1 Text of Proposed Order)(Rothman, Joel) (Entered: |

| | | |
|---|---|---|
| | | 05/19/2021) |
| 05/19/2021 | 168 | Moving forward, all parties shall strictly comply with the following Notice of Court Practice:<br><br>NOTICE OF COURT PRACTICE<br><br>Unless otherwise specified by the Court, every motion, legal memorandum, brief, and otherwise shall: be double-spaced, in justified alignment, in 12-point font, using either Times New Roman or Arial typeface. This Notice does **not** supplant the requirements and provisions of Local Rule 7.1(c). The Court cautions parties against excessive use of footnotes.<br><br>Multiple Plaintiffs or Defendants shall file joint motions with co-parties unless there are clear conflicts of position. If conflicts of position exist, parties shall explain the conflicts in their separate motions.<br><br>Parties are encouraged to seek extensions of time in a timely fashion. "A motion for extension of time is not self-executing; no motion is, unless expressly provided for by the applicable rule. Yet, by filing these motions on or near the last day, and then sitting idle pending the Court's disposition of the motion, parties essentially grant their own motion. The Court will not condone this." *Compere v. Nusret Miami, LLC*, 2020 WL 2844888, at *2 (S.D. Fla. May 7, 2020) (internal citations omitted).<br><br>Local Rule 16.4, Local Rules for the United States District Court for the Southern District of Florida, requires that a Notice of Settlement shall be filed and served jointly by counsel for all parties to the settlement. A unilateral notice of settlement will not stay pre-trial deadlines or hearings.<br><br>Failure to comply with any of these procedures may result in the imposition of appropriate sanctions.<br><br>Signed by Judge Raag Singhal on 5/19/2021. (jhy) (Entered: 05/19/2021) |
| 05/19/2021 | 169 | PAPERLESS ORDER expediting response to 167 Plaintiffs' Expedited Motion to Strike. If Defendants choose to do so, they shall file their Response to Plaintiffs' Expedited Motion to Strike by May 26, 2021. No Reply shall be filed unless ordered by the Court. The Court will take into consideration these deadlines when determining whether an opposing statement of material facts and response in opposition to the motion for summary judgment are timely filed.<br><br>The Court also notes that Plaintiffs unreasonably waited 16 days to file this Motion to Strike, and then on an "expedited" basis, no less. If the action called for was immediate, why did Plaintiffs wait 16 days to file this 33 page motion but expect a response and a ruling within five days? The question is rhetorical and requires no answer. The Court will not tolerate such tactics.<br><br>Signed by Judge Raag Singhal on 5/19/2021. (jhy) (Entered: 05/19/2021) |
| 05/20/2021 | | SYSTEM ENTRY - Docket Entry 170 [misc] restricted/sealed until further notice. (745753) (Entered: 05/20/2021) |
| 05/20/2021 | | SYSTEM ENTRY - Docket Entry 171 [misc] restricted/sealed until further notice. (745753) (Entered: 05/20/2021) |

| 05/20/2021 | | SYSTEM ENTRY - Docket Entry 172 [misc] restricted/sealed until further notice. (745753) (Entered: 05/20/2021) |
|---|---|---|
| 05/20/2021 | | SYSTEM ENTRY - Docket Entry 173 [misc] restricted/sealed until further notice. (745753) (Entered: 05/20/2021) |
| 05/20/2021 | | SYSTEM ENTRY - Docket Entry 174 [misc] restricted/sealed until further notice. (745753) (Entered: 05/20/2021) |
| 05/26/2021 | 175 | RESPONSE in Opposition re 167 Plaintiff's EXPEDITED MOTION to Strike Defendants' NonCompliant Summary Judgment Motion Rule 56.1 Statement re 146 Statement, 145 Joint MOTION for Summary Judgment *and Incorporated Memorandum of Law* filed by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. Replies due by 6/2/2021. (Lovelady, Allison) (Entered: 05/26/2021) |
| 05/27/2021 | 176 | AFFIDAVIT in Support re 153 Plaintiff's MOTION for Sanctions *Against Defendants, Fairchild Tropical Botanical Garden, Inc., Nanette Zapata, Night Garden, LLC, Kilburn, Live, LLC, Kilburn Media,LLC, Mark C. Manuel, Imaginer, Inc., Imaginer, Ltd. and Max Painter for Spoliat,* 165 Plaintiff's MOTION to Seal Information *Designated Confidential or Highly Confidential - Attorneys' Eyes Only per Local Rule 5.4,* 154 Plaintiff's MOTION for Summary Judgment on NightGarden Defendants' *"Affirmative and Other Defenses",* 152 Plaintiff's MOTION in Limine *Motion to Strike and Exclude Defense Expert Brian Buss* filed by Bruce Munro, Ltd., Bruce Munro. (Rothman, Joel) (Entered: 05/27/2021) |
| 05/27/2021 | 177 | NOTICE by Bruce Munro, Ltd., Bruce Munro re 152 Plaintiff's MOTION in Limine *Motion to Strike and Exclude Defense Expert Brian Buss in Relation to DE 135, Exhibit A; DE 152-3, and DE 170-1* (Attachments: # 1 Declaration of Xiliary Twil) (Rothman, Joel) (Entered: 05/27/2021) |
| 05/28/2021 | 178 | RESPONSE in Opposition re 133 Unopposed MOTION to Seal *Information Designated as Confidential or Highly Confidential - Attorneys' Eyes Only in Support of Defendants' Motion for Summary Judgment* per Local Rule 5.4 *RESPONSE TO DE 135 - DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' DAMAGE EXPERT XILIARY TWIL FROM TESTIFYING AT TRIAL* filed by Bruce Munro, Ltd., Bruce Munro. Replies due by 6/4/2021. (Attachments: # 1 Exhibit 1 - Table of Comparative Photos)(Rothman, Joel) (Entered: 05/28/2021) |
| 05/28/2021 | 179 | RESPONSE in Opposition re 152 Plaintiff's MOTION in Limine *Motion to Strike and Exclude Defense Expert Brian Buss* filed by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. Replies due by 6/4/2021. (Lovelady, Allison) (Entered: 05/28/2021) |
| 05/28/2021 | 180 | RESPONSE in Opposition re 154 Plaintiff's MOTION for Summary Judgment *on NightGarden Defendants' "Affirmative and Other Defenses"* filed by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. Replies due by 6/4/2021. (Attachments: # 1 Exhibit A)(Lovelady, Allison) (Entered: 05/28/2021) |

| | | |
|---|---|---|
| 05/28/2021 | 181 | RESPONSE in Opposition re 153 Plaintiff's MOTION for Sanctions *Against Defendants, Fairchild Tropical Botanical Garden, Inc., Nanette Zapata, Night Garden, LLC, Kilburn, Live, LLC, Kilburn Media,LLC, Mark C. Manuel, Imaginer, Inc., Imaginer, Ltd. and Max Painter for Spoliat filed by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. Replies due by 6/4/2021. (Attachments: # 1 Exhibit Composite 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit Composite 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Shullman, Deanna) (Entered: 05/28/2021)* |
| 05/28/2021 | 182 | (WITHDRAWN PER DE# 189 ) Plaintiff's RESPONSE to 146 Statement, by Bruce Munro, Ltd., Bruce Munro. (Attachments: # 1 Declaration of Bruce Munro, # 2 Exhibit 1 - Table of Comparative Photos, # 3 Exhibit 2 - Sketch Books, # 4 Exhibit 3 - Sketch Books)(Rothman, Joel) Modified Text on 6/21/2021 (cds). (Entered: 05/28/2021) |
| 05/28/2021 | 183 | RESPONSE in Opposition re 144 Defendant's MOTION in Limine *to Exclude Evidence* filed by Bruce Munro, Ltd., Bruce Munro. Replies due by 6/4/2021. (Rothman, Joel) (Entered: 05/28/2021) |
| 05/29/2021 | 184 | RESPONSE in Opposition re 145 Joint MOTION for Summary Judgment *and Incorporated Memorandum of Law* filed by Bruce Munro, Ltd., Bruce Munro. Replies due by 6/7/2021. (Rothman, Joel) (Entered: 05/29/2021) |
| 06/02/2021 | 185 | NOTICE by Bruce Munro, Ltd., Bruce Munro re 184 Response in Opposition to Motion *of Filing Index of Cited Exhibits* (Rothman, Joel) (Entered: 06/02/2021) |
| 06/02/2021 | 186 | ORDER Denying 167 EXPEDITED MOTION to Strike. Plaintiffs request for a page limit extension of their OSOMF is GRANTED IN PART. They shall have 5 extra pages as described in this Order, shall file a notice of striking of their May 28, 2021 OSOMF (DE 182 ), and shall re-file a compliant OSOMF by June 9, 2021. Plaintiffs request for a 10-day extension to file their responses is DENIED AS MOOT Signed by Judge Raag Singhal on 6/2/2021. *See attached document for full details.* (cds) (Entered: 06/02/2021) |
| 06/10/2021 | 187 | RESPONSE in Opposition re 145 Joint MOTION for Summary Judgment *and Incorporated Memorandum of Law PLAINTIFFS' OPPOSING STATEMENT OF MATERIAL FACTS* filed by Bruce Munro, Ltd., Bruce Munro. Replies due by 6/17/2021. (Rothman, Joel) (Entered: 06/10/2021) |
| 06/17/2021 | 188 | MOTION for Leave to File *Opposing Statement of Material Facts (Corrected) and Opposition to Joint Motion for Summary Judgment (Corrected)* by Bruce Munro, Ltd., Bruce Munro. (Attachments: # 1 Exhibit Plaintiffs' Corrected Opposition to Defendants' Joint MSJ, # 2 Text of Proposed Order)(Rothman, Joel) (Entered: 06/17/2021) |
| 06/17/2021 | 189 | NOTICE by Bruce Munro, Ltd., Bruce Munro re 187 Response in Opposition to Motion, 188 MOTION for Leave to File *Opposing Statement of Material Facts (Corrected) and Opposition to Joint Motion for Summary Judgment (Corrected)*, 182 Response/Reply (Other), *Notice of Substitution and Withdrawal of Filing* (Rothman, Joel) (Entered: 06/17/2021) |
| 06/18/2021 | 190 | PAPERLESS ORDER expediting response to 188 Plaintiffs' Motion for Leave to File Corrected Response Materials. Defendants shall file their Response to Plaintiffs' |

| | | |
|---|---|---|
| | | Motion by June 21, 2021. No Reply shall be filed unless ordered by the Court. Signed by Judge Raag Singhal on 6/18/2021. (jhy) (Entered: 06/18/2021) |
| 06/18/2021 | 191 | RESPONSE in Opposition re 188 MOTION for Leave to File *Opposing Statement of Material Facts (Corrected) and Opposition to Joint Motion for Summary Judgment (Corrected)* filed by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. Replies due by 6/25/2021. (Shullman, Deanna) (Entered: 06/18/2021) |
| 06/18/2021 | 192 | PAPERLESS ORDER granting 188 Plaintiffs' Motion for Leave to File Corrected Response Materials. In the interests of justice, the Court grants this Motion--but with serious reservations. First, Plaintiffs failed to file their proposed corrected opposing statement of material facts. They shall file their final version of this document no later than **June 21, 2021**. The operative response in opposition to Defendants' Joint Motion for Summary Judgment shall be Plaintiffs' corrected response at DE [188-1]. |
| | | Defendants shall file their reply materials to the corrected response materials by **July 12, 2021**. |
| | | The Court neither lightly grants this Motion nor condones Plaintiffs' delay tactics. Rather, the Court strives to ensure that all parties are given a reasonable opportunity to present their materials to the Court so that it may make a thoroughly informed ruling. |
| | | Because of Plaintiffs' dilatory tactics in this case, upon a proper motion by Defendants, the Court is amenable to awarding Defendants their reasonable attorney's fees incurred in having to re-draft their reply materials. |
| | | Plaintiffs are cautioned that the Court is disinclined to grant any further extensions on motions or responses in this case. |
| | | Lastly, no later than **June 21, 2021**, the parties shall confer and file a single document informing the Court of the number of potential jurors the parties anticipate needing to call for the trial scheduled for August 30, 2021. |
| | | Signed by Judge Raag Singhal on 6/18/2021. (jhy) (Entered: 06/18/2021) |
| 06/18/2021 | 193 | RESPONSE in Opposition re 145 Joint MOTION for Summary Judgment *and Incorporated Memorandum of Law Plaintiffs' Opposing 146 Statement of Material Facts (Corrected)* filed by Bruce Munro, Ltd., Bruce Munro. Replies due by 6/25/2021. (Rothman, Joel) Modified Link on 6/21/2021 (cds). (Entered: 06/18/2021) |
| 06/18/2021 | | SYSTEM ENTRY - Docket Entry 194 [misc] restricted/sealed until further notice. (1140249) (Entered: 06/18/2021) |
| 06/18/2021 | 195 | REPLY to Response to Motion re 144 Defendant's MOTION in Limine *to Exclude Evidence (in Support)* filed by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. (Lovelady, Allison) (Entered: 06/18/2021) |
| 06/21/2021 | | Reset Deadlines Per DE#192. Replies due by 7/12/2021. (cqs) (Entered: 06/21/2021) |

| | | |
|---|---|---|
| 06/21/2021 | 196 | NOTICE by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata re 192 Order on Motion for Leave to File,,,,,,, *(Joint Notice Regarding Number of Potential Jurors)* (Lovelady, Allison) (Entered: 06/21/2021) |
| 06/21/2021 | 197 | REPLY to Response to Motion re 152 Plaintiff's MOTION in Limine *Motion to Strike and Exclude Defense Expert Brian Buss* filed by Bruce Munro, Ltd., Bruce Munro. (Rothman, Joel) (Entered: 06/21/2021) |
| 06/21/2021 | 198 | REPLY to Response to Motion re 154 Plaintiff's MOTION for Summary Judgment *on NightGarden Defendants' "Affirmative and Other Defenses"* filed by Bruce Munro, Ltd., Bruce Munro. (Rothman, Joel) (Entered: 06/21/2021) |
| 06/21/2021 | 199 | REPLY in SUPPORT re 153 Plaintiff's MOTION for Sanctions *Against Defendants, Fairchild Tropical Botanical Garden, Inc., Nanette Zapata, Night Garden, LLC, Kilburn, Live, LLC, Kilburn Media,LLC, Mark C. Manuel, Imaginer, Inc., Imaginer, Ltd. and Max Painter for Spoliat filed by Bruce Munro, Ltd., Bruce Munro. Replies due by 6/28/2021. (Rothman, Joel) Modified Text on 6/22/2021 (cds). (Entered: 06/21/2021)* |
| 06/24/2021 | 200 | NOTICE by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata *of Correction of Scrivener's Error in Expert Report of Brian Buss* (Lovelady, Allison) (Entered: 06/24/2021) |
| 06/29/2021 | 201 | Unopposed MOTION for Leave to File Excess Pages *(for Summary Judgment Reply Materials)* by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. (Attachments: # 1 Text of Proposed Order Proposed Order)(Lovelady, Allison) (Entered: 06/29/2021) |
| 06/29/2021 | 202 | PAPERLESS ORDER granting 201 Defendants' Unopposed Motion for Leave to File Summary Judgment Reply Materials in Excess of Page Limitation. Defendants shall have 23 pages for their reply brief in support of their Joint Motion for Summary Judgment and 12 pages for their reply to Plaintiffs' Opposing Statement of Facts (Corrected). Further, in their reply to Plaintiffs' Opposing Statement of Facts (Corrected), Defendants are not required to reproduce the text of each of Plaintiffs' additional facts. Signed by Judge Raag Singhal on 6/29/2021. (jhy) (Entered: 06/29/2021) |
| 06/29/2021 | 203 | ORDER denying 125 Plaintiffs' Motion to Confirm Matters Automatically Deemed Admitted Against NightGarden Defendants for Failing to Answer Requests for Admissions. Signed by Magistrate Judge Lauren Fleischer Louis on 6/29/2021. *See attached document for full details.* (age) (Entered: 06/29/2021) |
| 06/30/2021 | 204 | ORDER denying 153 Motion for Sanctions. Signed by Judge Raag Singhal on 6/30/2021. *See attached document for full details.* (cqs) (Entered: 06/30/2021) |
| 07/07/2021 | 205 | Defendant's REPLY to 193 Response in Opposition to Motion, *(Objections and Reply to Plaintiffs' Opposing Statement of Material Facts)* by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. (Lovelady, Allison) (Entered: 07/07/2021) |

| | | |
|---|---|---|
| 07/07/2021 | 206 | AFFIDAVIT *(in Support)* signed by: James M. Slater re 205 Response/Reply (Other), by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata (Attachments: # 1 Exhibit A)(Lovelady, Allison) (Entered: 07/07/2021) |
| 07/07/2021 | 207 | REPLY to Response to Motion re 188 MOTION for Leave to File *Opposing Statement of Material Facts (Corrected) and Opposition to Joint Motion for Summary Judgment (Corrected)*, 145 Joint MOTION for Summary Judgment *and Incorporated Memorandum of Law (in Support)* filed by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. (Lovelady, Allison) (Entered: 07/07/2021) |
| 07/14/2021 | 208 | Unopposed MOTION for Extension of Time to Seek Attorneys' Fees and Costs re 204 Order on Motion for Sanctions, 192 Order on Motion for Leave to File,,,,,, by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. Responses due by 7/28/2021 (Attachments: # 1 Text of Proposed Order Proposed Order)(Lovelady, Allison) (Entered: 07/14/2021) |
| 07/14/2021 | 209 | (WITHDRAWN PER DE# 212 ) Defendant's MOTION for Attorney Fees *per DE 204* by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. Responses due by 7/28/2021 (Attachments: # 1 Declaration of Deanna Shullman)(Shullman, Deanna) Modified Text on 7/20/2021 (cds). (Entered: 07/14/2021) |
| 07/15/2021 | 210 | PAPERLESS ORDER granting 208 Defendants' Unopposed Motion for Extension of Time to Seek Attorneys' Fees and Costs. Defendants indicate in their Motion that they and Plaintiffs are conferring to potentially resolve the motions for attorneys' fees without Court intervention. Defendants filed their 209 Motion for Attorneys' Fees and Costs by the Court-ordered deadline so as to not grant their own extension.<br><br>The Court will grant an extension through **July 20, 2021**, so the parties can continue conferring and Defendants can file the other motion for attorneys' fees allowed by the Court's June 18, 2021 Order (DE 192 ). Defendants shall withdraw or strike their 209 Motion for Attorneys' Fees and Costs if the parties resolve the issue before July 20.<br><br>Signed by Judge Raag Singhal on 7/15/2021. (jhy) (Entered: 07/15/2021) |
| 07/20/2021 | 211 | Joint MOTION to Continue re 75 Order on Motion to Amend/Correct,, 27 Scheduling Order,,,,, Order Referring Case to Mediation,,,,, Order Referring Case to Magistrate Judge,,,, by Bruce Munro, Ltd., Bruce Munro. Responses due by 8/3/2021 (Attachments: # 1 Exhibit 1 - Proclamation, # 2 Text of Proposed Order)(Rothman, Joel) (Entered: 07/20/2021) |
| 07/20/2021 | 212 | NOTICE OF WITHDRAWAL OF MOTION by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata re 209 Defendant's MOTION for Attorney Fees *per DE 204* filed by Imaginer, Inc., Max Painter, Nannette M. Zapata, Imaginer Ltd, Night Garden, LLC, Kilburn Live, LLC, Kilburn Media, LLC, Fairchild Tropical Botanic Garden, Inc., Mark C. Manuel (Shullman, |

| | | |
|---|---|---|
| | | Deanna) (Entered: 07/20/2021) |
| 07/21/2021 | 213 | PAPERLESS ORDER granting 211 the parties' Joint Motion to Continue Trial Setting. Because of the current COVID-19 restrictions on travel from the U.K. to the U.S., which apply to parties and witnesses in this case, the parties have shown good cause for continuing trial. Trial is therefore **RESET** to the two-week trial calendar beginning on **February 14, 2022**, at 9:00 a.m. Calendar call is also RESET to February 11, 2022, at 10:00 a.m. The parties shall file their joint pre-trial stipulation under Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, by February 1, 2022. Signed by Judge Raag Singhal on 7/21/2021. (jhy) (Entered: 07/21/2021) |
| 08/04/2021 | 214 | Unopposed MOTION to Withdraw as Attorney by James M. Slater for / by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. Responses due by 8/18/2021 (Attachments: # 1 Text of Proposed Order) (Slater, James) (Entered: 08/04/2021) |
| 08/04/2021 | 215 | PAPERLESS ORDER granting 214 Unopposed Motion to Withdraw as Attorney. Attorney James M. Slater is withdrawn from representing Defendants Fairchild Tropical Botanic Garden, Inc.; Night Garden, LLC; Kilburn Live, LLC; Nannette M. Zapata; Kilburn Media, LLC; Mark C. Manuel; Imaginer Ltd; Imaginer, Inc.; and Max Painter. Signed by Judge Raag Singhal on 8/4/2021. (jhy) (Entered: 08/04/2021) |
| 01/13/2022 | 216 | ORDER Granting 145 JOINT MOTION FOR SUMMARY JUDGMENT; Denying as moot 144 Motion in Limine; ; Denying as Moot 152 Motion in Limine; Denying as Moot 154 Motion for Summary Judgment. Signed by Judge Raag Singhal on 1/13/2022. *See attached document for full details.* (cds) (Entered: 01/13/2022) |
| 01/13/2022 | 217 | FINAL JUDGMENT in favor of Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Night Garden, LLC, Mark C. Manuel, Max Painter, Nannette M. Zapata against Bruce Munro, Ltd., Bruce Munro Closing Case. Signed by Judge Raag Singhal on 1/13/2022. *See attached document for full details.* (cds) (Entered: 01/13/2022) |
| 01/13/2022 | 218 | FORM AO 121 and Order Mailed TO DIRECTOR OF U.S. COPYRIGHT OFFICE (cds) (Entered: 01/13/2022) |
| 01/14/2022 | 219 | ORDER re Declaration Signed by Judge Raag Singhal on 1/14/2022. *See attached document for full details.* (cds) (Entered: 01/14/2022) |
| 01/14/2022 | 220 | CLERK'S Notice of Maintaining Certain Items of Non-Documentary Evidence in Opposition to Defendant's Motion for Summary Judgment - received from Chambers Re D.E. 219 Order. Items include: Zip Drive, Calendars, Books and DVDs (drz) Modified text on 7/28/2022 (apz). (Entered: 01/14/2022) |
| 01/19/2022 | 221 | Declaration of Joel B. Rothman signed by: Joel B. Rothman re 219 Order by Bruce Munro, Ltd., Bruce Munro (drz) (Entered: 01/19/2022) |
| 02/10/2022 | 222 | Notice of Appeal as to 216 Order on Motion in Limine,, Order on Motion for Summary Judgment,,,,, 217 Judgment, by Bruce Munro, Ltd., Bruce Munro. Filing fee $ 505.00 receipt number AFLSDC-15390738. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. |

| | | (Rothman, Joel) (Entered: 02/10/2022) |
|---|---|---|
| 02/10/2022 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 222 Notice of Appeal. Notice has been electronically mailed. (hh) (Entered: 02/10/2022) |
| 02/14/2022 | 223 | Acknowledgment of Receipt of NOA from USCA re 222 Notice of Appeal, filed by Bruce Munro, Ltd., Bruce Munro. Date received by USCA: 2/10/22. USCA Case Number: 22-10450-F. (hh) (Entered: 02/14/2022) |
| 02/14/2022 | 224 | MOTION for Bill of Costs by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. Responses due by 2/28/2022 (Attachments: # 1 Exhibit Composite A)(Shullman, Deanna) (Entered: 02/14/2022) |
| 02/14/2022 | 225 | MEMORANDUM in Support re 224 MOTION for Bill of Costs by Fairchild Tropical Botanic Garden, Inc., Imaginer Ltd, Imaginer, Inc., Kilburn Live, LLC, Kilburn Media, LLC, Mark C. Manuel, Night Garden, LLC, Max Painter, Nannette M. Zapata. (Shullman, Deanna) (Entered: 02/14/2022) |
| 02/23/2022 | 226 | ORDER REFERRING 224 MOTION for Bill of Costs. Motions referred to Judge Lauren Fleischer Louis. Signed by Judge Raag Singhal on 2/23/2022. *See attached document for full details.* (lbc) (Entered: 02/23/2022) |
| 02/24/2022 | 227 | TRANSCRIPT INFORMATION FORM by Bruce Munro, Ltd., Bruce Munro re 222 Notice of Appeal,,. No Transcript Requested. (Rothman, Joel) (Entered: 02/24/2022) |
| 02/28/2022 | 228 | RESPONSE in Opposition re 224 MOTION for Bill of Costs filed by Bruce Munro, Ltd., Bruce Munro. Replies due by 3/7/2022. (Rothman, Joel) (Entered: 02/28/2022) |
| 03/02/2022 | 229 | Unopposed MOTION to Stay re 224 MOTION for Bill of Costs *Pending Appeal* by Bruce Munro, Ltd., Bruce Munro. Responses due by 3/16/2022 (Attachments: # 1 Text of Proposed Order)(Rothman, Joel) (Entered: 03/02/2022) |
| 03/03/2022 | 230 | ORDER Granting 229 Unopposed Motion to Defer Costs and Fee Matters during Pending Appeal; Denying 224 Motion for Bill of Costs. Signed by Judge Raag Singhal on 3/3/2022. *See attached document for full details.* (cds) (Entered: 03/03/2022) |
| 07/28/2022 | 231 | Pursuant to 11th Cir. R. 11-2 and 11th Cir. R. 11-3, the Clerk of the District Court for the Southern District of Florida certifies that the record is complete for purposes of this appeal re: 222 Notice of Appeal, Appeal No. 22-10450-BB. The record on appeal is available electronically with the exception of: DE 220 - Certain Items of Non-Documentary Evidence in Opposition to Defendant's Motion for Summary Judgment Re DE 219 Order. Items include: Zip Drive, Calendars, Books and DVDs. (apz) (Entered: 07/28/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/01/2022 11:19:27 | | | |
| PACER Login: | tl0027 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:20-cv-20079-AHS |
| Billable Pages: | 27 | Cost: | 2.70 |

**TAB 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:20-cv-20079

BRUCE MUNRO,

            Plaintiff,

v.

FAIRCHILD TROPICAL BOTANIC
GARDEN, INC., NIGHT GARDEN, LLC,
KILBURN LIVE, LLC, ZHONGSHAN G-
LIGHTS LIGHTING CO., LTD., AND
NANETTE M. ZAPATA,

            Defendants.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff BRUCE MUNRO respectfully alleges as follows against Defendants

FAIRCHILD TROPICAL BOTANIC GARDEN, INC., NANETTE M. ZAPATA, NIGHT

GARDEN, LLC, KILBURN LIVE, LLC, and ZHONGSHAN G-LIGHTS LIGHTING CO.,

LTD.

### PARTIES

1.     Plaintiff BRUCE MUNRO ("Plaintiff" or "Munro") is an internationally

acclaimed artist residing in England who focuses on the medium of light and is best known for

large-scale, immersive, light-based installations and exhibitions produced through his

eponymously named studio, Bruce Munro Ltd. dba Bruce Munro Studio.

2.     Defendant FAIRCHILD TROPICAL BOTANIC GARDEN, INC. ("Fairchild") is

a Florida not-for-profit corporation with its principal address at 10901 Old Cutler Road, Coral

Gables, Florida, 33156 and can be served via its registered agent, Carl E. Lewis, at the same address.

3.      Defendant NANETTE M. ZAPATA ("Zapata") is an individual that works and resides in Miami, Florida and is Fairchild's Chief Operating Officer and Director of Marketing and Communications. On information and belief Zapata controlled and directed Fairchild's conduct alleged herein

4.      Defendant NIGHT GARDEN, LLC ("NGL") is a Florida limited liability company with its principal address at 11333 Iowa Avenue, Los Angeles, California, 90025, and can be served via its registered agent, CT Corporation, at 1200 South Pine Island Road, Plantation, Florida, 33324.

5.      Defendant KILBURN LIVE, LLC ("Kilburn") is a Delaware limited liability company with its principal address at 11333 Iowa Avenue, Los Angeles, California, 90025 and can be served via its registered agent, Mark C. Manuel, at the same address.  Kilburn is NGL's sole manager according to records filed with the Florida Secretary of State, and controlled and directed NGL's conduct alleged herein.  Kilburn has conducted business and committed torts within this state as described herein but has not appointed an agent for service of process and, accordingly, may be served through the Florida Secretary of State under Fla. Stat. §§ 48.181, 48.193.

6.      Defendant ZHONGSHAN G-LIGHTS LIGHTING CO., LTD. ("G-Lights") is a Chinese company with its principal place of business at No. 3, Dongyi Road, Luosha Industrial Area, Haizhou, Guzhen Town, Zhongshan City, Guangdong Providence, China 52841.  G-Lights has conducted business and committed torts within this state as described herein but has not

appointed an agent for service of process and, accordingly, may be served through the Florida

Secretary of State under Fla. Stat. §§ 48.181, 48.193.

### NATURE OF THE CLAIMS

7.     Fairchild, Zapata, NGL, Kilburn, and G-Lights (collectively, "Defendants") do

and have done business and committed torts in this District, including the business and torts

described herein that form the basis for this action.

8.     This is an action for copyright infringement and contributory copyright

infringement under 17 U.S.C. §§ 101 et seq., and the Berne Convention for the Protection of

Literary and Artistic Work and for violations of copyright management information under 17

U.S.C. §§ 1202 et seq., arising in connection with Defendants' unauthorized commercial

exploitation and appropriation of multiple Munro Works, including, inter alia,  Munro's

federally-registered F*orest of Light*™ sculptural Work, and *Fireflies*, *Field of Light*®, *River of*

*Light*, *Water-Towers*, and *Brass Monkeys* sculptural Works.  Munro is entitled to injunctive,

monetary, declaratory, exemplary, and equitable relief.

### JURISDICTION AND VENUE

9.     This Court has subject matter jurisdiction over this action under 17 U.S.C. §§ 101

et seq. (the U.S. Copyright Act), 28 U.S.C. §§ 1331 (federal question) and 1338(a) (copyrights),

and treaties of the United States (e.g., the Berne Convention for the Protection of Literary and

Artistic Works).

10.     This Court has personal jurisdiction over the Defendants because, among other

things, they reside, transact business, or have purposefully availed themselves of the privilege of

doing business in Florida; because the claims arise out of Defendants' conduct in and effecting

Florida; because they committed and are continuing to commit infringing and other illegal acts in and having an effect in the state of Florida; and because the exercise of jurisdiction is reasonable.

11.     Venue is proper in this District under 28 U.S.C. § 1391(b), (c) & (d) and 28 U.S.C. § 1400(a).

12.     All asserted claims arise from a common nucleus of operative facts.

## CONDITIONS PRECEDENT

13.     All conditions precedent have occurred or been performed.

## BACKGROUND FACTS

### A.  The Artist Bruce Munro

14.     Munro is an acclaimed international artist known for light-based works, sculptures, and large-scale immersive installations and exhibitions produced through his eponymously named studio, Bruce Munro Ltd. dba Bruce Munro Studio.

15.     Munro's unique light-based artwork and installations have been sold and exhibited at hundreds of top-tier galleries, museums, and public spaces around the world.

16.     Munro's professional honors include the Guggenheim Museum's 2010 invitation in celebration of its 50th anniversary to display in the inspirational rotunda of the Frank Lloyd Wright–designed Guggenheim building in Manhattan; 2011 Artist of the Year Award from Wiltshire Life Magazine; the 2013 American Alliance of Museums Excellence in Exhibition Award.  Munro and Munro's exhibitions are also frequent subjects of articles, media interviews, stories, and reports, including a broadcast PBS documentary.

17.     Munro has developed and is known for a signature style that is valued, appreciated, and desired by the public, by exhibitors and curators, and by other consumers of his services.

**SRIPLAW**
21301 POWERLINE ROAD, SUITE 100, BOCA RATON, FLORIDA 33433

18.     For over a decade, Munro has presented and exhibited at preeminent galleries, facilities, venues, and public spaces around the world, which contract for Munro's in-demand exhibitions, installations, and associated services and products.  Places like the Atlanta Botanical Gardens, the United Kingdom's Salisbury Cathedral, Houston's Discovery Green Park, and Pennsylvania's Longwood Gardens—one of the most famous display gardens in all of North America—have all held highly successful exhibitions of Munro's unique, large-scale light-based installations drawing millions of aggregate attendees.

19.     Exhibitions of Munro's Works routinely generate substantial media, public, and online interest and underwriter sponsor support.  Munro installations and exhibitions have been seen and visited by millions of people; lauded in myriad media and online reports in widely circulated publications; consistently drive media and public interest, attendance, revenues, and publicity; and for exhibitors regularly result in hundreds of thousands of attendees, millions in underwriting, ticketing, gift shop, and food court revenues, substantial increases in unique website visitor web traffic and traditional and social media mentions, and valuable publicity, media impressions and online and social media engagement.

20.     Due attendant public interest, exhibitions of Munro's Works consistently provide tangible attendance, publicity, and financial benefits for exhibiting spaces.  As an illustrative example, from midsummer to early fall of 2012, Munro exhibited at Pennsylvania's Longwood Gardens to regional and national publicity that included feature reports on Munro's exhibition in national publications such as the Washington Post. Munro's Longwood exhibition, which Tennessee's Cheekwood Botanical Gardens & Museum of Art later described as "wildly popular" in announcements for its own subsequent Munro exhibition, drew over 300,000 attendees, many from more than three hours away.  How popular was Munro's Longwood

exhibition?  By comparison, the Rolling Stones' 2014 concert tour, one of the top tours of 2014, drew 651,816 attendees.  In just one exhibition at Longwood, Munro's installations drew roughly half that many attendees. As Longwood's director Paul Redman noted to the Washington Post, "'When that exhibit opened, [Munro] was a rock star. He was a rock star.'"

21.     Installations and exhibitions are also a primary revenue driver for Munro's business and, as a result, Munro's Works and the intellectual property rights associated with Munro's Works hold inestimable value to Munro's business and livelihood.

22.     Private collectors and investors also retain and commission Munro to produce specially-commissioned, high-value works of art.  These opportunities and sales are spurred by Munro's exhibitions and installations and their attendant publicity and interest.

**B.  Munro's Copyrighted Works & Copyright Management Information**

23.     Munro has created, exhibited, and is the author of numerous light-based sculptural Works for which he is entitled to and has copyright protections under U.S. law and the Berne Convention, including the below-described and -depicted United States-published and -registered work titled *Forest of Light*™ and several below-described and -depicted United Kingdom-published works ("UK Works").

24.     The Berne Convention for the Protection of Literary and Artistic Works of 1886 as revised ("Berne Convention") requires its signatories to recognize the copyright of works of authors from other signatory countries in the same way as it recognizes the copyrights of its own nationals and to provide strong minimum copyright protections.

25.     The United States of America became a signatory member of the Berne Convention on March 1, 1989.  The United Kingdom became a signatory member of the Berne

Convention in 1886, ratified the convention in 1887, and fully implemented the convention in 1988.

26.     Copyright under the Berne Convention is automatic, and no registration requirements can be imposed on a Work from a different Berne member country.  (Berne Convention, Article 5(2).)   The United Kingdom also does not require formal registration to obtain a copyright.

27.     Munro's UK Works are Berne Convention Works as defined in the Copyright Act, 17 U.S.C. § 101, and under the Berne Convention are subject to the protections of the Copyright Act, 17 U.S.C. §§ 101 et seq.  Munro's UK Works are not "United States Works" under 17 U.S.C. § 101, and are therefore also exempted from registration under 17 U.S.C. § 411.

28.     In 2008, Munro created and exhibited a sculptural Work titled *Field of Light*® in the United Kingdom at the Eden Project exhibition in Cornwall.  Under United Kingdom law Munro has copyright protection for the *Field of Light*® Work, and under the Berne Convention and the Copyright Act (17 U.S.C. §§ 101 et seq.) is entitled to copyright protection in the United States.  A representative photo of that Munro *Field of Light*® sculptural Work is depicted below:



29.     In 2008, Munro created and exhibited a sculptural Work titled *Fireflies* at an exhibition in the United Kingdom.  Under United Kingdom law Munro has copyright protection for the *Fireflies* Work, and under the Berne Convention and the Copyright Act (17 U.S.C. §§ 101 *et seq*.) is entitled to copyright protection in the United States.  A representative photo of that Munro *Fireflies* sculptural Work is depicted below:



30.     In 2010, Munro created and exhibited a sculptural Work titled *Water-Towers* in the United Kingdom at the Salisbury Cathedral in Wiltshire.  Under United Kingdom law Munro has copyright protection for the *Water-Towers* Work, and under the Berne Convention and the

Copyright Act (17 U.S.C. §§ 101 *et seq.*) is entitled to copyright protection in the United States.

A representative photo of that Munro *Water-Towers* sculptural Work is depicted below:



31.     In 2012, Munro created and exhibited a sculptural Work titled *Brass Monkeys* in the United Kingdom at the Royal United Hospital in Bath.  Under United Kingdom law Munro has copyright protection for the *Brass Monkeys* Work, and under the Berne Convention and the Copyright Act (17 U.S.C. §§ 101 *et seq.*) is entitled to copyright protection in the United States.

A representative photo of that Munro *Brass Monkeys* sculptural Work is depicted below:



32.     In 2012, Munro created in the United States and displayed at Pennsylvania's Longwood Gardens the sculptural Work titled *Forest of Light*™.  On August 24, 2019, Munro registered the *Forest of Light*™ Work with the U.S. Copyright Office and is the owner of the associated copyright registration.  *See* **Exhibit A** (Copyright Registration Certificate No. VA 2-176-825).  Representative deposit specimen photos of Munro's *Forest of Light*™ sculptural Work are depicted below:







33.     In 2013, Munro created and exhibited in the United Kingdom at a *Winter Light at Waddesdon* exhibition a sculptural Work titled *River of Light*.  Under United Kingdom law Munro has copyright protection for his *River of Light* Work, and under the Berne Convention and the Copyright Act (17 U.S.C. §§ 101 *et seq.*) is entitled to copyright protection in the United States.  A representative photo of that Munro *River of Light* sculptural Work is depicted below:



34.     Accordingly, Munro owns copyrights in his *Forest of Light*™, *River of Light*, *Field of Light*®, *Fireflies*, *Water-Towers*, and *Brass Monkeys* sculptural Works (collectively, "Works"), which are protectable and enforceable under the US Copyright Act via Munro's federally-registered U.S. copyright registration and via the Berne Convention.

35.     Munro also maintains exemplative images of a variety of his Works at the website www.brucemunro.co.uk ("Munro Site") and its associated webpages, which proximate to each of the images display copyright management information ("CMI") within the meaning of Sections 1201 through 1203 of the Digital  Millennium Copyright Act ("DMCA"), including authorship and titles.  See **Exhibits B1 – B11** (excerpted Munro Site webpages displaying images of and title and authorship CMI for the following Munro Works: *Beacon*, *Bell Chandelier*, *Blue Moon, Brass Monkeys, Fagin's Urchins, Field of Light*®, *Fireflies, Icos, TePees, Water-Towers,* and *Whizz Pops*).

36.     Munro has not authorized or licensed any of the Defendants to exploit any of the Works, their associated copyrights, or any other Munro Works or associated copyrights. Nevertheless, Defendants are commercially and extensively exploiting a multitude of Munro's Works and without proper attribution have used false CMI to do so.

**C.  Defendants' Infringing and Illegal Acts**

37.     Defendant G-Lights is making, selling, advertising for sale, and importing into the United States unauthorized infringing copies and derivatives of Munro's above-identified copyright-protected Works in violation of  17 U.S.C. §§ 501, 602, et seq.  Moreover, with the intent to induce, enable, facilitate, and conceal infringement, G-Lights has knowingly removed and provided and distributed false CMI associated with multiple Munro Works and images

thereof in violation of § 1202 of the Digital Millennium Copyright Act ("DMCA").  17 U.S.C. §

1202.

38.     In particular, G-Lights maintains multiple sales sites on the Alibaba platform that

advertise into the United States and this district the sale of unauthorized copies and derivatives of

Munro's above-identified copyright-protected Works, including for public display.  True and

correct screenshots of G-Light Alibaba sites advertising and selling knock-off replicas of

Munro's Works are attached as **Exhibits C - F**.

39.     **Exhibit C** contains a G-Lights Alibaba sale site advertising and offering for sale

knock-off replicas of Munro's *Forest of Light*™, *River of Light,* and *Field of Light*® sculptural

Works.  On information and belief, G-Lights is specifically aware that it is offering and selling

unauthorized replicas of these Munro Works as (a) multiple exemplative photos prominently

included by G-Lights on the site actually are of Munro's *Forest of Light*™ exhibit at Longwood

Gardens, see Ex. C at p. 1, and (b) G-Lights includes prominent text on the site describing its

offering as  "Bruce Munro style outdoor . . . light."  Id.  G-Lights, NGL, Kilburn, and Fairchild

have imported into the United States and this district and publicly displayed in this district these

G-Light-promoted unauthorized replicas of Munro's *Forest of Light*™, *River of Light*, and *Field

of Light*® sculptural Works and, alternatively, assisted and aided one another in doing so.  As

Fairchild's COO, Zapata participated in, directed, and approved the public display of these

replicas at Fairchild's facilities in Coral Gables, Florida.

40.     G-Lights also included in and distributed via its Alibaba listing shown in Exhibit

C an image copied from the Munro Site of Munro's work entitled *Whizz Pops*, but with both the

title and authorship CMI removed.  Compare Exhibit B11 at p. 2 with Exhibit C at p. 8.  This G-

Lights listing therefore reflects at least two (2) violations of DMCA § 1202.

41.  **Exhibit D** contains a G-Lights Alibaba sale site advertising and offering for sale knock-off replicas of Munro's *Fireflies* sculptural Work.  On information and belief, G-Lights is specifically aware that it is offering and selling unauthorized replicas of this Munro Work as the exemplative photos G-Lights included on the site actually are of Munro's *Fireflies* sculptural Works, see Ex. D at pp. 1, 3-6, and the listing and photos of "[o]ther fiber optic light products" on that site are of other Munro Works.  Id., at p. 6.  G-Lights, NGL, Kilburn, and Fairchild have imported into the United States and this district and publicly displayed in this district these unauthorized replicas of Munro's *Fireflies* sculptural Works and, alternatively, have assisted and aided one another in doing so.  As Fairchild's COO, Zapata participated in, directed, and approved the public display of these replicas at Fairchild's facilities in Coral Gables, Florida.

42.  G-Lights also included in and distributed via its Alibaba listing shown in Exhibit D (a) two images copied from the Munro Site of Munro's Work entitled *Fireflies*, but with both the title and authorship CMI removed and the false CMI "glightsled.en.alibaba.com" inserted instead, compare Exhibit B7 at pp. 1-2 with Exhibit D at pp. 3-5; and (b) two images copied from the Munro Site of Munro's Work entitled *Whizz Pops*, but with both the title and authorship CMI removed.  Compare Exhibit B11 at p. 2 with Exhibit D at pp. 6, 13.  This G-Lights listing therefore reflects at least twelve (12) violations of DMCA § 1202.

43.  **Exhibit E** contains a G-Lights Alibaba sale site advertising and offering for sale knock-off replicas of Munro's *Water-Towers* sculptural Work.  On information and belief, G-Lights is specifically aware that it is offering and selling unauthorized replicas of this Munro Work as the exemplative photos G-Lights included on the site are of Munro's *Water-Towers* sculptural Works.  See Ex. E at pp. 1, 3-4; compare id., at p. 4, 2nd image with supra at ¶ 30.

44.     G-Lights also included in and distributed via its Alibaba listing shown in <u>Exhibit E</u> (a) five images copied from the Munro Site of Munro's Work entitled *Water-Towers*, but with both the title and authorship CMI removed and the false CMI "glightsled.en.alibaba.com" inserted instead, compare <u>Exhibit B10</u> at pp. 5-7 with <u>Exhibit E</u> at pp. 1, 3-4; and (b) one image copied from the Munro Site of Munro's Work entitled *Fagin's Urchins*, but with both the title and authorship CMI removed, compare <u>Exhibit B11</u> at p. 2 with <u>Exhibit E</u> at p. 11.  This G-Lights listing therefore reflects at least sixteen (16) violations of DMCA § 1202.

45.     **Exhibit F** contains a G-Lights Alibaba sale site advertising and offering for sale knock-off replicas of Munro's *Brass Monkeys* sculptural Work.  On information and belief, G-Lights is specifically aware that it is offering and selling unauthorized replicas of this Munro Work as multiple exemplative photos G-Lights included on the site are of Munro's *Brass Monkeys* sculptural Works.  See <u>Ex. F</u> at pp. 1, 3-4; compare <u>id.</u>, at p. 3, 1st image with supra at ¶ 31.

46.     G-Lights also included in and distributed via its Alibaba listing shown in <u>Exhibit F</u> (a) three images copied from the Munro Site of Munro's Work entitled *Brass Monkeys*, but with the title and authorship CMI removed in all three and the false CMI "glightsled.en.alibaba.com" inserted instead in one, compare <u>Exhibit B4</u> at pp. 1-2 with <u>Exhibit F</u> at pp. 1, 3-4; and (b) three images copied from the Munro Site of Munro's Work entitled *Whizz Pops* but with the title and authorship CMI removed, compare <u>Exhibit B11</u> at pp. 1-2 with <u>Exhibit F</u> at pp. 3-4.  This G-Lights listing therefore reflects at least thirteen (13) violations of DMCA § 1202.

47.     G-Lights also promotes and advertises via its Alibaba pages the following collection of images of "[m]ore designs for outdoor" offered for sale by G-Lights, see <u>Ex. E</u> at p.

5; Ex. F at p. 6, which generally consist of CMI-stripped images from the Munro Site of Munro's

below-listed Works:



| | **Title of Munro Work** | | | | |
|---|---|---|---|---|---|
| Row 1 | | *Blue Moon* | *Bell Chandelier* | *Beacon* | *Blue Moon* |
| Row 2 | *Vandergraph* | *Beacon on the Hill* | *Snowball chandelier* | *Snowball chandelier* | *Whizz Pops* |
| Row 3 | *Whizz Pops* | | *Brass Monkeys* | *Fagin's Urchins* | *Fagin's Urchins* |
| Row 4 | *Icos* | | *Icos* | *TePees* | *TePees* |

48.     Via the preceding collection of images shown in Exhibits E & F under the

heading "[m]ore designs for outdoor," G-Lights included in and distributed via its Alibaba

listings in Exhibits E & F:

a.      two images copied from the Munro Site of Munro's Work entitled *Beacon*, but with both the title and authorship CMI removed and the false CMI "glightsled.en.alibaba.com" embossed instead;

b.      an image copied from the Munro Site of Munro's Work entitled *Bell Chandelier*, but with both the title and authorship CMI removed and the false CMI "glightsled.en.alibaba.com" embossed instead;

c.      two images copied from the Munro Site of Munro's Work entitled *Blue Moon*, but with both the title and authorship CMI removed and the false CMI "glightsled.en.alibaba.com" embossed instead;

d.      an image copied from the Munro Site of Munro's Work entitled *Brass Monkeys*, but with both the title and authorship CMI removed and the false CMI "glightsled.en.alibaba.com" embossed instead;

e.      two images copied from the Munro Site of Munro's Work entitled *Fagin's Urchins*, but with both the title and authorship CMI removed and the false CMI "glightsled.en.alibaba.com" embossed instead;

f.      two images copied from the Munro Site of Munro's Work entitled *Icos*, but with both the title and authorship CMI removed and the false CMI "glightsled.en.alibaba.com" embossed instead;

g.      two images copied from the Munro Site of Munro's Work entitled *TePees*, but with both the title and authorship CMI removed and the false CMI "glightsled.en.alibaba.com" embossed instead; and

      h.      two images copied from the Munro Site of Munro's Work entitled *Whizz Pops*, but with both the title and authorship CMI removed and the false CMI "glightsled.en.alibaba.com" embossed instead.

*Compare* Exhibits B1 at pp. 3-4, B2 at p. 2, B3 at pp. 1-2, B4 at p. 2, B5 at pp. 1-2, B8 at pp. 1-2, B9 at pp. 1-3, *and* B11 at pp. 1-2 *with* Exhibit E at p. 5 *and* Exhibit F at p. 6.  This G-Lights listing therefore reflects at least forty-two (42) violations of DMCA § 1202.

      49.      Via the additional following collection of images shown in Exhibits E under the heading "[m]ore designs for outdoor", G-Lights also promotes and advertises via its Alibaba pages and included in and distributed via its Alibaba listing in Exhibit F CMI-stripped images from the Munro Site of additional Munro Works, including:  (a) an image copied from the Munro Site of Munro's work entitled *Field of Light®*, but with both the title and authorship CMI removed; and (b) an image copied from the Munro Site of Munro's work entitled *Water-Towers*, but with both the title and authorship CMI removed:



**SRIPLAW**
21301 Powerline Road, Suite 100, Boca Raton, Florida 33433

*Compare* Exhibits B6 at p. 10 *and* B10 at p. 6 *with* Exhibit F at p. 5.  This G-Lights listing therefore reflects at least four (4) violations of DMCA § 1202.

50.     G-Lights also maintains an internet website and homepage at www.glightsled.com ("G-Lights Homepage") that advertises into the United States and this district the sale of unauthorized copies and derivatives of Munro's above-identified copyright-protected Works, including for public display.  Attached as **Exhibit G** is a true and correct copy of G-Light's Homepage.

51.     G-Lights also includes on and distributes via the G-Lights Homepage shown in Exhibit G an appropriated image copied from the Munro Site of Munro's Work entitled *Whizz Pops*, but with both the title and authorship CMI removed.  Compare Exhibit B11 at p. 2 with Exhibit G at p. 1.  The appropriated and CMI-stripped *Whizz Pops* image, which is used by G-Lights to market its own offerings, is prominently displayed at the top of G-Light's Homepage alongside the promotional message, "Fiber optic lighting makes outdoor landscape project nice and different."  The G-Lights Homepage therefore reflects at least two (2) violations of DMCA § 1202.

52.     The G-Lights Homepage also advertises and offers for sale knock-off replicas of Munro's *Forest of Light*™, *River of Light*, and *Field of Light*® sculptural works under the "Hot Product" listing for "Party And Event Fiber Optic Decorative."  See Ex. G at p. 1.

53.     The attached Exhibits C - F therefore reflect G-Lights' wholesale commercial appropriation, exploitation, and copying of more than a dozen of Munro's Works – including *Beacon, Bell Chandelier, Brass Monkeys, Blue Moon, Fagin's Urchins, Field of Light*®, *Fireflies, Forest of Light*™, *Icos, River of Light, TePees, Water-Towers*, and *Whizz Pops* – and  a multitude of images thereof, and G-Light's knowing unauthorized removal, alteration,

falsification, and distribution of associated copyright management information with the intent to induce, enable, facilitate, and conceal infringement.

54.     G-Lights' blatant and intentional copying, exploitation, and infringement of the Munro Works and G-Lights' numerous DMCA § 1202 CMI violations reflected in and on the attached G-Lights Alibaba listings and G-Lights Homepage (i.e., Exhibits C - F) have had a direct and substantial impact in the United States and in this this district as knock-off replicas of Munro's Works obtained from G-Lights have been imported into and publicly displayed in this district by NGL, Kilburn, and Fairchild at an ongoing exhibition in Coral Gables, Florida promoted as the *NightGarden*.  Munro's studio has also had to field other inquiries regarding the authenticity and quality of the offerings on G-Lights Alibaba sites, including from Tennessee residents.

55.     Since approximately November 15, 2019 and continuing still, defendants Fairchild, NGL, and Kilburn have conducted, publicized, marketed, and sold tickets for a commercial public exhibition titled the *NightGarden* at Fairchild's facilities in Coral Gables, Florida in which they are publicly displaying and featuring unauthorized and unattributed knock-off replicas of Munro's copyrighted *Forest of Light*™, *River of Light, Field of Light*®, and *Fireflies* sculptural Works.

56.     On information and belief, Fairchild, NGL, and Kilburn obtained these unauthorized replicas of Munro's *Forest of Light*™, *River of Light, Field of Light*®, and *Fireflies* sculptural Works from G-Lights and, along with G-Lights, imported the replicas into the United States and this district for commercial public display.  Notably, G-Lights' Alibaba site that advertises and offers knock-off replicas of Munro's *Forest of Light*™, *River of Light*, and *Field of Light*® sculptural works (e.g., Exhibit C) promotes them as "Bruce Munro style outdoor . . .

light[s]" and also specifically lists and depicts Fairchild, NGL, and Kilburn's *NightGarden* as a G-Light reference account.  See Ex. C at pp. 1, 5.

57.     Representative photos from the ongoing *NightGarden* exhibition showing knock-offs of Munro's *Fireflies* sculptural Works exhibited and publicly displayed by defendants Fairchild, NGL, and Kilburn are depicted below:



58.     Representative photos from the ongoing *NightGarden* exhibition showing knock-offs of Munro's *Forest of Light*™, *River of Light*, and *Field of Light*® sculptural works exhibited and publicly displayed by defendants Fairchild, NGL, and Kilburn are depicted below:



59.     NGL, Kilburn, Fairchild, and Fairchild's COO Zapata have heavily promoted the *NightGarden* in media releases, on websites, and on social media sites (including Facebook, Instagram, and Twitter) and continue to do so, and have also encouraged visitors to post photos from the *NightGarden* exhibition.  Social media posts promoting the *NightGarden* include photos of these knock-off replicas of Munro's Works publicly exhibited and displayed by defendants Fairchild, NGL, and Kilburn in the *NightGarden* exhibition.

60.     NGL, Kilburn, and Fairchild have collaboratively marketed the *NightGarden* and its public display of infringing replicas of Munro's Works.  For instance, Fairchild's www.fairchildgarden.org website touts the exhibition as "the *NightGarden* at Fairchild!" Fairchild's online promotions emphasize the *NightGarden* not only for the sale and purchase of single-ticket sales, but also for purchase of season membership passes.  Fairchild's website also links to the www.thenightgarden.com ticketing and promotional website maintained by NGL and Kilburn, which facilitates and promotes the online sale and purchase of *NightGarden* tickets and prominently includes the following image of NGL, Kilburn, and Fairchild's public display of unauthorized knock-offs of Munro's *Forest of Light* ™, *River of Light*, and *Field of Light*® works:



61.     Fairchild, NGL, and Kilburn published and is also providing and distributing the following guide to *NightGarden* attendees:



62.     But nowhere on the guide, on the www.thenightgarden.com website, on Fairchild's

website, or anywhere on display at the *NightGarde*n exhibition does Fairchild, NGL, or Kilburn

ascribe attribution to Munro with respect to their *NightGarden*'s knock-offs of Munro's *Fireflies*,

*Forest of Light*™, *River of Light*, and *Field of Light*® Works, despite supplier G-Lights'

acknowledgement that the knock-offs are replicas of Munro's Works.  See, e.g., <u>Ex. C</u> at p. 1.

Rather, on the pamphlet, on the www.thenightgarden.com website, and on signage at the

*NightGarden* exhibition Fairchild, NGL, and Kilburn instead ascribe false titles to and self-credit

each display, see, e.g., supra at ¶¶ 56, 57 (guide ascribing the title "Mystic Mushrooms" to the

*NightGarden* replicas of Munro's *Forest of Light*™, *River of Light*, and *Field of Light*® Works).

By all appearances, defendants utilize phony titles and self-attribution in an effort to conceal that

they are exploiting copyrighted materials without the authorization of Munro.  This too is a violation of the DMCA, which prohibits the use of false information related to the owner, author, or title of a creative work.  17 U.S.C. § 1202.  Accordingly, Fairchild, NGL, and Kilburn have in violation of § 1202 knowingly provided and distributed false copyright management information with the intent to or with reasonable grounds to know that it will induce, enable, facilitate, or conceal an infringement.  Defendants Fairchild, NGL, and Kilburn's *NightGarden* guide, website, and onsite signage therefore reflect at least three (3) violations of DMCA § 1202.

63.     Fairchild, NGL, Kilburn, and Zapata have had substantial grounds to know their actions constitute infringement of Munro's copyrights and that their provision and distribution of false CMI will induce, enable, facilitate, or conceal infringements.  Among other things, (a) they obtained and imported the knock-off replicas of Munro's Works from China, a country notoriously lacking in intellectual property protections and known for production of counterfeits; (b) their apparent supplier G-Lights' own Alibaba listings state that the replicas are "Bruce Munro style . . . light[s]", see Ex. C at p. 1; (c) Fairchild via Zapata, and Kilburn via its registered agent Mark Manuel, were delivered cease-and-desist letters notifying them that certain displays at defendants' *NightGarden* constituted infringement of Munro's federally-registered *Forest of Light*™ Work; and (d) Fairchild and its COO Zapata have prior familiarity with Munro and his Works.

64.     Notably, Fairchild's Zapata and a member of Fairchild's board previously communicated with Munro studio personnel regarding interest in a Munro exhibition at Fairchild's facilities.  As Fairchild's agent, Zapata's knowledge regarding Munro and Munro's Works is imputable and attributable to Fairchild, Zapata's principal.  Fairchild also received

from Munro's studio a promotional pamphlet on Munro's Longwood Gardens exhibition, which contained multiple images of Munro's *Forest of Light*™, *Field of Light*® and *Fireflies* Works.

65.     Accordingly, NGL, Kilburn, Fairchild, and G-Lights had knowledge of, access to, information on, and awareness of Munro and Munro's Works prior to their acts described above.

66.     On information and belief, NGL, Kilburn, and Fairchild are specifically aware that they imported and are publicly displaying unauthorized knock-offs of one or more Munro Works and assisted and aided one another in doing so.  Moreover, they have posted and encouraged others to post on social media and elsewhere photos and images of improperly-titled and -attributed unauthorized replicas of Munro Works on display at defendants' *NightGarden* exhibition.

67.     Nevertheless, with defendant Zapata's direct assistance and approval, defendants Fairchild, NGL, and Kilburn have continued to publicly display unauthorized infringing copies and derivatives of Munro's above-identified copyright-protected Works.  17 U.S.C. § 501, et seq. Moreover, with the intent to induce, enable, facilitate, and conceal infringement, Fairchild, NGL, and Kilburn have knowingly removed and provided and distributed false CMI associated with multiple Munro works in violation of § 1202 of the DMCA.  17 U.S.C. § 1202.

## COUNT I
## COPYRIGHT INFRINGEMENT

68.     Munro incorporates the allegations of paragraphs 1 through 67 of this Complaint as if fully set forth herein.

69.     Defendants' above-described installations, products, advertisements, and numerous derivatives thereof (including innumerable photos, web posts, social media posts, media releases, and displays making up the advertising and social media publicity campaign

described herein for the *NightGarden*) share similarities so substantial to Munro's Works that their production, importation, reproduction, and public display constitute copyright infringement.

70.     By their actions alleged above, defendants Fairchild, NGL, Kilburn, and G-Lights have infringed Munro's copyrights in Munro's federally-registered *Forest of Light*™ Work and in his *Fireflies*, *River of Light*, and *Field of Light*® Works.  Specifically, defendants Fairchild, NGL, Kilburn, and G-Lights have infringed Munro's exclusive rights set forth in 17 U.S.C. § 106 by copying, reproducing, making derivatives of, distributing, importing, advertising for sale and import, publicly displaying, and otherwise exploiting these Munro Works (including for the *NightGarden* exhibition at Fairchild's facilities and on defendants' sales and promotional websites).  See 17 U.S.C.  §§ 501, 602.

71.     On information and belief, Kilburn is the dominant influence over NGL, and Zapata is a dominant influence over Fairchild, and each determined or directed the actions that led to the *NightGarden*-related infringements of Munro's *Forest of Light*™, *Fireflies*, *River of Light*, and *Field of Light*® works complained of herein.  Accordingly, Zapata and Kilburn are jointly and severally liable for direct copyright infringement.

72.     On further information and belief, Kilburn maintained the right and ability to supervise the infringing activities of NGL and had a direct financial interest in those activities by virtue of its stake and role in NGL and the profits derived from the *NightGarden* exhibition. Accordingly, Kilburn is also vicariously liable for copyright infringement.

73.     NGL is also vicariously liable for all infringements committed by Kilburn (its managing agent) within the scope of its agency.

74.     By its actions alleged above, defendant G-Lights has also infringed Munro's copyrights in Munro's *Water-Towers* and *Brass Monkeys* Works.  Specifically, defendant G-

Lights has infringed Munro's exclusive rights set forth in 17 U.S.C. § 106 by copying, reproducing, making derivatives of, distributing, importing, advertising for sale and import, publicly displaying, and otherwise exploiting Munro's *Water-Towers* and *Brass Monkeys* Works (including for its sales and promotional websites).  See 17 U.S.C.  §§ 501, 602.

75.     Defendants' actions constitute willful infringement of Munro's copyright inasmuch as they knew, or had reason to know, that their use of and exploitation of Munro's Works was unauthorized; and/or because they have acted with reckless disregard of Munro's copyrights.

76.     As a result of the foregoing, Munro is entitled to actual damages, plus Defendants' profits, and at Munro's election statutory damages of up to $150,000 for infringement(s) of his *Forest of Light*™ work, plus attorney's fees and costs of court.

77.     Munro is additionally entitled to immediate and permanent injunctive relief and impounding and destruction of offending items and materials.

## COUNT II
### CONTRIBUTORY COPYRIGHT INFRINGEMENT

78.     Munro incorporates the allegations of paragraphs 1 through 67 of this Complaint as if fully set forth herein.

79.     By their actions alleged above, Defendants have contributorily infringed Munro's copyrights in the Munro Works.

80.     Defendant G-Lights has induced, caused, and/or materially contributed to infringing conduct by defendants Fairchild, NGL, and Kilburn and by others, including by, inter alia, producing, advertising for sale, and importing into the United States replicas of the Munro Works and encouraging and facilitating the importation and public display of such replicas, including by Fairchild, NGL, and Kilburn for their *NightGarden* exhibition.

81.    Defendants Fairchild, NGL, and Kilburn have induced, caused, and/or materially contributed to infringing conduct by one another and Zapata has induced, caused, and/or materially contributed to infringing conduct by Fairchild, NGL, and Kilburn including by, inter alia, (a) Fairchild's provision of facilities for commercial public display of replicas of Munro's *Fireflies*, *Forest of Light*™, *River of Light*, and *Field of Ligh*ˡ® Works, (b) Fairchild, Zapata, NGL, and Kilburn's collaboration on and co-promotion of the *NightGarden* exhibition publicly displaying replicas of Munro's *Fireflies, Forest of Light*™, *River of Light*, and *Field of Light*® works and their online posts of derivative images thereof on websites and social media platforms.

82.    Defendants Fairchild, NGL, and Kilburn have induced, caused, and/or materially contributed to infringing conduct by others including by, inter alia, utilizing hashtags and creating specified web and social media sites which allow and encourage *NightGarden* attendees to re-post photographs and images of the replicas of Munro's *Fireflies*, *Forest of Light*™, *River of Light*, and *Field of Light*® works on commercial public display at defendants' *NightGarden* exhibition.

83.    Defendants obtained economic benefits in connection with their actions constituting contributory infringement, including increased visibility, exposure, attendance, ticket sales, and revenues for the *NightGarden* exhibition and increased visibility, exposure, product sales, and revenues for G-Lights.

84.    Defendants' actions constitute willful infringement of Munro's copyright inasmuch as they knew, or had reason to know, that their use of and exploitation of Munro's Works was unauthorized; and/or because they have acted with reckless disregard of Munro's copyrights.

85.     As a result of the foregoing, Munro is entitled to actual damages, plus

Defendants' profits, and at Munro's election statutory damages of up to $150,000 for

infringement(s) of his *Forest of Light*™ work, plus attorney's fees and costs of court.

86.     Munro is additionally entitled to immediate and permanent injunctive relief and

impounding and destruction of offending items and materials.

<div align="center">

COUNT III
COPYRIGHT MANAGEMENT INFORMATION VIOLATIONS
</div>

87.     Munro incorporates the allegations of paragraphs 1 through 67 of this Complaint

as if fully set forth herein.

88.     By their actions alleged above, Defendants have violated Section 1202 of the

Digital Millennium Copyright Act with regard to Munro's *Beacon*, *Bell Chandelier*, *Blue Moon*,

*Brass Monkeys*, *Fagin's Urchins*, *Field of Light*®, *Fireflies*, *Icos*, *TePees*, *Water-Towers*, and

*Whizz Pops* Works and images thereof by knowingly providing, distributing, and importing for

distribution copyright management information ("CMI") that is false; by intentionally removing

and altering CMI; and by distributing, importing for distribution, and publicly performing and

displaying copies and replicas of Munro Works knowing that CMI had been removed without

Munro's authorization.  17 U.S.C. § 1202(a) & (b).

89.     Specifically, G-Lights has committed at least ninety-one (91) CMI violations in

connection with its above-described intentional removal and falsification of title and authorship

CMI associated with the identified Munro Works and images thereof; and NGL, Kilburn, and

Fairchild have committed at least three (3) CMI violations in connection with their above-

described removal and use of false of title and authorship CMI in connection with their signage,

guides, and website(s) for their *NightGarden* replicas of  Munro Works.  On information and

belief, Defendants' removals and falsifications of CMI were committed knowingly, and with the

<div align="center">

31
**SRIPLAW**
21301 POWERLINE ROAD, SUITE 100, BOCA RATON, FLORIDA 33433
</div>

intent to induce, enable, facilitate and/or conceal infringement (including in connection with NGL, Kilburn, and Fairchild's encouragement of attendees' re-posts on social media of photos of the *NightGarden*'s public display of replicas of Munro's Works).

90.     On information and belief, Kilburn maintained the right and ability to supervise and/or control the publication of false CMI in connection with the *NightGarden* exhibition and derived a direct financial benefit therefrom, and is therefore also vicariously liable for violation of Section 1202 of the Digital Millennium Copyright Act.

91.     As a result of the foregoing, Munro is entitled to actual damages plus the profits of Defendants; or in the alternative, statutory damages for each violation in an amount no less than $2,500 and no more than $25,000 per violation, plus costs and attorney's fees.  17 U.S.C. § 1203(b)(4), (5) & (c).

## INJUNCTIVE RELIEF

92.     As a direct and proximate result of the Defendants' foregoing acts and omissions, Munro has sustained, and will continue to sustain, substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  Munro is informed and believes in view of the above-described conduct of Defendants that unless enjoined and restrained by this Court, Defendants will continue to infringe Munro's copyrights and commit copyright management information violations.  Accordingly, Munro is entitled to temporary, preliminary, and permanent injunctive relief ordering that Defendants and all persons under their direction, control, permission or authority be enjoined and permanently restrained from exploiting Munro's Works and to seizure, impounding, and destruction of offending items and materials.

## JURY DEMAND

Munro demands a jury trial for all issues so triable in this action.

## PRAYER

For the foregoing reasons, Munro requests judgment against the Defendants for the following:

A.     All damages, actual damages, statutory damages, exemplary damages, enhanced damages, profits, and other legally permissible damages or recoveries allowed by law, statute, or equity, including for each work infringed and each violation of the Digital Millennium Copyright Act an award of actual damages and/or statutory damages per 17 U.S.C. §§ 504(c) & 1203(c);

B.     Temporary, preliminary, and permanent injunctive relief as alleged and as otherwise allowed per 17 U.S.C. §§ 502 & 1203(b), including an order that Defendants and all persons under their direction, control, permission or authority be enjoined and permanently restrained from exploiting Munro's works or displaying inaccurate CMI;

C.     Seizure, impounding, and destruction of all infringing copies, equipment used to make them, related records, and any device(s) or product(s) involved in any CMI violation per 17 U.S.C. §§ 503 & 1203(b)(2) & (6);

D.     Pre-judgment and post-judgment interest on any award at the maximum legal rate;

E.     Reasonable costs and attorneys' fees as allowable and per 17 U.S.C. §§ 505 and 1203(b)(4) & (5); and,

F.     All other relief to which Munro may be entitled or as the Court may deem just, equitable, necessary, proper and/or appropriate under the circumstances.

Dated:  January 8, 2020                               Respectfully submitted,


                                                        */s/ Joel B. Rothman*
                                                        JOEL B. ROTHMAN
                                                        Florida Bar No. 98220
                                                        joel.rothman@sriplaw.com
                                                        CRAIG A. WIRTH

Florida Bar Number:  125322
craig.wirth@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

CARL F. SCHWENKER
cfslaw@swbell.net

**LAW OFFICES OF CARL F. SCHWENKER**
The Parsons House
3807 Duval Street, Suite E
Austin, TX  78751
512.480.8427 – Telephone
512.857.1294 – Facsimile

*Counsel for Plaintiff Bruce Munro*

**TAB 1-1**

## Exhibit A

*Forest of Light*™ **Registration Certificate**

**U.S. Copyright Registration Number VA 2-176-825**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Lingle*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-176-825

**Effective Date of Registration:**
August 24, 2019
**Registration Decision Date:**
November 06, 2019

---

## Title
___

**Title of Work:** Forest of Light

## Completion/Publication
___

**Year of Completion:** 2012
**Date of 1st Publication:** June 09, 2012
**Nation of 1st Publication:** United States

## Author
___

- **Author:** Bruce Beaton St Claire Munro
**Author Created:** sculpture
**Work made for hire:** No
**Citizen of:** United Kingdom
**Domiciled in:** United Kingdom
**Year Born:** 1959

## Copyright Claimant
___

**Copyright Claimant:** Bruce Beaton St Claire Munro
Long Knoll Barns, Cokers Lane, Kilmington, Wiltshire, BA12 7HU, United Kingdom

## Rights and Permissions
___

**Organization Name:** Bruce Munro Studio
**Address:** Long Knoll Barns, Cokers Lane
Kilmington
Wiltshire BA12 7HU United Kingdom

## Certification
___

Page 1 of 2

| | |
|---:|:---|
| **Name:** | Carl Schwenker |
| **Date:** | August 24, 2019 |
| **Applicant's Tracking Number:** | Mun03 |

---

| | |
|---:|:---|
| **Correspondence:** | Yes |



**TAB 1-2**

<u>**Exhibit B-1**</u>

**Munro Site – *Beacon* Images**

# Bruce Munro

Home   About   Work   Exhibitions   News   Contact



## Beacon

Mixed media (geodesic dome, PET bottles, optical fibre, light source)

*Beacon* is built upon the superstructure of a geodesic dome. Munro says: "I originally came across these domes being made by an independent manufacturer in England; their intended purpose being for use as garden green houses. However, as with many of the pieces I create when I am presented with an object for one purpose; multiple alternatives pop into my head simultaneously".

*Beacon* was first created in the Summer of 2013 to raise both awareness and financial support for the UK charity Cancerkin which supports people affected by breast cancer. The piece was constructed at the very top of Long Knoll hill, which lies behind the studio and can be seen from miles around, for just two days with the aim of sending a message of hope to suffers and survivors.




















## Videos



Long Knoll, Wiltshire, UK, 2013

Film by Butley Creek Films & Still Photography by Mark Pickthall

## Locations

📍 Bruce Munro: Light, Franklin Park Conservatory, Columbus, OH, USA. September 25th to March 30th 2014

📍 Bruce Munro: Sonoran Light at Desert Botanical Garden, Phoenix, AZ, USA.

📍 Bruce Munro: Winter Light at Waddesdon, Buckinghamshire, UK.

📍 Bruce Munro: Light in the Garden, Atlanta Botanical Garden, Atlanta, GA, USA.

## Our Studios

Long Knoll Barns
Cokers Lane
Kilmington
Wiltshire
BA12 7HU

## Contact Us

Email: info@brucemunro.co.uk
Tel: +44 (0)1985 845 228

## Follow Us

 

© 2020 Bruce Munro Studio   © 2020 Bruce Munro


yellow peach.

**TAB 1-3**

## <u>Exhibit B-2</u>

## Munro Site – *Bell Chandelier* Images

# Bruce Munro

Home   About   Work   Exhibitions   News   Contact



## Bell Chandelier

Mixed media (brass, optical fibre,  steel, light source)

*Bell Chandelier* is Munro's response to the spiral of the Queen Charlotte staircase and rotunda in the mansion at Cheekwood. The use of brass in the sculpture refers to the details of the period furniture and luminaires within the main stairwell. On the subject of the space Munro says "I wanted to make the most of the height and create a piece that linked all the elements of the space together."






Locations

Bruce Munro: Light in Creation's Garden at Cheekwood Botanical
Garden and Art Museum, Nashville, TN, USA.
24th May to 10th November 2013

## Our Studios

Long Knoll Barns
Cokers Lane
Kilmington
Wiltshire
BA12 7HU

## Contact Us

Email: info@brucemunro.co.uk
Tel: +44 (0)1985 845 228

## Follow Us

© 2020 Bruce Munro Studio   © 2020 Bruce Munro



**TAB 1-4**

# <u>Exhibit B-3</u>

## Munro Site – *Blue Moon* Images

# Bruce Munro

Home   About   Work   Exhibitions   News   Contact



## Blue Moon

Mixed media (acrylic , optical fibre, light source)

*Blue Moon* is a continuation of Munro's experimentation with the spherical form. During a first visit to Cheekwood in 2013 he had an instinctive reaction to the formality of the gravel lake at the centre of the Japanese Garden, adjacent to the Pavilion. Within this intimate space, set in a valley of rounded hills, Munro saw the next space for the piece Blue Moon to inhabit positioned as if floating in the 'lake'. The gentle movement of light within the 'moon' plays shadows over the intricately dry raked gravel that surrounds it. Of the piece Munro says "my hope was to create a piece that extended the sense of calm within the space."



# Videos



Blue Moon on a Platter,
Cheekwood TN, USA
2013

Film produced by Butley Creek
Films

# Locations

Bruce Munro: Light in CheeKwood Botanical
Garden and Art Museum, Nashville, TN, USA.
24th May to 10th November 2013

## Our Studios

Long Knoll Barns
Cokers Lane
Kilmington
Wiltshire
BA12 7HU

## Contact Us

Email: info@brucemunro.co.uk
Tel: +44 (0)1985 845 228

## Follow Us



© 2020 Bruce Munro Studio   © 2020 Bruce Munro



**TAB 1-5**

# **Exhibit B-4**

## **Munro Site – *Brass Monkey* Images**

# Bruce Munro

Home   About   Work   Exhibitions   News   Contact



## Brass Monkeys

Blown acrylic and glass, optical fibre, stainless steel, borosilicate colour wheel, metal halide light source.






## Our Studios

Long Knoll Barns
Cokers Lane
Kilmington
Wiltshire
BA12 7HU

## Contact Us

Email: info@brucemunro.co.uk
Tel: +44 (0)1985 845 228

## Follow Us



© 2020 Bruce Munro Studio   © 2020 Bruce Munro



**TAB 1-6**

## <u>Exhibit B-5</u>

## Munro Site – *Fagin's Urchins* Images

Bruce Munro

Home   About   Work   Exhibitions   News   Contact



## Fagin's Urchins

*Fagin's Urchins* was created specifically for the formal Reflection Pool in the Martin Boxwood Gardens at Cheekwood. Of the creation of the piece Munro says "As often happens when I see a space, I had a very clear idea of what I wanted to create. The placing of the illuminated spheres close to the waterline creates the illusion of ten Lilliputian worlds at night". The name for this installation comes from his reading of Oliver Twist by Charles Dickens.



## Locations

 Bruce Munro: Light, Cheekwood Botanical
Garden and Art Museum, Nashville, TN, USA.
24th May to 10th November 2013

## Our Studios

Long Knoll Barns
Cokers Lane
Kilmington
Wiltshire
BA12 7HU

## Contact Us

Email: info@brucemunro.co.uk
Tel: +44 (0)1985 845 228

## Follow Us



© 2020 Bruce Munro Studio   © 2020 Bruce Munro



**TAB 1-7**

## Exhibit B-6

## Munro Site – *Field of Light* Images

# Bruce Munro

Home    About    Work    Exhibitions    News    Contact



## Field of Light

Mixed media (optical fibre, glass, acrylic, light source)

In 1992, journeying to Uluru through the Red Desert in central Australia, Munro felt a compelling connection to the energy, heat and brightness of the  desert landscape, which he recorded in his ever present sketchbooks. *Field of Light* is the embodiment of this experience.  Munro recalls "I wanted to create an illuminated field of stems that, like the dormant seed in a dry desert, would burst into bloom at dusk with gentle rhythms of light under a blazing blanket of stars". Having developed the idea for over a decade the first *Field of Light* was created in the field behind his family home in Wiltshire.

Munro returned to the very space that inspired him, to Uluru in 2016 for the installation of *Field of Light.*












































 









## Videos



Holburne Museum, Bath,
UK 2011

Film by Ian Ellerby

## Locations

Cornwall, UK. November 2008 to February 2009

Bruce Munro: Light, Cheekwood Botanical Garden and Art Museum, Nashville, TN, USA. 24th May to 10th November 2013

Bruce Munro: Field of Light, St Andrew Square, Edinburgh, UK.

Bruce Munro: Winter Light at Waddesdon, Buckinghamshire, UK.

Bruce Munro: Sonoran Light at Desert Botanical Garden, Phoenix, AZ, USA.

Bruce Munro: Winter Light, Waddesdon Manor, UK.

Bruce Munro: Light Installations at Green Box Arts Festival, USA

Kennett Square, PA, USA. June 9th to September 25th 2012

Bruce Munro: Light, Franklin Park Conservatory, Columbus, OH, USA. September 25th to March 30th 2014

Bruce Munro: Field of Light at Simbionte, Mexico City, Mexico.

Bruce Munro: Field of Light at Discovery Green, Houston, TX, USA.

Bruce Munro: Field of Light at Discovery Green, USA.

Field of Light Uluru, Australia. Extended Indefinitely.

Bruce Munro: Field of Light, Hans Christian Andersen Haven, Odense, DK

Museum, Bath Spa, UK. November 2011 to January 2012

Bruce Munro: Winter Light, Waddesdon Manor, Buckinghamshire, UK. 13 November 2013 to 1 January 2014

Bruce Munro: Light, Hermitage Museum & Gardens, Norfolk VA, USA.

Bruce Munro: Light in the Garden, Atlanta Botanical Garden, Atlanta, GA, USA.

Bruce Munro: Field of Light Uluru, Northern Territory, Australia.

Bruce Munro Light: Nicholas Conservatory and Gardens, USA

## Our Studios

Long Knoll Barns
Cokers Lane
Kilmington
Wiltshire
BA12 7HU

## Contact Us

Email: info@brucemunro.co.uk
Tel: +44 (0)1985 845 228

## Follow Us



© 2020 Bruce Munro Studio   © 2020 Bruce Munro


yellow peach.

**TAB 1-8**

## __Exhibit B-7__

# Munro Site – *Fireflies* Images

# Bruce Munro

Home   About   Work   Exhibitions   News   Contact



## Fireflies

Copper tube, brass stakes, optical fibre, metal halide light source.








## Our Studios

Long Knoll Barns
Cokers Lane
Kilmington
Wiltshire
BA12 7HU

## Contact Us

Email: info@brucemunro.co.uk
Tel: +44 (0)1985 845 228

## Follow Us



© 2020 Bruce Munro Studio   © 2020 Bruce Munro





**TAB 1-9**

## **<u>Exhibit B-8</u>**

## **Munro Site – *Icos* Images**

# Bruce Munro

Home   About   Work   Exhibitions   News   Contact



## Icos

Mixed media (acrylic, glass, optical fiber, light source)

*Icos* is a study of the icosahedron solid; a polyhedron that is created from twenty equilateral triangles. The piece is an expression of Munro's enduring intrigue for modular repetitive forms of construction.  Through his sensitivity to the characteristics of the materials used Munro endeavors to engender a soft edged feel to what are hard edged geometrical forms.

*Icos* is constructed around a 25cm icosahedron core. The core supports 19 smaller icosahedrons, which are each surrounded by 19 clear glass spheres to create a geometric shape 2.4m in diameter. Illuminated with a cool white LED light source. Light is passed via optical fibres threaded through the individual components terminating as coiled filament in each of the 361 clear glass spheres.



 

Locations



Bruce Munro: Light in Tunnel Car
Conservatory, Columbus, OH, USA.
September 25th to March 30th 2014

## Our Studios

Long Knoll Barns
Cokers Lane
Kilmington
Wiltshire
BA12 7HU

## Contact Us

Email: info@brucemunro.co.uk
Tel: +44 (0)1985 845 228

## Follow Us



© 2020 Bruce Munro Studio   © 2020 Bruce Munro

yellow peach.

**TAB 1-10**

## __Exhibit B-9__

## Munro Site – *TePees* Images

# Bruce Munro

Home    About    Work    Exhibitions    News    Contact



## Tepees

Mixed media (fluorescent light tubes, colour filters, electric fence energisers)

The lighting technique used in *Tepees* was first discovered when Munro was looking for a way to keep his wife's chickens safe from the foxes at their rural home in Wiltshire. A local farmer came to the rescue offering a solution in the guise of a device that combined an electric fence system with a redundant fluorescent lighting tube (one that has been spent).  Years later Munro decided that tepee structures were the best composition for the fluorescent tubes. He was pleased with the result both formally and personally, for the mythic American West as depicted in films and TV had held his imagination as a boy growing up in England.

This piece cannot be experienced through photographs in the same way as it can in real time. The flashes of the fluorescent tubes happen so quickly that the eye doesn't see the tepees lit all in a group, only the intermittent flashing tubes of light. But the camera lens captures the entire series of flashes so the lighted form of the whole installation is revealed.











## Locations

 Bruce Munro: Light, Cheekwood Botanical Garden and Art Museum, Nashville, TN, USA. 24th May to 10th November 2013

Bruce Munro: Winter Light, Waddesdon Manor, Buckinghamshire, UK. 13 November 2013 to 1 January 2014

Bruce Munro: Light Installations at Green Box Arts Festival, USA

## Our Studios

Long Knoll Barns
Cokers Lane
Kilmington
Wiltshire
BA12 7HU

## Contact Us

Email: info@brucemunro.co.uk
Tel: +44 (0)1985 845 228

## Follow Us

© 2020 Bruce Munro Studio   © 2020 Bruce Munro



**TAB 1-11**

# Exhibit B-10

## Munro Site – *Water-Towers* Images

# Bruce Munro

Home    About    Work    Exhibitions    News    Contact



## Water-Towers

Mixed media (optical fibre, PET bottles, light source, audio)

At the age of  21 Munro read a book called *The Gifts of Unknown Things* by Lyall Watson, a radical thinker operating on the margins of accepted science. In it Watson describes Tia, a young girl living on an island in the Indonesian archipelago who possesses the magical gift of seeing sounds in colour, a phenomenon known as Colour Synesthesia. Watson also claimed  the Earth has a natural pulse in the upper atmosphere, resonating at a rate of 69 beats per day. The pulse forms a deep note well below human powers of hearing. As a tribute to Watson, *Water-Towers* consists of 69 towers that change colour in response to the music emanating from within them. Each tower is about two meters tall and made from over 200 stacked water bottles illuminated by optic fibres. In their original formation the towers resembled enormous liquid batteries of light arranged in a maze formation. Music emanates from the towers; the soundtrack reflects the musical diversity of many nations.

The piece was originally created and exhibited in 2010 within the Cloisters of Salisbury Cathedral, Wiltshire in the UK.

































# Videos



### Salisbury Cathedral, Salisbury, UK 2010

Film produced by Butley Creek Films & Photography by Mark Pickthall

# Locations

 Bruce Munro: Light, Cheekwood Botanical Garden and Art Museum, Nashville, TN, USA. 24th May to 10th November 2013

 Bruce Munro: Light, Franklin Park Conservatory, Columbus, OH, USA. September 25th to March 30th 2014

 Bruce Munro: Light in the Garden, Atlanta Botanical Garden, Atlanta, GA, USA.

 Bruce Munro Light: Nicholas Conservatory and Gardens, USA

 Bruce Munro: Light, Longwood Gardens, Kennett Square, PA, USA. June 9th to September 25th 2012

 Bruce Munro: Winter Light, Waddesdon Manor, Buckinghamshire, UK. 13 November 2013 to 1 January 2014

 Bruce Munro: Sonoran Light at Desert Botanical Garden, Phoenix, AZ, USA.

 Bruce Munro: Light Shower and Water-Towers, Salisbury Cathedral, UK. December 2010 to February 2011

 Bruce Munro: Light, Hermitage Museum & Gardens, Norfolk VA, USA.

 Bruce Munro: Light at the Arboretum. Minnesota Landscape Arboretum, USA

## Our Studios

Long Knoll Barns
Cokers Lane
Kilmington
Wiltshire
BA12 7HU

## Contact Us

Email: info@brucemunro.co.uk
Tel: +44 (0)1985 845 228

## Follow Us



© 2020 Bruce Munro Studio   © 2020 Bruce Munro



**TAB 1-12**

## Exhibit B-11

## Munro Site – *Whizz Pops* Images

# Bruce Munro

Home   About   Work   Exhibitions   News   Contact



## Whizz Pops

Mixed media (acrylic, glass, steel, optical fibre, light source)

Whilst working in the studio Munro came across collection of materials that happened to have been left on a work bench together. What followed was a collusion of glass and acrylic that resulted in the basic premise of the piece. Munro then imagined the form repeated over, and over in close proximity to create a bubble-like mass. For the title of the piece, *Whizz Pops*, Munro drew inspiration from a literary source, as Roald Dahl's The BFG had been a favourite to read to his children.







Locations

Bruce Munro: Light, Longwood Gardens,
Kennett Square, PA, USA. June 9th to
September 25th 2012

Bruce Munro: Light, Franklin Park
Conservatory, Columbus, OH, USA.
September 25th to March 30th 2014

## Our Studios

Long Knoll Barns
Cokers Lane
Kilmington
Wiltshire
BA12 7HU

## Contact Us

Email: info@brucemunro.co.uk
Tel: +44 (0)1985 845 228

## Follow Us



© 2020 Bruce Munro Studio   © 2020 Bruce Munro



**TAB 1-13**

**<u>Exhibit C</u>**

**G-Light Alibaba Site 1**

**(selling replicas of Munro's *Forest of Light*™ and identifying *The Night Garden* as a reference account)**

Product Details | Company Profile | Report Suspicious Activity | Messages | Orders | Cart

Product Description | Project showcase | Company Information | FAQ | FAQ

Get the App | English - USD

Home > All Industries > Lights & Lighting > Professional Lighting > LED Fiber Optic Lights    Subscribe to Trade Alert

View larger image

Add to Compare    Share

## Hot sale cheap Bruce Munro style outdoor woods decoration fiber optic light

FOB **Reference** Price: Get Latest Price

>=1 Sets
**$1,200.00**

Lead Time:

| Quantity(Sets) | 1 - 10 | >10 |
|---|---|---|
| Est. Time(days) | 20 | Negotiable |

Customization: Customized logo (Min. Order: 50 Sets)
Customized packaging (Min. Order: 50 Sets) More

Samples: $1,200.00 /Sets | 1 Sets (Min. Order) Buy Samples

**Trade Assurance** protects your Alibaba.com orders

Payments: VISA | Online Bank Payment | T/T | Pay Later | WesternUnion WU | Boleto

Alibaba.com Logistics · Inspection Solutions · Production View · One-Stop Service

For product pricing, cu
other inquiries:

Contact S

Chat N

Verified Su

Zhongshan G-Lights L
Manufacturer, Trading
CN 5YRS 4.6
95.8% Response Rate
180,000+ for 100 Tra
97.9% On-time deliver

Contact Supplier
Chat Now
Browsing History

## Company highlights
View company profile >

Verified by Bureau Veritas

| Employees | R&D staffs | Patents |
|---|---|---|
| 51-100 | 1-4 | 1 |

Certifications (0)
-

## Overview

### Quick Details

| | | | |
|---|---|---|---|
| Place of Origin: | China | Brand Name: | G-Lights |
| Model Number: | FB-172 | Lamp Body Material: | PMMA |
| CRI (Ra>): | 80 | Input Voltage(V): | AC110-265V |
| Lamp Power(W): | 45 | Working Lifetime(H... | 50000 |
| Working Temperat... | -20 - 50 | Light Source: | LED |
| Item Type: | Fiber Optic Lights | Emitting Color: | Changeable |
| Size of Chandelier: | can be customized | Factor: | 0.95-0.99 |
| color: | single color or changeable | Material: | Pmma |
| Diameter of Fiber: | 0.75mm/1mm | Brand of Fiber: | Mitsubishi |
| Size: | H600,100pcs, with 3m cable | Brand: | G-lights |

### Supply Ability

Supply Ability: 10000 Piece/Pieces per Month

### Packaging & Delivery

Packaging Details: Netural Package, Customized design are available
Port: zhongshan/shenzhen/guangzhou

### You may like

Park lav
flower c
$1,200.
1 Set

outdoor
landsca
$700.0
1 Set

New sty
flower c
$1,200.
1 Set

Custom
lighting
$90.00
1 Set

Creative
custom
$5,000.
2 Sets

Christm
grand li
$1,200.
1 Set

6w RGB
tube ligl
$4.00 -
1 Piece

Hot salc
park ligl
$190.0
1 Piece

TOP



Hot Sale Cheap Bruce Munro Style Outdoor Woods Decoration Fiber Optic Light - Buy Led Fiber Optic Light,Led Fiber Optic Lamp,Fiber Optic Light Product on ...

Case 1:20-cv-20079-XXXX    Document 1-13    Entered on FLSD Docket 01/08/2020    Page 3 of 9

| Lead Time ⓘ : | Quantity(Sets) | 1 - 10 | >10 |
|---|---|---|---|
| | Est. Time(days) | 20 | To be negotiated |

**Project outdoor landscape light christmas decoration RGB Led garden light**

Product Description

### Event fiber optic flower lamp outdoor christmas street light decoration

### Specification

Light comes from engine, guided  to each acrylic stems and glass balls through fiber cables.
All the 50pcs lights have no electric charge themselves,so they are very safe and durable.

| Name | Fiber Optic Firefly |
|---|---|
| Model | FD-023 |
| Input Voltage | AC220V/110V |
| Power | 45W |
| Color | RGB |
| Control Mode | Remote/DMX |
| Height | Custom |
| Light Including | 100pcs lights+2 led engines |



Contact Supplier

Chat Now

Browsing History

### Application

Nice decorative lighting for events,holiday, outdoor and indoor.

### Product Projects show



Hot Sale Cheap Bruce Munro Style Outdoor Woods Decoration Fiber Optic Light - Buy Led Fiber Optic Light,Led Fiber Optic Lamp,Fiber Optic Light Product on ...

Case 1:20-cv-20079-XXXX    Document 1-13    Entered on FLSD Docket 01/08/2020    Page 4 of 9





Hot Sale Cheap Bruce Munro Style Outdoor Woods Decoration Fiber Optic Light - Buy Led Fiber Optic Light,Led Fiber Optic Lamp,Fiber Optic Light Product on ...

Case 1:20-cv-20079-XXXX    Document 1-13    Entered on FLSD Docket 01/08/2020    Page 5 of 9



**Fiber Optic Firefly Advantage**

1) The wholse set including led engine+fiber optic cables+acrylic stem and thick glass balls.
2) Stems and balls are not easy to broke ,one engine sharing 50pcs lights which makes whole set more durable than individual led ball lights.

Hot Sale Cheap Bruce Munro Style Outdoor Woods Decoration Fiber Optic Light - Buy Led Fiber Optic Light,Led Fiber Optic Lamp,Fiber Optic Light Product on ...

Case 1:20-cv-20079-XXXX    Document 1-13    Entered on FLSD Docket 01/08/2020    Page 6 of 9

**3) Led engine is IP65 waterproof, and other parts are IP68 , safe without any electricity.**

**G-lights Other Decorative Lights.**



*Send your inquiry details and click here for free samples*

Project showcase

## PROJECT SHOWCASE



### Night Garden Miami Landscape Light Project

This is customized fiber optic lights, projector, and 100w LED flood light use for Night Garden, Miami, USA

Company Information


Contact Supplier


Chat Now


Browsing History

Hot Sale Cheap Bruce Munro Style Outdoor Woods Decoration Fiber Optic Light - Buy Led Fiber Optic Light,Led Fiber Optic Lamp,Fiber Optic Light Product on ...

Case 1:20-cv-20079-XXXX    Document 1-13    Entered on FLSD Docket 01/08/2020    Page 7 of 9





Hot Sale Cheap Bruce Munro Style Outdoor Woods Decoration Fiber Optic Light - Buy Led Fiber Optic Light,Led Fiber Optic Lamp,Fiber Optic Light Product on ...

Case 1:20-cv-20079-XXXX    Document 1-13    Entered on FLSD Docket 01/08/2020    Page 8 of 9

## Certification

   

   

*Send your inquiry details and click here for free samples*

FAQ

## FAQ

**Q: Are you a manufacturer or a trading company?**
A: We are a manufacturer.

**Q: Where is your factory located? How can I visit there?**
A: We are located in Guzhen town, Zhongshan city, Guangzhou province, China.
After you arrive in Guangzhou International Airport, just take the shuttle bus from the airport to Guzhen town directly.
Or take 37mins comfortable train from Guangzhou South Railway Station to Guzhen Station.

**Q: Could I buy sample before place order?**
A: Yes, you could, just feel free to contact us.

**Q: Do you have store product? Or how soon I can get product?**
A: We do lighting project, we don't have store product usually, all product you get is newly manufacture after payment received.

**Q: How does your factory do regarding to quality control?**
A: We have related record to monitor IQC and QC, all lamps will have 24-72hrs aging test before packing and delivery.

**Q: Could you customized product for me?**
A: Yes, we could, please share us your detail requirement.

**Q: Why the product warranty is 2 years? I need to change the lamp after 2 years?**
A: The industrial standard warranty is 2 years.
And it doesn't mean the lamp life span is 2 years, it mean we will provide related after sales service freely during this 2 years.
The lamps could still work well after 2 years normally.

**Q: Why some supplier provide same product with lower price?**
A: As long as the company you contact is a manufacturer, good quality product should have same price level with us.

*Send your inquiry details and click here for free samples*

FAQ


Contact
Supplier


Chat Now


Browsing
History

**Send your message to this supplier**

To: Sunny Sun

*Message: Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

Quantity: 1 Acre/Acres

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours. **Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.

Send

**You may like**

Hot sale new style po...
$1,200.00 / Set
1 Set

Cheap Outdoor lands...
$1,200.00 / Set
1 Set

Hot sale low price wat...
$13.00 / Pieces
10 Pieces

Holiday decorative led...
$190.00 / Piece
1 Piece

Contact Supplier
Chat Now
Browsing History

Not exactly what you want? 1 request, multiple quotations Get Quotations Now >>

**Related Searches :**

fiber optic pool light
optical fibre light
dc optical lights
fiber optics light show suppliers
light illumination decoration kit
60 illuminated suppliers
shower optic fiber light
illumin diy suppliers
fiber optic lighting animal decoration
led and fiber optic fashion suppliers
fiber optic pendant lighting
basic colours light suppliers
fiber optic led curtain
fiber optic car 12v
fibre optical rgb

**Similar products in other categories:**

Lights & Lighting > Professional Lighting > Fiber Optic Lights (153288166)

Available on the APP Store
Available on the Google Play

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada | Taobao Taiwan

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2019 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091

Messenger

TOP



**TAB 1-14**

**Exhibit D**

**G-Light Alibaba Site 2**

**(selling replicas of Munro's *Fireflies*)**

Garden park holiday events decorative plants light outdoor fiber optic flower lamp - Buy Outdoor Fiber Optic Light,Outdoor Fiber Optic,Decorative Plants Product on Alibaba.com    12/31/19, 4:45 PM



## MENU

English · USD

Categories

Cart

Products ▾ | What are you looking for...

Home > All Industries > Lights & Lighting > Professional Lighting > LED Fiber Optic Lights    ✉ Subscribe to Trade Alert

Garden park holiday events decorative plants light outdoor fiber optic flower lamp

>=1 Sets
**$1,200.00**

Emitting Color:    White

| Lead Time: | Quantity(Sets) | 1 - 10 | >10 |
|---|---|---|---|
| | Est. Time(days) | 20 | Negotiable |

Customization:    Customized logo (Min. Order: 50 Sets)
Customized packaging (Min. Order: 50 Sets) More ▾

Samples:    $1,200.00 /Sets   1 Sets (Min. Order)   ⊕ Buy Samples

🛡 **Trade Assurance** protects your Alibaba.com orders

Payments: VISA ●● Online Bank Payment T/T Pay Later WesternUnion WU ▦

Alibaba.com Logistics · Inspection Solutions · Production View · One-Stop Service

🔍 View larger image

☐ Add to Compare   ⬆ Share

For product pricing, customization other inquiries:

✉ Contact Supplier

💬 Chat Now

**Verified** Supplier

<u>Zhongshan G-Lights Lighting F...</u>
Manufacturer, Trading Company

🇨🇳 CN   5YRS   🏅 4.6 ★   ◆◆◆◆◆

96% Response Rate

180,000+ for 100 Transactions

97.9% On-time delivery rate

## Frequently bought together



Outdoor waterproof ip65 2
40 60 watt Intelligent all in
**$29.07 - $39.25**
1 Piece (MOQ)

High brightness outdoor
lighting IP65 waterproof...
**$33.70 - $58.20**
1 Piece (MOQ)

Northern Europe modern
decorative customized led
**$5,000.00**
2 Pieces (MOQ)

Customized Hotel Lobby
Decoration light big...
**$500.00 - $5,000.0**
2 Pieces (MOQ)

IP66 Waterproof outdoor
smd Aluminum white...
**$38.52 - $66.60**
1 Piece (MOQ)

## Company highlights   View company profile >







1 / 10

**Verified** by Bureau Veritas ⓘ

| Employees | R&D staffs | Patents |
|---|---|---|
| **51-100** | **1-4** | **1** |

Certifications (0)
-

Garden park holiday events decorative plants light outdoor fiber optic flower lamp - Buy Outdoor fiber optic flower lamp, Outdoor decorative fiber optic light, Outdoor light Product on Alibaba.com 2/6/20, 11:45 PM



| Product Details | Company Profile | | | | | |
|---|---|---|---|---|---|---|

Report Suspicious Activity

Product Description   Project showcase   Packaging & Shipping   Company Information   Certifications   FAQ

## Overview

**Quick Details**

| | |
|---|---|
| Place of Origin: | Guangdong, China |
| Brand Name: | G-Lights |
| Model Number: | FB-161 |
| Lamp Body Material: | PMMA |
| CRI (Ra>): | 80 |
| Input Voltage(V): | AC85-265V |
| Lamp Power(W): | 45 |
| Warranty(Year): | 3-YEAR |
| Working Lifetime(H... | 50000 |
| Working Temperatu... | -20 - 50 |
| Certification: | ce, RoHS/ce |
| Light Source: | LED |
| Lighting solutions s... | Lighting and circuitry design, Project Installation |
| Luminous Efficacy(... | 80 |
| Item Type: | Fiber Optic Lights |
| Emitting Color: | Changeable |
| Item type: | Fiber optic light |
| Size: | H600mm |
| voltage: | AC85-265v |
| Lumen Efficiency: | 100lm/w |
| color: | single color or changeable |
| Brand: | G-lights |
| Control: | Remote/DMX |

**Supply Ability**

| | |
|---|---|
| Supply Ability: | 10000 Piece/Pieces per Month |

**Packaging & Delivery**

| | |
|---|---|
| Packaging Details | Netural Package, Customer design are available |
| Port | zhongshan/shenzhen/guangzhou |

| Lead Time ⑦: | Quantity(Sets) | 1 - 10 | >10 |
|---|---|---|---|
| | Est. Time(days) | 20 | To be negotiated |

### Garden park holiday events decorative plants light outdoor fiber optic flower lamp

Product Description

## What Is The Details Of Our Light ?

### Fiber optic flower light description

Name: Fiber optic lighting

Dimension: H600mm

Fiber cable length of each light: 3 meter Flower QTY: 100pcs/set

Lights source: 2pcs 45w LED light engine Quantity for each engine: 50PCC

Input voltage: AC85-265V

IP Rate: IP65

Color: Single/RGB
Material: fiber optic cable, acrylic, glass, aluminum
Fiber cable type: side glow,
Application: outdoor and indoor, like garden, hotel, park, plaza, mall, etc.

**Fiber optic outdoor lighting display**

*Send your inquiry details and click here for free samples*



Garden park holiday events DIY 2700 fiber optic light product micro Optics outdoor Fiber optic Outdoor Light Product 12/07/19, 4:45 PM





*Send your inquiry details and click here for free samples*

**Feature**

1.Beautiful and Various colors
2.Versatility
3.Light decoration
4.Cheap and convinience
5.Non-conductive
6.Water resistant and Flexible
7.Strong Corrosion resisting
8.Electric insulativity and Fire retardance
9.Age resistance
10.High quality and Durability

*Send your inquiry details and click here for free samples*

**Other fiber optic light products**



*Send your inquiry details and click here for free samples*

Project showcase



**PROJECT SHOWCASE**

G-Lights



## Fiber optic light Project

**Time:** April, 2019

**Location:** Toronto, Canada

**Products:** Fiber optic light （FB-161)

**Description:** This is a project for outdoor land-
scape decoration. The flower mix with the trees
looks amazing! Looks like firefly in the air.

Packaging & Shipping

Standard export packing, for express, sea freight, air freight, railway transport, etc.



*Send your inquiry details and click here for free samples*

Company Information

Since 2006, we, Zhongshan G-Lights lighting factory has been concentrating on LED lighting project, making progress in research, production, installation, sales and after-sales. We locate on lighting capital of the world, Guzhen town, Zhongshan city in China.

Our main products are LED outdoor project lighting and fiber optic lighting application. Project lighting we produce such as flood light, wall washer light, street light, digital tube light, underground light, high bay light, etc. Fiber optic lighting we provide are chandelier, star effect lighting, reef lighting, and other decorative lighting.

OEM/ODM service is available, or share us your product requirement, we could customize product even in low MOQ. Please feel free to contact us!

Garden Park Holiday Events Document 1-14 Office Lighting ... FLSD Docket Product Prod. 1/08/2020.com 2/07/14:45 PM





Garden Park Holiday Events & Plants Night Outdoor Theme Light Optic Fiber Decoration Led Downlight - Buy ...alibaba.com



Garden Park Holiday Events G-2007 Plant Light Outdoor Hemp Ball Optical Fiber Dropping Led Down Products - Buy ... https://www.alibaba.com... 4:45 PM



*Send your inquiry details and click here for free samples*

**Exhibition**

G-Lights keeps showing new product to customers in annually lighting exhibition, such as below exhibitions:

Guangzhou International Lighting Exhibition
Hong Kong International Lighting Fair
China (Guzhen) International Lighting Fair

And oversea exhibitions such as in Dubai, Indonesia, Thailand, Russia, etc, will keep updates in our website.







*Send your inquiry details and click here for free samples*

Certifications

Each G-Lights product deserve the approval certifications. More certification will get approval as market development is in sound progress.



*Send your inquiry details and click here for free samples*

FAQ

Garden Park holiday events Xigh Quotely...dofib12 OptecampingdplanetCloud-oad-017/06/2020 com Wednesday, 2019 December 9 Plans Xi..., 4:45 PM



## FAQ

**Q: Are you a manufacturer or a trading company?**
A: We are a manufacturer.

**Q: Where is your factory located? How can I visit there?**
A: We are located in Guzhen town, Zhongshan city, Guangzhou province, China.
After you arrive in Guangzhou International Airport, just take the shuttle bus from the airport to Guzhen town directly.
Or take 37mins comfortable train from Guangzhou South Railway Station to Guzhen Station.

**Q: Could I buy sample before place order?**
A: Yes, you could, just feel free to contact us.

**Q: Do you have store product? Or how soon I can get product?**
A: We do lighting project, we don't have store product usually, all product you get is newly manufacturer after payment received.

**Q: How does your factory do regarding to quality control?**
A: We have related record to monitor IQC and QC, all lamps will have 24-72hrs aging test before packing and delivery.

**Q: Could you customized product for me?**
A: Yes, we could, please share us your detail requirement.

**Q: Why the product warranty is 2 years? I need to change the lamp after 2 years?**
A: The industrial standard warranty is 2 years.
And it doesn't mean the lamp life span is 2 years, it mean we will provide related after sales service freely during this 2 years.
The lamps could still work well after 2 years normally.

**Q: Why some supplier provide same product with lower price?**
A: As long as the company you contact is a manufacturer, good quality product should have same price level with us.

*Send your inquiry details and click here for free samples*

---

**Send your message to this supplier**

To: Sunny Sun

*Message:

Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

Quantity: 1    Acre/Acres

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours.  **RFQ** **Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.

**Send**



## Supplier's popular products



New design ip65 outdoor. waterproof 40w 60w all in

**Ready to Ship**

$33.33 - $45.00

10 Pieces *(MOQ)*



IP66 Waterproof Outdoor. SMD 25w 40w 60w 100w

**Ready to Ship**

$17.04 - $23.00

2 Pieces *(MOQ)*



G-Lights Hot selling customized hotel...

$5,000.00

2 Pieces *(MOQ)*



Energy saving waterproof ip65 outdoor 60w 80w

**Ready to Ship**

$19.26 - $26.00

10 Pieces *(MOQ)*



Modern fashion Indoor Cheap customized hotel...

$5,000.00

2 Pieces *(MOQ)*

## You may also like

Holiday decorative led acrylic ball fiber optic art...

$190.00

1 Piece *(MOQ)*

Hot sale new style popula decoration Outdoor...

$1,200.00

1 Set *(MOQ)*

Hot sale cheap Bruce Munro style outdoor wood

$1,200.00

1 Set *(MOQ)*

Wholesale low price new style Fiber optic reed lamp

$1,200.00

1 Set *(MOQ)*

Exquisite Design For LED Fiber Optic Kit Swimming...

$700.00 - $800.00

1 Piece *(MOQ)*

Not exactly what you want? 1 request, multiple quotations  Get Quotations Now >>

### Related Searches :

lights kid

decorative lighting part

park lighting

### Similar products in other categories:

Lights & Lighting  >  Professional Lighting  >  Fiber Optic Lights  (153288166)

 

🌐 Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - 한국 - Русский - 한국어 - 日本語 - العربية - עברית - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada | Taobao Taiwan

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2019 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号   浙B2-20120091

Messenger

**TAB 1-15**

# **Exhibit E**

## **G-Light Alibaba Site 3**

## **(selling replicas of Munro's *Water-Towers*)**

Fiber Optic Setting Outdoor Project, Public Lighting, Holiday Lighting - Buy Led Fiber Optic Lighting,Led Fiber Optic Lights,Fiber Optic Lights Product on Alibaba.com 1/8/2020, 11:40 AM




MENU



English · USD ⌄

Cart

☰ Categories

Products ⌄ | What are you looking for... | 🔍 | NEW

Home > All Industries > Lights & Lighting > Professional Lighting > LED Fiber Optic Lights   ✉ Subscribe to Trade Alert



glightsled.en.alibaba.com

🔍 View larger image



☐ Add to Compare   📤 Share

### Fiber optic lighting outdoor project, public lighting, holiday lighting

FOB **Reference** Price: <u>Get Latest Price</u>

**$1,000.00 - $1,001.00** / Sets | **1 Set/Sets** (Min. Order)

Shipping:    **Support Sea freight**

🏅 **Trade Assurance** protects your Alibaba.com orders

Payments: VISA ● Online Bank Payment T/T Pay Later WesternUnion WU 汇丰银行

Alibaba.com Logistics | Inspection Solutions | Production View | One-Stop Service

For product pricing, customization
other inquiries:

✉ **Contact Supplier**

🗨 Chat Now



<u>Zhongshan G-Lights Lighting F...</u>
Manufacturer, Trading Company

🇨🇳 CN | 5 YRS | 🏅 4.6 ★ | ♥ ♥ ♥

**95.8%** Response Rate

**180,000+** for **100** Transactions

**97.9%** On-time delivery rate

## Frequently bought together



Waterproof programmable
led digital tube full color...
**$4.50 - $8.00**
1 Piece (MOQ)



CE Rohs approved full col
9w DMX RGB led digital...
**$4.00 - $5.00**
1 Piece (MOQ)

Hot selling RGB SMD5050
programmable DMX IP65.
**$3.00 - $4.00**
500 Pieces (MOQ)

10M Mini Outdoor
Decoration Holiday Led...
**$2.50 - $5.00**
1 Roll (MOQ)



Cheap price High quality 3w
DMX RGB led color...
**$3.50 - $5.00**
100 Pieces (MOQ)

## Company highlights  View company profile >

▶ Verified by Bureau Veritas ⓘ

| Employees | R&D staffs | Patents |
|---|---|---|
| **51-100** | **1-4** | **1** |

Certifications (0)
-

Fiber Optic Lighting outdoor public building fiber optic lighting - Buy fiber optic lighting,outdoor fiber optic lighting... 12/30/19, 11:40 AM



**Product Details** | Company Profile

Report Suspicious Activity

Product Description    Packaging & Shipping    Certifications    Our Services    Company Information

## Overview

**Quick Details**

| | |
|---|---|
| Place of Origin: | Guangdong, China |
| Brand Name: | G-Lights |
| Model Number: | FB-179 |
| IP Rating: | Ip33 |
| Lamp Body Material: | Stainless Steel |
| CRI (Ra>): | 80 |
| Input Voltage(V): | 90-260 |
| Lamp Power(W): | 45 |
| Working Lifetime(H... | 50000 |
| Working Temperatu... | -30 - 50 |
| Certification: | EMC, LVD, ce, RoHS |
| Light Source: | LED |
| Lamp Type: | Contemporary |
| Lamp Size: | D1100*H2000mm |
| Fiber Optic Type: | Bare Type |
| Fiber Optic Size: | D0.75MM/1MM/1.5MM |
| Fiber Optic Brand: | G-Lights/Mitsubishi |
| Engine: | 16W/45W/90W LED |
| Emitting Color: | Single Color/RGB, Changeable |
| Fitting: | Acrylic Ball+Steel Pole |
| Packing: | Wooden packing for the light(no need fumigation) |
| Application: | Park, hotel, garden, public place, etc. |
| Item Type: | Fiber Optic Lights |
| Lamp Luminous Fl... | 4000 |
| Color Temperature(... | PURE WHITE |
| Lamp Luminous Effi... | 90 |

**Supply Ability**

| | |
|---|---|
| Supply Ability: | 1000 Set/Sets per Month fiber optic lights for sale any size and design is available |

**Packaging & Delivery**

| | |
|---|---|
| Packaging Details | Packing: standard export package.<br>Lamp: wooden box<br>Engine: carton |
| Port | Zhongshan Shenzhen Guangzhou |

# Fiber Optic Lighting

--G-Lights

Product Description

Materials: PMMA(fiber optic)+Aluminum(engine)
**Input voltage:** AC85V-265V
Power:45Watt

Light colors: **Single Color/ RGB**

Holder Size:   D1100*H2000mm

Warranty: 2 years for engine, 8 year for fiber optic cable

**Suitable for: Garden, Park, Forest,Hotel, Mall, etc**

Easy installation and maintenance.



Fiber Optic Lighting Outdoor Public Lighting Decorating Lamp Light - Buy Public Lighting,Decorating Lamp Light,Fiber Optic Lighting Outdoor ... 5/30/19, 11:40 AM



**Detail material of fiber optic light for outdoor garden**

1. Light engine:
     we have several light egnines of your optional
     1). RGB LED light engine

Fiber Optic Lighting Outdoor 2019 Sparkling Xmas Hanging Globe Lighting-Plastic Light-Product Lighting-Global Docket 01/08/2020...com

2). 7 colors LED light engine
3). White color only LED light engine
4). Twinkle colors LED light engine

2. Fiber optic:
Rolls of the fiber optic can be cut in different length according to your actual use.
The Advantage & Unique Features of Fiber optic:

1). Flexibility
2). Durability
3). UV & IR Control
4). Color Changing
5). Sparking Animation
6). Low Maintenance and energy saver
7). Weatherproof

3. End piece
We have crystal end piece, ceiling end piece, plastic end piece, you can choose different end piece for different use.

4. Others
Like galss, acrylic, plastic, screw, etc part.

**More designs for outdoor**



Packaging & Shipping

Well packed in standard export carton and wooden box. Loaded in container or bulk by shipping, railway transportation and air transportation are available.

Exactly quantity for container or other vehicle will be checked after confirming.

OEM service is availble, pleaes contact us.



Certifications

Fiber Optic Lighting Outdoor Public Building Lighting - Optic Lighting Public - Global Sources.com 3/2/19, 11:40 AM



**Our Services**

1.Your inquiry related to our products or prices will be replied in 24hrs.

2.Well-trained and experienced staffs to answer all your enquires in fluent English

3.OEM&ODM, any your customized lightings we can help you to design and put into product.

4.Distributoership are offered for your unique design and some our current models.

5.Protection of your sales area, ideas of design and all your private information.

**Company Information**



Fiber Optic Lighting Outdoor Project,Swimming Pool Lighting,Fiber Optic Light - Buy Fiber Optic Lighting Outdoor,Swimming Pool Lighting,Fiber Optic Light Product on Alibaba.com     9/2/19, 11:40 AM



## Expositions help us approach you!

Guangzhou International lighting exhibition

Hong Kong International lighting fair

China (Guzhen) International Lighting Fair

Above three are what we usually join, more Chinese and oversea fairs will attend.

**If you go any lighting fair, contact us, let's face to face!!!**



Fiber Optic Lighting Outdoor Product Public Lighting Holiday Lighting - Lighting-Lighting-Holiday Lighting-Product Guide,08/2020.com 1/1/2019 11:40 AM



Contact us

Fiber Optic Lighting Outdoor Pool Kids Xgoning,Hanging Lighting Lights Lighting Lighting Fixtures,Ceiling,Table Light OEM custonmiz6A/2024.com



## Contact Information

Contact: Eric Ou
Mobile: +0086 18933340586
Tel: +0086 760-87520676
Fax: +0086 790-89867598
Email: s8002@glights.cn
Address: No.9 Dongyu Road, Shuncheng Industrial Area,Guzhen Town, Zhongshan City, Guangdong Province,China

G-Lights

### Send your message to this supplier

To: Sunny Sun

*Message: [Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.]

For better quotations, include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

Quantity: 1    Acre/Acres

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours. **RFQ Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.

**Send**

## Supplier's popular products

    

New design ip65 outdoor. waterproof 40w 60w all in
Ready to Ship
**$33.33 - $45.00**
10 Pieces (MOQ)

IP66 Waterproof Outdoor. SMD 25w 40w 60w 100w
Ready to Ship
**$17.04 - $23.00**
2 Pieces (MOQ)

G-Lights Hot selling customized hotel...
**$5,000.00**
2 Pieces (MOQ)

Energy saving waterproof ip65 outdoor 60w 80w
Ready to Ship
**$19.26 - $26.00**
10 Pieces (MOQ)

Modern fashion Indoor Cheap customized hotel...
**$5,000.00**
2 Pieces (MOQ)

## You may also like

Case 1:20-cv-20079-XXXX Document 1-15 Entered on FLSD Docket 01/08/2020 Page 13 of 12









| Outdoor fiber optic lighting for pool and fountain... | New Coming Natural Desi Outdoor Decorative... | Hot sale Decoration Outdoor lawn Plastic side | New style hot sale cheap Modern Design Decorative | Hot sale cheap outdoor holiday landscape... |
|---|---|---|---|---|
| **$590.00 - $650.00** | **$11.60 - $15.00** | **$1,200.00** | **$145.00** | **$6.00 - $8.00** |
| 1 Set (MOQ) | 1 Set (MOQ) | 1 Set (MOQ) | 1 Piece (MOQ) | 100 Pieces (MOQ) |

Not exactly what you want? 1 request, multiple quotations    Get Quotations Now >>

### Related Searches :

| | | |
|---|---|---|
| fiber optic light illumination suppliers | optical fiber lighting cable suppliers | light engine fiber suppliers |
| glass fiber optic lighting | mini light engine | led optic fiber |
| rgb led fiber optic lighting kit | outdoor led fiber optic kits | |
| fiber optic light decor suppliers | fiber optic light ceil suppliers | ceiling star light kit suppliers |
| plastic and fiber product | optic lights price | side light fiber optic |
| 6 colors fiber optic light engine | fiber optics fiber engine | |
| led fiber optic light suppliers | fiber optic light instal suppliers | optical fiber lighting. |
| led optic fiber light | mayki lighting | led end light pmma fiber optic for illumination |
| fiber light stairs | led fiber optic light engine 16w rgb color | |

### Similar products in other categories:

Lights & Lighting  >  Professional Lighting  >  Fiber Optic Lights  (153288166)









 

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية - עברית - ไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada | Taobao | Taobao Taiwan

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2019 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号  浙B2-20120091

Messenger



**TAB 1-16**

## <u>Exhibit F</u>

## G-Light Alibaba Site 4

## (selling replicas of Munro's *Brass Monkeys*)

Holiday decorative led acrylic ball fiber optic art lighting in garden - Buy led acrylic ball lighting,fiber optic art lighting,decorative lighting Product on Alibaba.com   12/30/19, 4:42 PM

Case 1:20-cv-26079-XXXX   Document 1-16   Entered on FLSD Docket 01/08/2020   Page 2 of 12



Products ⌄   What are you looking for...   🔍 Search   Sign In / Join Free   Messages   Orders   Cart

Home > All Industries > Lights & Lighting > Professional Lighting > LED Fiber Optic Lights   📧 Subscribe to Trade Alert




glightsled.en.alibaba.com

🔍 View larger image

□ Add to Compare   ⇪ Share

### Holiday decorative led acrylic ball fiber optic art lighting in garden

>=1 Pieces
**$190.00**

| Emitting Color: | RGB |
|---|---|

Lead Time:

| Quantity(Pieces) | 1 - 1000 | >1000 |
|---|---|---|
| Est. Time(days) | 15 | Negotiable |

Customization: Customized logo (Min. Order: 500 Pieces)
Customized packaging (Min. Order: 500 Pieces) More ⌄

Samples: $190.00 /Pieces   1 Pieces (Min. Order)   🛒 Buy Samples

🛡 **Trade Assurance** protects your Alibaba.com orders

Payments: VISA 🏧 Online Bank Payment T/T Pay Later WesternUnion WU 🏦

Alibaba.com Logistics · Inspection Solutions · Production View · One-Stop Service

For product pricing, customization or other inquiries:



✉ Contact Supplier

💬 Chat Now

✔Verified Supplier

**Zhongshan G-Lights Lighting Fa...**
Manufacturer, Trading Company
🇨🇳 CN   5YRS   🏅 4.6 ★   ❤❤❤❤

96% Response Rate
180,000+ for 100 Transactions
97.9% On-time delivery rate

---

### Frequently bought together






| LED flower light project | High lumens waterproof ip65 outdoor smd... | Evergy saving cob aluminum ip65 outdoor... | Garden decoration Romantic Color changing. | Wedding christmas decorating artificial led... |
|---|---|---|---|---|
| $2.00 - $3.00 | $24.44 - $42.20 | $61.67 - $106.60 | $7.00 - $10.00 | $2.00 - $2.20 |
| 100 Pieces (MOQ) | 10 Pieces (MOQ) | 1 Piece (MOQ) | 1000 Pieces (MOQ) | 100 Pieces (MOQ) |

---

### Company highlights   View company profile >





1 / 10

✔Verified by Bureau Veritas ⓘ

| Employees | R&D staffs | Patents |
|---|---|---|
| **51-100** | **1-4** | **1** |

Certifications (0)
-

---

**Product Details**   Company Profile   Report Suspicious Activity

Product Description   Packaging & Shipping   Our Services   Company Information   FAQ   FAQ

## Overview

**Quick Details**

| | |
|---|---|
| Place of Origin: | China |
| Brand Name: | G-Lights |
| Model Number: | FB-183 |
| CRI (Ra>): | 80 |
| Input Voltage(V): | 90-260 |
| Lamp Power(W): | 45 |
| Working Lifetime(H... | 50000 |
| Working Temperatu... | -30 - 50 |
| Light Source: | LED |
| Product name: | Holiday decorative led acrylic ball fiber optic art lighting in gar... |
| Item Type: | Fiber Optic Lights |
| Certification: | RoHS/ce |
| Lamp Body Material: | Stainless Steel |
| Lamp Size: | D500mm |
| Lamp Type: | Contemporary |
| Fiber Optic Type: | Bare Type |
| Emitting Color: | Single Color/RGB |
| Fitting: | Acrylic Ball+Steel Pole |
| Packing: | Wooden packing for the light(no need fumigation) |

**Supply Ability**

| | |
|---|---|
| Supply Ability: | 1000 Set/Sets per Week fiber optic lights for sale any size and design is available |

**Packaging & Delivery**

| | |
|---|---|
| Packaging Details | Packing: standard export package.<br>Lamp: wooden box<br>Engine: carton<br>Engine: carton |
| Port | Zhongshan Shenzhen Guangzhou |

Lead Time ⓘ

| Quantity(Pieces) | 1 - 1000 | >1000 |
|---|---|---|
| Est. Time(days) | 15 | To be negotiated |

## Holiday decorative led acrylic ball fiber optic art lighting in garden

Product Description

Materials: PMMA(fiber optic)+Aluminum(engine)

**Input voltage: AC85V-265V**

Power:45Watt

Light colors: **Single Color/ RGB**

Holder Size: D500mm

Quantity: 1ball/set, 10ball/set, or DIY

Warranty: 2 years for engine, 8 year for fiber optic cable

**Suitable for: Garden, Park, Forest,Hotel, Mall, etc**

Easy installation and maintenance.

*Send your inquiry details and click here for free samples*

Holiday decorative led acrylic 20 Fiber Optic Art Luminaria dandelion Light, Fiber Optic Light Art - Alibaba.com · 2/07/12 4:42 PM





*Send your inquiry details and click here for free samples*

**Detail material of fiber optic light for outdoor garden**

1. Light engine:
    we have several light egnines of your optional
    1). RGB LED light engine
    2). 7 colors LED light engine
    3). White color only LED light engine
    4). Twinkle colors LED light engine

2. Fiber optic:
    Rolls of the fiber optic can be cut in different length according to your actual use.
    The Advantage & Unique Features of Fiber optic:
    1). Flexibility
    2). Durability
    3). UV & IR Control
    4). Color Changing
    5). Sparking Animation
    6). Low Maintenance and energy saver
    7). Weatherproof

3. End piece
    We have crystal end piece, ceiling end piece, plastic end piece, you can choose
    different end piece for different use.

4. Others
    Like galss, acrylic, plastic, screw, etc part.

**How to install the fiber optic lighting in the open air? - See the below simple sketch**



*Send your inquiry details and click here for free samples*

**More designs for outdoor**





**Send your inquiry details and click here for free samples**

Packaging & Shipping

Well packed in standard export carton and wooden box. Loaded in container or bulk by shipping, railway transportation and air transportation are available.

Exactly quantity for container or other vehicle will be checked after confirming.

OEM service is availble, pleaes contact us.

Holiday Decorative Led Acrylic Bird Fiber Optic Art Light - Buy Art Light,Fiber Optic Light,Art Light Product on Alibaba.com

Case 1:20-cv-26079-XXXX   Document 1-16   Entered on FLSD Docket 01/08/2020   Page 8 of 12

3/31/19, 4:42 PM



*Send your inquiry details and click here for free samples*

Our Services

1.Your inquiry related to our products or prices will be replied in 24hrs.

2.Well-trained and experienced staffs to answer all your enquires in fluent English

3.OEM&ODM, any your customized lightings we can help you to design and put into product.

4.Distributoership are offered for your unique design and some our current models.

5.Protection of your sales area, ideas of design and all your private information.

*Send your inquiry details and click here for free samples*

Company Information

Holiday decorative led acrylic ball fiber optic art Light material china, Fiber optic Light art - Buying Docket Products - alibaba.com 12/30/19, 4:42 PM



## Expositions help us approach you!

Guangzhou International lighting exhibition

Hong Kong International lighting fair

China (Guzhen) International Lighting Fair

Above three are what we usually join, more Chinese and oversea fairs will attend.

**If you go any lighting fair, contact us, let's face to face!!!**





*Send your inquiry details and click here for free samples*

FAQ

# FAQ

**Q: Are you a manufacturer or a trading company?**
A: We are a manufacturer.

**Q: Where is your factory located? How can I visit there?**
A: We are located in Guzhen town, Zhongshan city, Guangzhou province, China.
After you arrive in Guangzhou International Airport, just take the shuttle bus from the airport to Guzhen town directly.
Or take 37mins comfortable train from Guangzhou South Railway Station to Guzhen Station.

**Q: Could I buy sample before place order?**
A: Yes, you could, just feel free to contact us.

**Q: Do you have store product? Or how soon I can get product?**
A: We do lighting project, we don't have store product usually, all product you get is newly manufacturer after payment received.

**Q: How does your factory do regarding to quality control?**
A: We have related record to monitor IQC and QC, all lamps will have 24-72hrs aging test before packing and delivery.

**Q: Could you customized product for me?**
A: Yes, we could, please share us your detail requirement.

**Q: Why the product warranty is 2 years? I need to change the lamp after 2 years?**
A: The industrial standard warranty is 2 years.
And it doesn't mean the lamp life span is 2 years, it mean we will provide related after sales service freely during this 2 years.
The lamps could still work well after 2 years normally.

**Q: Why some supplier provide same product with lower price?**
A: As long as the company you contact is a manufacturer, good quality product should have same price level with us.

*Send your inquiry details and click here for free sample*

FAQ

---

**Send your message to the supplier**

To: Sunny Sun

*Message:

> Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

> For better quotations, include:
> - A self introduction
> - Special requests, if any

Your message must be between 20-8000 characters

Quantity: 1    Acre/Acres

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours.   RFQ **Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.

Send

## Supplier's popular products

    

| | | | | |
|---|---|---|---|---|
| New design ip65 outdoor.. waterproof 40w 60w all in | IP66 Waterproof Outdoor.. SMD 25w 40w 60w 100w | G-Lights Hot selling customized hotel... | Energy saving waterproof ip65 outdoor 60w 80w | Modern fashion Indoor Cheap customized hotel... |
| Ready to Ship | Ready to Ship | $5,000.00 | Ready to Ship | $5,000.00 |
| $33.33 - $45.00 | $17.04 - $23.00 | 2 Pieces (MOQ) | $19.26 - $26.00 | 2 Pieces (MOQ) |
| 10 Pieces (MOQ) | 2 Pieces (MOQ) | | 10 Pieces (MOQ) | |

## You may also like

    

| | | | | |
|---|---|---|---|---|
| Made in china Fiber optic light festival decoration... | Wholesale low price Garde outdoor christmas... | Garden park holiday event decorative plants light... | New Design Outdoor Fibe Optic Outdoor Decorative. | Hot sale cheap Bruce Munro style outdoor wood... |
| $1,200.00 | $1,200.00 | $1,200.00 | $190.00 | $1,200.00 |
| 1 Piece (MOQ) | 1 Set (MOQ) | 1 Set (MOQ) | 1 Piece (MOQ) | 1 Set (MOQ) |

Not exactly what you want? 1 request, multiple quotations **Get Quotations Now >>**

### Related Searches :

| | | |
|---|---|---|
| merced engine light suppliers | fibre optic lighting engines suppliers | kind illumin suppliers |
| fiber optic light engine | fiber optic art | fiber optic lighting china |
| fiber optic festival lights | fiber optic flower | |
| fiber light board suppliers | clear fiber light bar suppliers | 2 illumin suppliers |
| led fiber optical lighting | be optics | 100 cotton fiber optic |
| rgb fiber optic led | optic fiber lighting kits | |
| illuminations fibers suppliers | light optic work suppliers | optic ltd |
| optic top | fiber optics designs | fiber optic lights for costumes |
| 100w light engine | fiber optics natural light | |

### Similar products in other categories:

Lights & Lighting  >  Professional Lighting  >  Fiber Optic Lights  (153288166)

   

 Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - िह�ी - Русский - 한국어 - 日本語 - اللغة العربية - תירִבע - Türk - Nederlands - tiếng Việt - Indonesian - תירִבע

AliExpress | 1688.com | Taobao Global | Alipay | Lazada | Taobao Taiwan

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

 © 1999-2019 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-20120091

Messenger

**TAB 1-17**

<u>**Exhibit G**</u>

**G-Light's Homepage**

**(displaying an image of Munro's *Whizz Pops* and selling replicas of Munro's *Forest of Light*™)**

Offer Fiber Optic Lighting,Led Outdoor Light,Led Project Light,Led Underwater Light,Led China Wholesaler 1/2/24, 7:38 PM

Chinese Leading Manufacturer of Fiber Optic Light,Led Outdoor Light,Led Project Light,LED…



## ZHONGSHAN G-LIGHTS LIGHTING CO., LTD.

| Home | Products | About Us | News | Video | Contact | Send Inquiry |



Fiber optic lighting makes outdoor landscape project nice and different.

Save 80% warranty L…

# Hot Products



Jellyfish Fiber Optic Light In Landscape …



Party And Event Fiber Optic Decorative …



Firefly Design LED Fiber Optic Lighting



Decorative Fib…









Offer Fiber Optic Lighting,Led Projector Lights,Led Project Lighting,Landscape Light,fiber Optic Umbrella Star    1/2/24, 7:38 PM

Night Yard Landscape Decorative LED …    Color Changing LED Fairy Tale Flower …    Hall decoration led fiber optic chandelie…    Avatar Movie B





## Send Inquiry

Subject:

Content:

**Email:**

s8006@glights.cn

**Send Inquiry**

Ms. Elena Wu

Tel:86-760-88755978

Fax:86-760-87999898

Mobile Phone:+8617820129818

Email:s8006@glights.cn

Address:NO.3 Dongyi Road, Luosha Industrial Area, Haizhou, Guzhen Town, Zhongshan City, Guangdong Province, China, Zhongshan, Guangdong

## Related Products List

Outdoor LED Project Lighting    Fiber Optic Lighting    Project Lighting Consultant    Landscape Lighting Solution    Solar Street Light
Customize Chandelier    Outdoor Led Point Light    Outdoor Led Street Light

Home    Products    About Us    News    Contact    Tags    Index    Sitemap

Copyright © 2020 ZHONGSHAN G-LIGHTS LIGHTING CO., LTD. All rights reserved. Privacy Policy    Powered by    FOSSGOO

Fiber Optic Light manufacturer / supplier, offering Led