# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

CASE NO: 22-10450-F

BRUCE MUNRO and BRUCE MUNRO LTD.,

Plaintiffs-Appellants,

v.

FAIRCHILD TROPICAL BOTANIC GARDEN, INC.,
*et al.*,

Defendants-Appellees.

---

ON APPEAL FROM THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:20-cv-20079-AHS

---

## **APPELLEES' BILL OF COSTS**

SHULLMAN FUGATE PLLC
Deanna K. Shullman
Florida Bar No. 514462
Allison S. Lovelady
Florida Bar No. 70662
2101 Vista Parkway, Suite 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
Email: dshullman@shullmanfugate.com
Email: alovelady@shullmanfugate.com
*Attorneys for Appellees*

# APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1(a), Appellees Fairchild Tropical Botanic Garden, Inc.; Nannette Zapata; Kilburn Live, LLC; Night Garden, LLC; Kilburn Media, LLC; Mark Manuel; Imaginer Ltd.; Imaginer Inc.; and Max Painter ("Appellees") certify that the following is a full and complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this action and to this appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to any party:

    Bruce Munro, Ltd d/b/a Bruce Munro Studio (Appellant)

    Fairchild Tropical Botanic Garden, Inc., a privately held non-profit corporation with no parent company (Appellee)

    Grafton, Mark, Esq. (Attorney for Zapata)

    Imaginer Inc., a privately held corporation with no parent company (Appellee)

    Imaginer Ltd., a privately held limited U.K. company with no parent company (Appellee)

Kilburn Live, LLC, a privately held limited liability company with no parent company (Appellee)

Kilburn Media, LLC, a privately held limited liability company with no parent company (Appellee)

Law Offices of Carl F. Schwenker (Attorneys for Appellants)

Louis, The Honorable Lauren F. (United States Magistrate Judge, Southern District of Florida)

Lovelady, Allison S., Esq. (Attorney for Appellees)

Manuel, Mark (Appellee)

Munro, Bruce (Appellant)

Night Garden, LLC, a privately held limited liability company wholly owned by Kilburn Live, LLC (Appellee)

Painter, Max (Appellee)

Rothman, Joel B., Esq. (Attorney for Appellants)

Schwenker, Carl F., Esq. (Attorney for Appellants)

Shubin & Bass P.A. (Attorney for Zapata)

Shubin, John K., Esq. (Attorney for Zapata)

Shullman, Deanna K., Esq. (Attorney for Appellees)

Shullman Fugate PLLC (Attorneys for Appellees)

Singhal, The Honorable Raag (United States District Judge, Southern

    District of Florida)

SRIPLAW, P.A. (Attorneys for Appellants)

Teitelbaum, Meir, Esq. (Attorney for Appellants)

Zapata, Nannette (Appellee)

In accordance with Eleventh Circuit Rule 26.1-3(b), Appellees further certify that no publicly traded company or corporation has an interest in the outcome of this appeal or owns any stock in Appellees.

# APPELLEES' BILL OF COSTS

On August 23, 2023, the Court dismissed the appeal and taxed costs against Appellants pursuant to Federal Rule of Appellate Procedure 39 and Eleventh Circuit Rule 39-1. Appellees utilized Tampa Legal Copies and Record Press to assist with printing the Answer Brief and Supplemental Appendix. Appellees thus submit their Bill of Costs, seeking $408.40 in taxable costs, as documented in the attached.

The undersigned attempted to confer with Appellants' counsel regarding the taxation of these costs against Appellants, but they did not respond.

/s/ *Allison S. Lovelady*
Deanna K. Shullman
Florida Bar No. 514462
Allison S. Lovelady
Florida Bar No. 70662
2101 Vista Parkway, Suite 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
Email: dshullman@shullmanfugate.com
Email: alovelady@shullmanfugate.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of September, 2023 the foregoing has been filed with the Clerk of the Court for the US Court of Appeals for the Eleventh Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/Allison S. Lovelady*
Allison S. Lovelady
Attorney for Defendants-Appellees

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. 22-10450-F

Bruce Munro and Bruce Munro Ltd, Appellants vs. Fairchild Tropical Botanic Garden et al, Appellees

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ($.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) | | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| | In-House | Comm* | | | | | |
| Appellate Docketing Fee | — | — | — | — | — | | |
| Appellant's Brief | | | | | | | |
| Appendix | | X | 432 | 3 | 1296 | $324.00 | $324.00 |
| Appellee's Brief | | X | 73 | 8 | 584 | $84.40 | $84.40 |
| Reply Brief | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $ 408.40 REQUESTED | $$408.40 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: /s/ Allison Lovelady

Attorney Name: Allison S. Lovelady (Type or print your name)

Date Signed: September 5, 2023

Attorney for: Fairchild Tropical Botanic Garden et al (Type or print name of client)

E-mail: ALovelady@shullmanfugate.com

Phone: 561-614-2592

Street Address/City/State/Zip: 2101 Vista Parkway, Suite 4006, West Palm Beach, Florida 33411

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ $408.40 against Appellants

and are payable directly to Appellees

David J. Smith, Clerk of Court

Issued on: _____ By: /S/ Tresa A. Raines DATE: 9/6/2023
Deputy Clerk

BOC Rev.: 6/17



**Appellate Consulting and Management**
229 West 36th Street, 8th Floor | New York, NY 10018
Telephone: 212.619.4949 | Fax: 212.608.3141

September 5, 2023

Shullman Fugate, PLLC
2101 Vista Parkway
Suite 4006
West Palm Beach, FL 33411

Munro v. Fairfield Tropical Botanic Garden
Supplemental Appendix
United States Court of Appeals - Eleventh Circuit

## ITEMIZED BILL OF COSTS

Typesetting, Printing and Binding

**Docket No. 22-10450-F**

Supplemental Appendix - 3 Copies / 432 Pages

| | | | | |
|---:|---|---:|---:|---:|
| 1 | 1-Sided Cover | $ | 125.00 | 125.00 |
| 1,296 | Printed 432 Text Pages x 3 Copies | $ | 0.25 | 324.00 |
| 3 | Perfect Bound Books | $ | 5.00 | 15.00 |
| | | | SUB-TOTAL: | 464.00 |
| | | | **TOTAL:** | **$464.00** |

We certify that the stated charges are based on the necessary copies
needed to serve and file. The price is comparable to industry standards.



# Invoice

201 N. Franklin St.
Suite 1760
Tampa, FL 33602

| Date | Invoice # |
|---|---|
| 10/17/2022 | 54319 |

**Bill To**

Shullman Fugate PLLC
100 South Ashley Dr.
Suite 600
Tampa, FL 33602

Effective 01/01/2017 a 1.5% interest rate will be charged on outstanding invoices over 90 days or more.

| Ordered by | Terms | Rep | Client Matter # |
|---|---|---|---|
| Alyssa Beene | Net 30 | TL | Munro |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 560 | Light Litigation File Copies | 0.14 | 78.40T |
| 24 | 8.5 X 11 Color Copies | 0.97 | 23.28T |
| 8 | Card Stock Cover Sets | 2.00 | 16.00T |
| 8 | Binding | 8.00 | 64.00T |
|  | Sales Tax | 7.50% | 13.63 |

Thank you for your business

**Total** $195.31

Federal Tax ID: 20-2886071

www.tampalegalcopies.com

Phone: 813-228-6200
Fax: 813-228-6211